**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CAP-XX, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1733 (CFC) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MAXWELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Cap-XX, LTD., ("**Plaintiff**" or "**CAP-XX**") hereby answers Defendant Maxwell Technologies, Inc.'s ("**Defendant**") counterclaims in its First Amended Answer, Defenses and Counterclaims filed on or about July 21, 2020. Plaintiff denies any factual allegations in Defendant's Counterclaims not otherwise expressly denied below and in response to each paragraph thereof avers as follows:

1. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 1.

2. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 2.

3. Defendant's Counterclaims, paragraph 3 is a statement of law to which no response is required. To the extent this paragraph contains any factual allegations to which Plaintiff must respond, Plaintiff denies them.

4. Defendant's Counterclaims, paragraph 4 is a statement of law to which no response is required. To the extent this paragraph contains any factual allegations to which Plaintiff must respond, Plaintiff denies them.

5. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 5.

6. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 6.

7. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 7.

8. In response to Defendant's Counterclaims, paragraph 8, Plaintiff acknowledges Defendant's allegations regarding infringement of the Patents-in-Suit but denies that Defendant has not infringed the Patents-in-Suit.

9. In response to Defendant's Counterclaims, paragraph 9, Plaintiff acknowledges Defendant's allegations regarding the validity of the Patents-in-Suit but denies that any claims of the Patents-in-Suit are invalid.

10. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 10.

11. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 11.

12. Plaintiff admits that John R. Miller authored the paper referenced in Defendant's Counterclaims, paragraph 12 and denies the remainder of the allegations in that paragraph.

13. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 13.

14. Plaintiff admits that the patent application referenced in Defendant's Counterclaims, paragraph 14 incorporates by reference a paper authored by Dr. Miller and denies the remainder of the allegations in that paragraph.

15. Plaintiff admits that the patent application referenced in Defendant's Counterclaims, paragraph 15 incorporates by reference a paper authored by Dr. Miller and that the claims of the patents-in-suit recite limitations that include volumetric and gravimetric figure of merit, and Plaintiff denies the remainder of the allegations in that paragraph.

16. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 16.

17. Plaintiff admits the allegations in Defendant's Counterclaims, paragraph 17.

18. Defendant's Counterclaims, paragraph 18 is a statement of law to which no response is required. To the extent this paragraph contains any factual allegations to which Plaintiff must respond, Plaintiff denies them.

19. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 19.

20. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 20.

21. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 21.

22. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 22.

23. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 23.

24. As its response to Defendant's Counterclaim 24, Plaintiff incorporates by reference its responses to paragraphs 1-10 and denies any allegations not specifically admitted therein.

25. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 25.

26. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 26.

27. As its response to Defendant's Counterclaim 27, Plaintiff incorporates by reference its responses to paragraphs 1-10 and denies any allegations not specifically admitted therein.

28. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 28.

29. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 29.

30. As its response to Defendant's Counterclaim 30, Plaintiff incorporates by reference its responses to paragraphs 1-10 and denies any allegations not specifically admitted therein.

31. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 31.

32. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 32.

33. As its response to Defendant's Counterclaim 33, Plaintiff incorporates by reference its responses to paragraphs 1-10 and denies any allegations not specifically admitted therein.

34. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 34.

35. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 35.

36. As its response to Defendant's Counterclaim 36, Plaintiff incorporates by reference its responses to paragraphs 1-23 and denies any allegations not specifically admitted therein.

37. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 37.

38. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 38.

39. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 39.

40. As its response to Defendant's Counterclaim 40, Plaintiff incorporates by reference its responses to paragraphs 1-23 and denies any allegations not specifically admitted therein.

41. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 41.

42. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 42.

43. Plaintiff denies the allegations in Defendant's Counterclaims, paragraph 43.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all matters so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and relief as follows:

a. Dismissal of Defendant's Counterclaims with prejudice;

b. A finding that Defendant has infringed the Patents-in-Suit;

c. A finding that Defendant's counterclaims asserting that the Patents-in-Suit are invalid and unenforceable are without merit;

d. An award of damages pursuant to 35 U.S.C. §284 adequate to compensate Plaintiff for Defendant's infringement of the Patents-in-Suit, including both pre- and post-judgment interest, and costs as fixed by the Court;

e. A finding that Defendant's infringement of the Patents-in-Suit has been willful, and a corresponding award of enhanced damages for Plaintiff in an amount of three times the damages awarded pursuant to 35 U.S.C. §284;

f. A declaration that this is an exceptional case within the meaning of 35 U.S.C. §285, and a corresponding award of Plaintiff's reasonable attorney's fees incurred in connection with the litigation; and

g. Any additional and further relief the Court may deem just and proper under the circumstances.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Chris P. Perque
Jason P. Mueller
Michelle Chatelain Fullmer
FISHER BROYLES LLP.
2925 Richmond Ave, Ste. 1200
Houston, TX 77098
(832) 604-4417

Dated: August 3, 2020
6829070

By: */s/ Philip A. Rovner*

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*CAP-XX, Ltd.*