# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., | ) |
|       Plaintiff and<br>      Counter-defendant, | )<br>)<br>) |
| v. | )   C.A. No. 19-1733 (CFC) (JLH) |
| MAXWELL TECHNOLOGIES, INC., | )<br>) |
|       Defendant and<br>      Counter-claimant. | )<br>) |

## PARTIES' JOINT CLAIM CONSTRUCTION CHART

Pursuant to §15 of the Court's November 12, 2020 Scheduling Order (D.I. 24) as last amended on July 12, 2021 (D.I. 58), Plaintiff CAP-XX, Ltd. and Defendant Maxwell Technologies, Inc. hereby file this joint claim construction chart. Attached Table 1 sets forth each party's proposed constructions for disputed claim terms found in the asserted claims. of U.S. Patent Nos. 6,920,034 (the "'034 patent") and 7,382,600 (the "'600 patent") (collectively, the "patents-in-suit"), filed herewith as Exhibits A and B, respectively. Attached Table 2 sets forth the parties' agreed upon constructions for certain claim terms.

Dated: July 14, 2021

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com | By: */s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**TABLE 1**
**Claim Terms for Which There Is No Agreement**

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| "electrode(s)" | '034 patent, cls. 1, 12, 13, 23, 32, 34, 40, 42, 51, and 61<br><br>'600 patent, cls. 1 and 3-7 | A component capable of storing a charge when voltage is applied to the device or cell.<br><br>*See e.g.,* '034 patent, Abstract, Figs. 2-6, 11A, 18, 19, and 21; 2:7-20; 17:19-25; 21:64-67; 22:15-18 and 46-48; and 28:11-20.[1] | An electric conductor capable of storing and/or transferring charge<br><br>*See e.g.,* '034 patent 1:13-20; 2:7-20; 17:55-57; 23:39-44 |
| "electrolyte" | '034 patent, cls. 1, 13, 23, 34, 42, and 51<br><br>'600 patent, claim 1 | An ionically conducting liquid that does not allow the transfer of an electronic charge between opposing electrodes.<br><br>*See e.g.,* '034 patent, 20:38-54; 23:39-43; and 28:27-29. | A liquid medium in which the flow of electric current takes place by migration of ionic species<br><br>*See e.g.,* '034 patent 1:13-20; 1:53-67; 20:16-18 |
| "device" | All Asserted Cls. | No construction necessary, as the preamble does not limit the scope of the claim. | A component of or an entire piece of equipment that performs a specifically defined function |

---

[1] The patents-in-suit share the same specification, except for the cls. Hence, the parties' citations to the specification of the '034 patent also apply to '600 patent.

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | Alternatively, a structure for storing a charge having at least the components and other elements recited in the body of the applicable claim.<br><br>*See e.g.,* '034 patent, Abstract, Figs. 2-6, 11A, 18, 19, and 21 | *See e.g.,* '034 patent 1:13-20; 2:30-39; 3:11-17; 3:51-64 |
| "charge storage device" / "the device" | '034 patent, cls. 1, 13, 23, 34, 42, and 51<br><br>'600 patent, claim 1 | No construction necessary, as the preamble does not limit the scope of the claim.<br><br>Alternatively, a structure for storing a charge having at least the components and other elements recited in the body of the applicable claim.<br><br>*See e.g.,* '034 patent, Abstract, Figs. 2-6, 11A, 18, 19, and 21; 2:7-22; 16:27-42; 28:12-20. | A component of or an entire piece of equipment that stores electrical charge[2]<br><br>*See e.g.,* '034 patent 1:12-20; 2:30-39; 3:11-17; 3:51-63; 31:1-22; U.S. Patent No. 6,631,072 ("'072 patent"), cls. 15, 19, 21<br><br>The preamble is limiting |

---

[2] Defendant believes this term is indefinite, and will raise such issues with the Court at the appropriate time, if necessary, after claim construction.

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| "charge storage cell" / "cell(s)" / "the cell" | 034 patent, cls. 1, 13, 23, 34, 42, and 51<br><br>'600 patent, claim 3-5 | A structure for storing a charge having at least two opposing electrodes with a separator between them.<br><br>See e.g., '034 patent, Abstract, Figs. 2-6, 11A, 18, 19, and 21; 2:30-39; 3:11-14; and 3:51-54. | The structure associated with two opposing electrodes and a separator between them that stores charge (but does not include the receptacle/package containing the cell or an electrolyte)[2]<br><br>See e.g., '034 patent 2:30-39; 3:11-17; 3:51-64; 9:18-42; 10:50-11:6; 11:14-22; 13:51-14:4; 14:21-32; 20:16-18; 25:33-37; 25:61-62; 28:30-46; 29:63-30:5; '072 patent, cls. 15, 19, 21, 27, 42, 43, 49, 55 |
| "a sealed package for containing the cell and an [organic] electrolyte" / "a sealed package for containing the electrodes, the separator and an | '034 patent, cls. 1, 13, 23, 34, 42, and 51<br><br>'600 patent, claim 1 | No construction necessary.<br><br>Alternatively, the sealed package contains the cell and an electrolyte.<br><br>See e.g., '034 patent, Abstract, Figs. 5-11A and 18-21; 2:13-15; 2:30-34; 2:62-64; 3:11-17; 17:34-37; 22:66-23:17; 23:31-37; and 25:26-28. | A sealed package that is capable of containing "the cell" and an "electrolyte"<br><br>See e.g., '034 patent 2:30-39; 3:51-64 |

3

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| electrolyte" | | | |
| "Figure of Merit" | '034 patent, cls. 1, 4-7, 13, 51, 54-57<br><br>'600 patent, cls. 1, 2, 7 | No separate construction necessary. | A quantity used to characterize the performance of a device |
| "maximum operating voltage of the cell" | '034 patent, cls. 1-3, 13-15, 23-25, 34-36, 42-44, 51-53 | The voltage at which the packaged cell is designed to operate under normal conditions in conjunction with the other components of the device.<br><br>*See e.g.,* '034 patent, Figs. 17 and 20; 16:43-17:17; 22: 37-54; 1:62-67; and 26:20-30. | The highest potential operating voltage of "the cell"<br><br>*See e.g.,* '034 patent 1:59-67; 2:30-39; 2:44-49; 22:43-54 |
| "maximum operating voltage of the device" | '600 patent, cls. 11-13 | The voltage at which the device is designed to operate under normal conditions.<br><br>*See e.g.,* '034 patent, Figs. 17 and 20; 16:43-17:17; 22: 37-54; 1:62-67; and 26:20-30. | The highest potential operating voltage of "the device"<br><br>*See e.g.,* '034 patent 1:59-67; 2:30-39; 2:44-49; 22:43-54 |

**TABLE 2**
**Agreed Constructions for Claim Terms**

| Claim Term / Phrase | Claim Number(s) | Agreed Construction |
|---|---|---|
| about | '034 patent, cls. 1, 4-7, and 42<br><br>'600 patent, cls. 1 and 2 | approximately |
| volumetric Figure of Merit or FOM of the device | '034 patent, cls. 1, 4-8, and 13 | The volumetric figure of merit for the device is determined by the following equation:<br><br>Volumetric FOM = $E_0/(vT_0)$<br><br>Where $v$ is the volume of "the device"; $T_0$ is a characteristic response time defined as $1/f_0$; and $E_0 = \frac{1}{2}CV^2$; where $C=-1/(2\pi f_0 Z'')$; $f_0$ is the frequency at which the impedance of the device has a phase angle of -45°; $Z''$ is the value of the imaginary part of the impedance at $f_0$; and V is the rated voltage of the device. |
| gravimetric Figure of Merit or FOM of the device | '034 patent, cls. 51, and 54-57<br><br>'600 patent, cls. 1, 2, 7 | The gravimetric figure of merit for the device is determined by the following equation:<br><br>Gravimetric FOM = $E_0/(mT_0)$<br><br>Where $m$ is the mass of "the device"; $T_0$ is a |

5

| Claim Term / Phrase | Claim Number(s) | Agreed Construction |
|---|---|---|
| | | characteristic response time defined as $1/f_0$; and $E_0 = \frac{1}{2}CV^2$; where $C = -1/(2\pi f_0 Z'')$; $f_0$ is the frequency at which the impedance of the device has a phase angle of -45°; $Z''$ is the value of the imaginary part of the impedance at $f_0$; and V is the rated voltage of the device. |
| gravimetric power maximum of the device | '034 patent, cls. 23, 26-28, and 42 | The gravimetric power maximum of the device is calculated by the following equation:<br><br>$P_{max} = V^2/4Rm$<br><br>Where V is the maximum operating voltage of the device; R is the resistance determined from the simple RC model of the device; and *m* is the mass of the device. |
| volumetric power maximum of the device | '034 patent, claim 34 | The volumetric power maximum of the device is calculated by the following equation:<br><br>$P_{max} = V^2/4Rv$<br><br>Where V is the maximum operating voltage of the device; R is the resistance determined from the simple RC model of the device; and *v* is the volume of the device |