# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXWELL TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | C.A. No. 19-1733 CFC-JLH |

## MAXWELL'S MOTION TO STRIKE
## CAP-XX'S EVIDENCE OF INFRINGEMENT UNDER 35 U.S.C. § 271(f) AND PRECLUDE ALL RELATED THEORIES

Defendant Maxwell Technologies, Inc. ("Maxwell") respectfully moves this Court to strike Plaintiff CAP-XX, Ltd. ("CAP-XX")'s evidence of infringement under 35 U.S.C. § 271(f) and preclude all related theories.

The grounds for this motion are set forth in Maxwell's Opening Brief in Support of its Motion to Strike, which is being filed contemporaneously herewith.

| | |
|---|---|
| Dated: May 3, 2022 | **FISH & RICHARDSON P.C.**<br><br>*/s/ Susan E. Morrison*<br>Susan E. Morrison (#4690)<br>Grayson P. Sundermeir (#6517)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com<br>sundermeir@fr.com<br><br>Daniel R. Gopenko<br>1000 Maine Avenue, SW, Suite 1000<br>Washington, DC 20024<br>(202) 626-7745<br>gopenko@fr.com<br><br>Aamir A. Kazi<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>(404) 724-2811<br>kazi@fr.com<br><br>Matthew Colvin<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 292-4013<br>colvin@fr.com<br><br>Sarah E. Jack<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>(612) 335-5070<br>jack@fr.com<br><br>***Attorneys for Defendant***<br>***MAXWELL TECHNOLOGIES, INC.*** |

## **RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that reasonable efforts have been made to reach agreement with opposing counsel on the matters set forth in the foregoing Motion, and that no agreement could be reached.

/s/ *Susan E. Morrison*
Susan E. Morrison (Bar No. 4690)
