## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|                                   |     |                           |
|-----------------------------------|-----|---------------------------|
| CAP-XX, LTD.,                     | )   |                           |
|                                   | )   |                           |
| Plaintiff,                        | )   |                           |
|                                   | )   |                           |
| v.                                | )   | C.A. No. 19-1733-CFC-JLH  |
|                                   | )   |                           |
| MAXWELL TECHNOLOGIES, INC.,       | )   |                           |
|                                   | )   |                           |
| Defendant.                        | )   |                           |

## CAP-XX, LTD.'S CROSS-MOTION, IN THE ALTERNATIVE, TO PRECLUDE MAXWELL TECHNOLOGIES, INC.'S FROM ASSERTING ANY OF ITS SALES WERE EXTRATERRITORIAL

Should the Court grant Maxwell Technology, Inc.'s Motion to Strike (D.I. 119), CAP-XX, Ltd. ("CAP-XX"), respectfully requests the Court preclude Maxwell from presenting evidence relating to extraterritorial sales. If the Court denies Maxwell's Motion to Strike, then this Motion will be moot.

CAP-XX disagrees with Maxwell's position that the majority of its sales were extraterritorial and will present relevant evidence to the contrary at trial. For example, most of the sales of the Accused Products arose from offers for sale and sales made in the U.S., even though the customer may have been located overseas.

CAP-XX provides the grounds for this Motion in its Brief in Opposition to Maxwell's Motion to Strike Evidence of Infringement under 35 U.S.C. § 271(f) and

Preclude All Related Theories and in Support of its Motion to Strike Extraterritorial Damages Defense filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Adam Yowell
FISHER BROYLES LLP
5470 Kietzke Ln, #300
Reno, NV 89511
(775) 230-7364

Alastair J. Warr
FISHER BROYLES LLP
P.O. Box 30707
Indianapolis, IN 46230
(317) 407-5260

Dated:  May 17, 2022

By:  */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

    *Attorneys for Plaintiff*
    *CAP-XX, Ltd.*

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION</u>

The undersigned counsel certifies that this filing complies with the applicable type, font, and word limitations.  According to the word processing system used to prepare it, the forgoing document contains 139 words, excluding the case caption and signature block.  The text of this document, including footnotes, was prepared in Times New Roman, 14 point.

OF COUNSEL:

Adam Yowell
FISHER BROYLES LLP
5470 Kietzke Ln, #300
Reno, NV 89511
(775) 230-7364

Alastair J. Warr
FISHER BROYLES LLP
P.O. Box 30707
Indianapolis, IN 46230
(317) 407-5260

Dated:  May 17, 2022

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Plaintiff*
*CAP-XX, Ltd.*