# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAXWELL TECHNOLOGIES INC.,)<br>)<br>Defendant. )<br>_____) | C.A. No. 19-1733 (CFC) |

## DEFENDANT MAXWELL TECHNOLOGIES INC.'S
## MOTION #1 FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Maxwell Technologies Inc. ("Maxwell") respectfully moves for summary judgment that CAP-XX failed to comply with 35 U.S.C § 287 and is thus barred from recovering damages for the period before Maxwell was provided with actual notice of infringement of the Asserted Patents, which is no earlier than September 12, 2017.

Dated:  July 15, 2022

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com
sundermeir@fr.com

Daniel R. Gopenko
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
(202) 626-7745
gopenko@fr.com

Aamir A. Kazi
FISH & RICHARDSON P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
(404) 724-2811
kazi@fr.com

Matthew Colvin
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, Texas 75201
(214) 292-4013
colvin@fr.com

***Attorneys for Defendant***
***MAXWELL TECHNOLOGIES, INC.***