# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAXWELL TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) <br> _____) | C.A. No. 19-1733 (CFC) |

## [PROPOSED] ORDER GRANTING DEFENDANT MAXWELL TECHNOLOGIES INC.'S MOTION #1 FOR SUMMARY JUDGMENT

Having reviewed the motion and all related briefing, and for good cause shown, Defendant's motion for summary judgment that CAP-XX failed to comply with the marking requirement is GRANTED.

IT IS HEREBY ORDERED that CAP-XX may not recover damages before September 12, 2017, the first date on which CAP-XX may have provided actual notice of Maxwell of infringement of the Asserted Patents.

IT IS SO ORDERED, this ____ day of _____, 2022.

_____
The Honorable Colm F. Connolly
United States District Chief Judge