## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAP-XX, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1733 (CFC) |
| v. | ) | |
| | ) | |
| MAXWELL TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT MAXWELL TECHNOLOGIES INC.'S MOTION #2 FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Maxwell

Technologies Inc. ("Maxwell") moves for summary judgment that all asserted

claims of U.S. Patent Nos. 6,920,034 and 7,382,600 are invalid for failure to meet

the enablement and written description requirements of 35 U.S.C. § 112.

Dated:  July 15, 2022

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
    Susan E. Morrison (#4690)
    Grayson P. Sundermeir (#6517)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    (302) 652-5070
    morrison@fr.com
    sundermeir@fr.com

    Daniel R. Gopenko
    FISH & RICHARDSON P.C.
    1000 Maine Avenue, SW
    Suite 1000
    Washington, DC 20024
    (202) 626-7745
    gopenko@fr.com

    Aamir A. Kazi
    FISH & RICHARDSON P.C.
    1180 Peachtree Street NE
    21st Floor
    Atlanta, GA 30309
    (404) 724-2811
    kazi@fr.com

    Matthew Colvin
    FISH & RICHARDSON P.C.
    1717 Main Street
    Suite 5000
    Dallas, Texas 75201
    (214) 292-4013
    colvin@fr.com

    *Attorneys for Defendant*
    *MAXWELL TECHNOLOGIES, INC.*