IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., </br></br> Plaintiff, </br></br> v. </br></br> MAXWELL TECHNOLOGIES INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) C.A. No. 19-1733 (CFC) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**[PROPOSED] ORDER GRANTING DEFENDANT MAXWELL TECHNOLOGIES INC.'S MOTION #2 FOR SUMMARY JUDGMENT**

Having reviewed the motion and all related briefing, and for good cause shown, Defendant's motion is GRANTED, and the Court finds that all asserted claims of U.S. Patent Nos. 6,920,034 and 7,382,600 are invalid for failure to meet the enablement and written description requirements of 35 U.S.C. § 112.

IT IS SO ORDERED, this ____ day of _____, 2022.

_____
The Honorable Colm F. Connolly
United States District Chief Judge

1