# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAP-XX, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1733 (CFC) |
| v. | ) | |
| | ) | |
| MAXWELL TECHNOLOGIES INC.,) | | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT MAXWELL TECHNOLOGIES INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION #2 FOR SUMMARY JUDGMENT

1.      CAP-XX accuses 90 of Maxwell products of infringing claims 12, 16-18, 20, 22, 41, 43, 48-51, and 62 of U.S. Patent No. 6,920,034 (Ex. 1) ("'034 patent") and claims 8 and 9 of U.S. Patent No. 7,382,600 (Ex. 2) ("'600 patent"). (Ex. 3, Zuckerbrod Opening Rpt. ¶¶ 2-3.)

2.      Asserted claim 12 of the '034 patent, which depends from claim 1, requires a volumetric Figure of Merit ("FOM") of the device "greater than about 3.2 Watts/cm$_3$ [sic]." ('034 patent, cl. 12.)

3.      Asserted claims 16, 17, 18, 20, and 22 of the '034 patent, which depend from claim 13, require a volumetric FOM of the device "greater than about 1.1 Watts/cm$^3$." ('034 patent, cls. 16, 17, 18, 20, 22.)

4.      Asserted claim 41 of the '034 patent, which depends from claim 34,

requires a volumetric power maximum ("Pmax") of the device "greater than about 35 Watts/cm$^3$." ('034 patent, cl. 41.)

5.　　Asserted claims 43, 48, 49, and 50 of the '034 patent, which depend from claim 42, require a gravimetric Pmax of the device "greater than about 4.8 Watts/gram." ('034 patent, cls. 43, 48, 49, 50.)

6.　　Asserted claims 51 and 62 of the '034 patent and asserted claims 8 and 9 of the '600 patent, which depend from claim 1 of the '600 patent, require a gravimetric FOM of the device "greater than about 2.1 Watts/gram." ('034 patent, cls. 51, 62; '600 patent, cls. 8, 9.)

7.　　Volumetric FOM is calculated according to this equation:

$$\text{Volumetric FOM} = \frac{E_0}{v \cdot T_0}$$

Where $v$ is the volume of the device, $T_0$ is a characteristic response time defined as $\frac{1}{f_0}$, and $E_0 = \frac{1}{2}CV^2$, where $C = \frac{-1}{2 \cdot \pi \cdot f_0 \cdot Z''}$, $f_0$ is the frequency at which the impedance of the device has a phase angle of -45°, Z" is the value of the imaginary part of the impedance at $f_0$, and V is the rated voltage of the device. (D.I. 82 at 2.)

8.　　Gravimetric FOM is calculated according to this equation:

$$\text{Gravmietric FOM} = \frac{E_0}{m \cdot T_0}$$

Where m is the mass of the device, $T_0$ is a characteristic response time defined as $\frac{1}{f_0}$, and $E_0 = \frac{1}{2}CV^2$, where $C = \frac{-1}{2 \cdot \pi \cdot f_0 \cdot Z''}$, $f_0$ is the frequency at which the impedance of the device has a phase angle of -45°, Z" is the value of the imaginary part of the impedance at $f_0$, and V is the rated voltage of the device. (D.I. 82 at 3.)

9.      Gravimetric Pmax is calculated according to this equation:

$$\text{Gravimetric Pmax} = \frac{V^2}{4 \cdot R \cdot m}$$

Where V is the maximum operating voltage of the device, R is the resistance determined from the simple RC model of the device, and m is the mass of the device. (D.I. 82 at 3.)

10.     Volumetric Pmax is calculated according to this equation:

$$\text{Volumetric Pmax} = \frac{V^2}{4 \cdot R \cdot v}$$

Where V is the maximum operating voltage of the device, R is the resistance determined from the simple RC model of the device, and $v$ is the volume of the device. (D.I. 82 at 3.)

11.     The claims contain no upper bound on the power performance metrics recited in asserted claims. ('034 patent, cls. 12, 16-18, 20, 22, 41, 43, 48-51, 62; '600 patent, cls. 8, 9; Ex. 4, Zuckerbrod Tr. 126:18-21.)

12.     The specification does not provide an express or implied upper bound

on the power performance metrics recited in the asserted claims.  (*See* '034 patent,

26:55-64 (explaining that the unbroken lines of Figures 12 to 15 "represent the

theoretical upper limit of the various parameters being illustrated" for exemplary

devices 3 and 12 shown in Figure 17 and stating that for "other formulations the

theoretical maximum will differ"); *id.* at 27:9-14 ("It will be understood that the

unbroken lines included in the Figures represent the limit for the two given

formulations.  However, there are other formulations which provide an extended

range of operability and allow higher figures of merit and power densities, as well

as lower time constants, to be achieved.")

13.     A POSITA would not be able to determine an upper limit on the

power performance metrics recited in asserted claims.  (Ex. 4, Zuckerbrod Tr.

132:11-25, 249:6-22, 253:5-12, 254:12-25; *see also* Ex. 8, Vassallo Tr. 123:2-7;

Ex. 14, Keshishian Tr. 80:9-17; 82:9-84:7; Ex. 15, Pynenburg Tr. 92:23-93:6,

95:12-16, 100:9-17.)

14.     The highest disclosed power performance metrics of exemplary devices are:

| Power Performance Metric | Device | Power Performance |
|---|---|---|
| Gravimetric FOM | HF-3 | 5.91 W/g |
| Volumetric FOM | HF-3 | 8.20 W/cm$^3$ |
| Gravimetric Pmax | Cap-XXHiPo | 28.30 W/g |

| Volumetric Pmax | Cap-XXHiPo | 35.24 W/cm$^3$ |

(*See* '034 patent, Figs. 17, 20)

15.    The highest alleged power performance metrics of the accused devices are:

| Power Performance Metric | Device | Alleged Power Performance |
|---|---|---|
| Gravimetric FOM | BCAP0010 P300 X11 | 10.04 W/g |
| Volumetric FOM | BCAP0003 P300 X11 | 13.19 W/cm$^3$ |
| Gravimetric Pmax | BCAP0010 P300 X11 | 36.29 W/g |
| Volumetric Pmax | BCAP0010 P300 X11 | 46.96 W/cm$^3$ |

(*See* Ex. 5; Ex. 13.)

16.    The highest alleged power performance metrics of the accused devices are higher than the highest disclosed power performance metrics of exemplary devices by the following percentages:

| Power Performance Metric | Percent Increase |
|---|---|
| Gravimetric FOM | 70% |
| Volumetric FOM | 61% |
| Gravimetric Pmax | 21% |
| Volumetric Pmax | 33% |

(*See* '034 patent, Figs. 17, 20; Ex. 5; Ex. 13.)

17.     The components of a supercapacitor claimed in the asserted claims were all well-known and conventional in 1998.  (Ex. 6, CAP-XX Responses to RFAs 17-28; Ex. 4, Zuckerbrod Tr. 43:12-44:6, 47:1-15, 49:5-20, 51:20-23, 99:10-13; Ex. 7 Mahon Tr. 34:21-36:13; 45:19-47:8; Ex. 8 Vassalo Tr. 32:12-34:12, 47:16-50:16.)

18.     The highest of each  "theoretical upper limit of the various parameters being illustrated" for exemplary devices 3 and 12 shown in Figure 17, as reflected in Figures 12- 16, are:

| Power Performance Metric | Theoretical Upper Limit |
|---|---|
| Gravimetric FOM | 31.29 W/g |
| Volumetric FOM | 83.09 W/cm$^3$ |
| Gravimetric Pmax | 98.31 W/g |
| Volumetric Pmax | 261.02 W/cm$^3$ |

('034 patent, Figs. 12-16; Ex. 9, Hruska Opening Rpt. ¶¶ 443-445.)

6

Dated:  July 15, 2022                    FISH & RICHARDSON P.C.


By: */s/ Susan E. Morrison*
    Susan E. Morrison (#4690)
    Grayson P. Sundermeir (#6517)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    (302) 652-5070
    morrison@fr.com
    sundermeir@fr.com

    Daniel R. Gopenko
    FISH & RICHARDSON P.C.
    1000 Maine Avenue, SW
    Suite 1000
    Washington, DC 20024
    (202) 626-7745
    gopenko@fr.com

    Aamir A. Kazi
    FISH & RICHARDSON P.C.
    1180 Peachtree Street NE
    21st Floor
    Atlanta, GA 30309
    (404) 724-2811
    kazi@fr.com

    Matthew Colvin
    FISH & RICHARDSON P.C.
    1717 Main Street
    Suite 5000
    Dallas, Texas 75201
    (214) 292-4013
    colvin@fr.com

**Attorneys for Defendant**
**MAXWELL TECHNOLOGIES, INC.**

7

## **WORD COUNT CERTIFICATION**

The undersigned counsel hereby certifies that the foregoing document contains 954 words, which were counted by using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count includes only the body of the foregoing document. The word count does not include the cover page, tables of contents and authorities, or the counsel blocks.

*/s/ Susan E. Morrison*
Susan E. Morrison (#4690)