# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAP-XX, LTD., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counter-defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1733-CFC-JLH |
| | ) | |
| MAXWELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaimant. | ) | |

## **PROPOSED QUESTIONS AND VERDICT**

In answering these questions, you are to follow all the instructions I have given you.  As used herein, CAP-XX means the Plaintiff, CAP-XX, Ltd., and Maxwell means the Defendant, Maxwell Technologies, Inc.  As used herein, "'034 Patent" means U.S. Patent No. 6,920,034 and "'600 Patent" means U.S. Patent No. 7,382,600.

**QUESTION 1:**

Did CAP-XX prove by a preponderance of the evidence that any of the following Maxwell products infringed any of the following claims of the asserted patents?

**If you find CAP-XX proved by a preponderance of the evidence that a product infringed a claim, place a check mark in the corresponding box.**

**'034 Patent**

| Product | Claim | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 16 | 17 | 18 | 20 | 22 | 41 | 43 | 48 | 49 | 50 | 51 | 62 |
| BCAP0001 P270 T01 | ■ | | | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| BCAP0003 P270 S01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0003 P270 S12 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0003 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0003 P270 X01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0003 P300 X11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0003 P300 X12 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0005 P270 S01 | ■ | | | | | | | | | | | | |
| BCAP0005 P270 T01 | ■ | | | | | | | | | | | | |
| BCAP0005 P270 X01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0005 P300 X11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P270 S01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P270 S12 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P270 T11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P270 X01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0010 P300 X11 | | | | ■ | ■ | | | | | | | | |
| BCAP0010 P300 X12 | | | | ■ | ■ | | | | | | | | |
| BCAP0022 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0025 P270 S01 | | | | ■ | ■ | | | | | | | | |
| BCAP0025 P270 S12 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0025 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |

| Part | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCAP0025 P270 T11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0025 P270 X01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0025 P300 X11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0025 P300 X12 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0050 P270 S01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0050 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0050 P270 X01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0050 P300 X11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0100 P270 S07 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0100 P270 T01 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0100 P270 T07 | ■ | | | ■ | ■ | | ■ | | | | ■ | ■ | |
| BCAP0100 P300 S17 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0150 P270 T07 | ■ | | | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| BCAP0150 P300 S17 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0310 P270 T10 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0310 P270 T13 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0325 P270 S17 | ■ | | | ■ | ■ | | ■ | | | | | | |
| BCAP0350 E270 T11 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0350 E270 T13 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0350 P270 S18 | ■ | | | ■ | ■ | | ■ | | | | | | |
| BCAP0360 P270 S18 | ■ | | | ■ | ■ | | ■ | | | | | | |
| BCAP0450 P270 S18 | ■ | | | ■ | ■ | | ■ | | | | ■ | ■ | |
| BCAP0650 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP0650 P270 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP1200 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP1200 P270 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP1200-C P270 K06 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP1500 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP1500 P270 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP2000 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP2000 P270 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3000 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3000 P270 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3400 P270 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3400 P285 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3400 P285 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3400 P300 K04 | | | | ■ | ■ | | ■ | | | | | | |
| BCAP3400 P300 K05 | | | | ■ | ■ | | ■ | | | | | | |
| BMOD0001 P005 B02 | | | | | | | ■ | | | | | | |
| BMOD0002 P005 B02 | ■ | | | | | | ■ | | | | | | |
| BMOD0004 P240 B02 | ■ | | | | | | ■ | | | | | | |

| Product | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMOD0006 E160 B02 | | | | | | ■ | | | | | | | |
| BMOD0006 E160 C02 | ■ | | | | | ■ | | | | | | | |
| BMOD0008 E160 B02 | | | | | | ■ | | | | | ■ | ■ | |
| BMOD0009 P024 B02 | | | | | | ■ | | | | | ■ | ■ | |
| BMOD0010 P090 B02 | ■ | | | | | ■ | | | | | | | |
| BMOD0010 P090 C02 | ■ | | | | | ■ | | | | | | | |
| BMOD0058 E016 B02 | ■ | | | | | ■ | | | | | | | |
| BMOD0063 P125 B04/B08 | | | | | | ■ | | | | | | | |
| BMOD0083 P048 B01 | | | | | | ■ | | | | | | | |
| BMOD0094 P075 B02 | | | | | | ■ | | | | | | | |
| BMOD0130 P056 B03 | | | | | | ■ | | | | | | | |
| BMOD0165 P048 B01 | | | | | | ■ | | | | | | | |
| BMOD0165 P048 B06 | | | | | | ■ | | | | | | | |
| BMOD0165 P048 B09 | | | | | | ■ | | | | | | | |
| BMOD0165 P048 C01 | | | | | | ■ | | | | | | | |
| BMOD0165 P048 C0B | | | | | | ■ | | | | | | | |
| BMOD0165 P054 B0A | | | | | | ■ | | | | | | | |
| BMOD0500 P016 B01 | | | | | | ■ | | | | | | | |
| BMOD0500 P016 B02 | | | | | | ■ | | | | | | | |
| ESM Ultra 31/1100/24V | | | | | | ■ | | | | | | | |
| ESM ULTRA 31/1800 | | | | | | ■ | | | | | | | |
| ESM Ultra 31/900 | | | | | | ■ | | | | | | | |
| ESM Ultra 31/900/24V | | | | | | ■ | | | | | | | |
| GEN 31-0900-12V-2T | | | | | | ■ | | | | | | | |
| GEN 31-0900-24V-2T | | | | | | ■ | | | | | | | |
| GEN 31-0980-24V-2T | | | | | | ■ | | | | | | | |
| GEN 31-1800-12V-2T | | | | | | ■ | | | | | | | |

**'600 Patent**

| Product | Claim | |
|---|---|---|
| | 8 | 9 |
| BCAP0003 P270 S01 | | |
| BCAP0003 P270 S12 | | |
| BCAP0003 P270 T01 | | |
| BCAP0003 P270 X01 | | |
| BCAP0003 P300 X11 | | |
| BCAP0003 P300 X12 | | |
| BCAP0005 P270 S01 | | |

| | | |
|---|---|---|
| BCAP0005 P270 T01 | | |
| BCAP0005 P270 X01 | | |
| BCAP0005 P300 X11 | | |
| BCAP0010 P270 S01 | | |
| BCAP0010 P270 S12 | | |
| BCAP0010 P270 T01 | | |
| BCAP0010 P270 T11 | | |
| BCAP0010 P270 X01 | | |
| BCAP0010 P300 X11 | | |
| BCAP0010 P300 X12 | | |
| BCAP0022 P270 T01 | | |
| BCAP0025 P270 S01 | | |
| BCAP0025 P270 S12 | | |
| BCAP0025 P270 T01 | | |
| BCAP0025 P270 T11 | | |
| BCAP0025 P270 X01 | | |
| BCAP0025 P300 X11 | | |
| BCAP0025 P300 X12 | | |
| BCAP0050 P270 S01 | | |
| BCAP0050 P270 T01 | | |
| BCAP0050 P270 X01 | | |
| BCAP0050 P300 X11 | | |
| BCAP0100 P270 S07 | | |
| BCAP0100 P300 S17 | | |
| BCAP0150 P300 S17 | | |
| BCAP0310 P270 T13 | | |
| BCAP0325 P270 S17 | | |
| BCAP0350 E270 T11 | | |
| BCAP0350 E270 T13 | | |
| BCAP0350 P270 S18 | | |
| BCAP0360 P270 S18 | | |
| BCAP0650 P270 K04 | | |
| BCAP0650 P270 K05 | | |
| BCAP1200 P270 K04 | | |
| BCAP1200 P270 K05 | | |
| BCAP1200-C P270 K06 | | |
| BCAP1500 P270 K04 | | |
| BCAP1500 P270 K05 | | |
| BCAP2000 P270 K04 | | |
| BCAP2000 P270 K05 | | |

| | | |
|---|---|---|
| BCAP3000 P270 K04 | | |
| BCAP3000 P270 K05 | | |
| BCAP3400 P270 K04 | | |
| BCAP3400 P285 K04 | | |
| BCAP3400 P285 K05 | | |
| BCAP3400 P300 K04 | | |
| BCAP3400 P300 K05 | | |
| BMOD0001 P005 B02 | | |
| BMOD0002 P005 B02 | | |
| BMOD0004 P240 B02 | | |
| BMOD0006 E160 B02 | | |
| BMOD0006 E160 C02 | | |
| BMOD0008 E160 B02 | | |
| BMOD0009 P024 B02 | | |
| BMOD0010 P090 B02 | | |
| BMOD0010 P090 C02 | | |
| BMOD0058 E016 B02 | | |
| BMOD0063 P125 B04/B08 | | |
| BMOD0083 P048 B01 | | |
| BMOD0094 P075 B02 | | |
| BMOD0130 P056 B03 | | |
| BMOD0165 P048 B01 | | |
| BMOD0165 P048 B06 | | |
| BMOD0165 P048 B09 | | |
| BMOD0165 P048 C01 | | |
| BMOD0165 P048 C0B | | |
| BMOD0165 P054 B0A | | |
| BMOD0500 P016 B01 | | |
| BMOD0500 P016 B02 | | |
| ESM Ultra 31/1100/24V | | |
| ESM ULTRA 31/1800 | | |
| ESM Ultra 31/900 | | |
| ESM Ultra 31/900/24V | | |
| GEN 31-0900-12V-2T | | |
| GEN 31-0900-24V-2T | | |
| GEN 31-0980-24V-2T | | |
| GEN 31-1800-12V-2T | | |

ANSWER QUESTION 2 ONLY FOR THOSE PRODUCTS YOU PLACED AT
LEAST ONE CHECKMARK NEXT TO IN QUESTION 1 ABOVE.  IF YOU
PLACED NO CHECKMARKS IN RESPONSE TO QUESTION 1, DO NOT
ANSWER THIS QUESTION AND PROCEED TO QUESTION 3.

**QUESTION 2:**

Did CAP-XX prove by a preponderance of the evidence that Maxwell's

infringement was willful?

**Answer "Yes" or "No" only for the patent(s) for which you found
infringement for any of the claims listed in Question 1:**

'034 Patent _____

'600 Patent _____

**QUESTION 3:**

Did Maxwell prove by clear and convincing evidence that any of the following claims are invalid as being obvious to a person of ordinary skill in the art at the time the claimed inventions were made?

**If you find the Claim invalid as obvious, answer "Yes," otherwise, answer "No."**

**'034 Patent**

Claim 12: ......................

Claim 16: ......................

Claim 17: ......................

Claim 18: ......................

Claim 20: ......................

Claim 22: ......................

Claim 41: ......................

Claim 43: ......................

Claim 48: ......................

Claim 49: ......................

Claim 50: ......................

Claim 51: ......................

Claim 62: ......................

**'600 Patent**

Claim 8: ......................

Claim 9: ......................

**QUESTION 4:**

Did Maxwell prove by clear and convincing evidence that any of the

following claims is invalid as being indefinite?

**If you find the Claim invalid as indefinite, answer "Yes," otherwise,
answer "No."**

**'034 Patent**

Claim 12: ......................

Claim 16: ......................

Claim 17: ......................

Claim 18: ......................

Claim 20: ......................

Claim 22: ......................

Claim 41: ......................

Claim 43: ......................

Claim 48: ......................

Claim 49: ......................

Claim 50: ......................

Claim 51: ......................

Claim 62: ......................

**'600 Patent**

Claim 8: ......................

Claim 9: ......................

**QUESTION 5:**

Did Maxwell prove by clear and convincing evidence that any of the

following claims is invalid for lack of enablement?

**If you find the Claim invalid for lack of enablement, answer "Yes," otherwise, answer "No."**

**'034 Patent**

Claim 12: ......................

Claim 16: ......................

Claim 17: ......................

Claim 18: ......................

Claim 20: ......................

Claim 22: ......................

Claim 41: ......................

Claim 43: ......................

Claim 48: ......................

Claim 49: ......................

Claim 50: ......................

Claim 51: ......................

Claim 62: ......................

**'600 Patent**

Claim 8: ......................

Claim 9: ......................

**QUESTION 6:**

Did Maxwell prove by clear and convincing evidence that any of the

following claims is invalid for lack of a sufficient written description?

**If you find the Claim invalid for lack of a sufficient written description, answer "Yes," otherwise, answer "No."**

**'034 Patent**

Claim 12: ......................

Claim 16: ......................

Claim 17: ......................

Claim 18: ......................

Claim 20: ......................

Claim 22: ......................

Claim 41: ......................

Claim 43: ......................

Claim 48: ......................

Claim 49: ......................

Claim 50: ......................

Claim 51: ......................

Claim 62: ......................

**'600 Patent**

Claim 8: ......................

Claim 9: ......................

**QUESTION 7: [DISPUTED – Proposed by Maxwell]**

> **\*CAP-XX objects to this question as inventorship is no longer at issue with the dismissal of inequitable conduct claims. This objection should be resolved with the Court's anticipated ruling of CAP-XX motion in limine.**

Did Maxwell prove by clear and convincing evidence that any of the following claims is invalid for failure to name the correct inventors?

> **If you find the Claim invalid for failure to name the correct inventors, answer "Yes," otherwise, answer "No."**

**'034 Patent**

Claim 12: ......................

Claim 16: ......................

Claim 17: ......................

Claim 18: ......................

Claim 20: ......................

Claim 22: ......................

Claim 41: ......................

Claim 43: ......................

Claim 48: ......................

Claim 49: ......................

Claim 50: ......................

Claim 51: ......................

Claim 62: ......................

**'600 Patent**

Claim 8: ......................

Claim 9: ......................

ANSWER QUESTION 8 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED AND NOT INVALID.

**QUESTION 8: [DISPUTED – PROPOSED BY MAXWELL]**

What amount of a reasonable royalty has CAP-XX proven by a preponderance of the evidence based on a hypothetical negotiation between CAP-XX and Maxwell?

[**Maxwell proposes the following parenthetical: (If you find that CAP-XX failed to provide Maxwell Actual Notice of Infringement before filing its Complaint, you can only include post-filing infringement activity in your reasonable royalty calculation.) CAP-XX objects to this parenthetical as unnecessary.**]

Answer in Dollars: $ ......................

\*       \*       \*

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations.   You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict

Date: _____

_____          _____

_____          _____

_____          _____

_____          _____