IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br> Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) C.A. No. 19-1733 (CFC) (JLH) ) ) ) ) ) ) ) ) |

[~~PROPOSED~~] ORDER DENYING MAXWELL'S
MOTION TO STRIKE (D.I. 119) AND DENYING CAP-XX'S
CROSS-MOTION TO PRECLUDE EVIDENCE (D.I. 124) AS MOOT

On August 25, 2022, the Court heard oral argument on Maxwell Technologies, Inc.'s Motion to Strike CAP-XX, Ltd's Evidence of Infringement Under 36 U.S.C. § 271(f) and Preclude All Related Theories (D.I. 119) and CAP-XX, Ltd.'s Cross-Motion, in the Alternative, to Preclude Maxwell Technologies, Inc. From Asserting Any of its Sales Were Extraterritorial (D.I. 124). Having considered the Parties' Motions, Briefs, and having heard oral argument, the Court finds the motions should be denied as follows:

It is, therefore, ordered:

1. Maxwell's Motion to Strike (D.I. 119) is denied; however, the Court finds that Maxwell suffered prejudice from CAP-XX's delay in alleging a theory of infringement under 35 U.S.C. § 271(f). It is therefore further ordered that:

   a. Maxwell may conduct third-party discovery related to infringement under 35 U.S.C. § 271(f);

   b. Maxwell may supplement its expert reports, both from a technical and damages point of view;

   c. CAP-XX may respond to Maxwell's supplemental expert reports, but may not add a new theory of infringement under 35 U.S.C. § 271;

   d. The costs Maxwell incurs in conducting third-party discovery and generating additional expert reports will be shared, such that CAP-XX will have to pay up to but no more than 50% of Maxwell's costs (including costs associated with expert fees in preparing the reports, depositions, court reporter fees, travel fees, accommodations), but not attorneys' fees;

   e. At the end of the case, the Court will hear from the parties and make a determination about what costs CAP-XX will bear;

2. CAP-XX's Cross-Motion (D.I. 124) is denied as moot; and

3. Resolution of the remaining pending motions is stayed pending further Order of the Court.

*[signature]* 9/7/22

Honorable Colm F. Connolly
Chief Judge
United States District Court for the
District of Delaware