1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3    CAP-XX, LTD.,                )
                                  )
4            Plaintiff,           )
                                  )   C.A. No. 19-1733-CFC
5      v.                         )
                                  )
6    MAXWELL TECHNOLOGIES,        )
     INC.,                        )
7                                 )
             Defendant.           )
8                                 )

9

10

11                  Tuesday, October 18, 2022
                          3:30 p.m.
12                       Teleconference

13

14                    844 King Street
                   Wilmington, Delaware
15

16    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
17

18

19    APPEARANCES:

20
                  POTTER ANDERSON & CORROON
21                BY:  PHILIP A. ROVNER, ESQ.

22                -and-

23
                  FISHER BROYLES
24                BY:  ALISTAIR J. WARR, ESQ.
                  BY:  ADAM YOWELL, ESQ.
25                     Counsel for the Plaintiff

1

2      APPEARANCES CONTINUED:

3

4               FISH & RICHARDSON, P.C.
                BY:   SUSAN E. MORRISON, ESQ.
5               BY:   AAMIR A. KAZI, ESQ.
                BY:   MATTHEW COLVIN, ESQ.
6               BY:   RUFFIN B. CORDELL, ESQ.
                         Counsel for the Defendant
7

8

9

10

11

12                  _ _ _ _ _ _ _ _ _

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S

 2

 3        (Proceedings commenced via teleconference beginning

 4    at 3:30 p.m.)

 5

 6            THE COURT:  Counsel, let's start with the

 7    plaintiffs.  Can you identify yourself please for the

 8    record.

 9            MR. ROVNER:  Yes, Your Honor.

10            This is Phil Rovner from Potter Anderson.  With

11    me from Fisher Broyles is Alistair Warr.

12            THE COURT:  All right.  Thank you.

13            For the defendant.

14            MR. YOWELL:  Also, sorry, Your Honor.  Adam

15    Yowell for plaintiff is here.

16            THE COURT:  All right.

17            For the defendant.

18            MS. MORRISON:  Good afternoon, Your Honor.

19    This is Susan Morrison from Fish & Richardson, and with me

20    on the line are my partners, Ruffin Cordell, Aamir Kazi

21    and Matt Colvin.

22            THE COURT:  Thanks very much.

23            All right.  So, Counsel, I'm in receipt of the

24    letter.  So the problem is that I can't decide summary

25    judgment in the time that you are allotting me.
```

1          I gave you the trial dates.  I went back and

2     reviewed the transcript because Mr. Rovner asked for a

3     trial date, which I got his request, understood it, the

4     basis for it, but you can't have, you know, a May 15

5     trial, and you are submitting your motion on March 24.

6     God knows how long it will take you to brief it.  That's

7     just not doable.

8          So if you want the trial date, Mr. Rovner, you

9     are going to have to move your briefing, your motion date

10    up probably three months earlier or we will just move the

11    trial date.

12         What do you want to do?

13         **MR. ROVNER:**  Well, Your Honor, this is Phill

14    Rovner.  I understand, now that you point that out, that

15    the dates are somewhat tight.

16         I think that, you know, we would like the early

17    trial date, earlier trial date, but I think we are going,

18    the parties, are going to have to talk amongst themselves

19    because we do have to finish up this discovery that we

20    discussed in front of Your Honor at the hearing.

21         **THE COURT:**  All right.

22         **MR. ROVNER:**  Mr. Warr, my cocounsel, might have

23    a different opinion.

24         **MR. WARR:**  Good afternoon, Your Honor.

25    Alistair Warr here.

1          I think if counsel had a couple of days to chat

2     about this, see if there are ways to move that schedule

3     up, keep that May trial, that would be preferable to

4     Cap-XX.

5          **THE COURT:**  Okay.  Well, but keep in mind,

6     that's fine.  Here's what you need to keep in mind.  I

7     need three months from the reply brief to get a motion

8     decided, all right.

9          So, basically, you've got to file your reply

10    brief three months before the pretrial conference, then

11    you can make every other date work.

12         Now, given what you all said, at the last

13    conference, and given what is said in the letter, that you

14    all filed on October 11, I don't know how you are going to

15    complete discovery and still get a reply brief in three

16    months before May 15.

17         But you've got a lot of lawyers, and who knows,

18    maybe you can do that.  Actually, it's three months before

19    May 9th.

20         Why don't you confer and figure this out, and

21    let me know, all right.  That's the first.

22         Anything from the defendant, Ms. Morrison, on

23    that?

24         **MS. MORRISON:**  No, Your Honor.  I can only say

25    that we have quite a bit of discovery to conduct.  We may

1   have to conduct foreign discovery.  We can talk amongst

2   ourselves and see what the possibilities are, and then we

3   can go from there.

4            **THE COURT:**  All right.  Sounds good.

5            All right.  Now, the second issue is regarding

6   the claim construction issues, and that you both think you

7   would benefit from further clarity on the term, "maximum

8   operating voltage of the cell" in advance of trial.

9            Do you all have positions on how to construe

10  that term right now?

11           **MR. WARR:**  Your Honor, this is Alistair Warr

12  again.

13           We now have the expert reports that, if memory

14  serves me, address that very issue by and large.  I'm

15  wondering if we can follow the Court's practice and put

16  together a joint claim construction brief and allow the

17  Court to decide it on the papers is one option.

18           **THE COURT:**  Well, what I'm inclined to do is,

19  you know, I've already given you a *Markman* hearing, and

20  there's only so much time, energy, law clerk and brain

21  power resources here at the court, and you've gotten your

22  fair share.

23           What I'm inclined to do is to say you put

24  forth, you know, have your expert address the merits.

25           Is this an invalidity or infringement issue or

1   both?

2          **MR. YOWELL:**  Your Honor, Adam Yowell for

3   Cap-XX.

4          It's probably touching on both.

5          **THE COURT:**  Okay.  So then, you have your

6   expert address infringement and validity first, assuming

7   his or her construction of the term, and, second, doing

8   the analysis of using the construction that the

9   defendant's expert takes, and then the defendant does the

10  same thing, and then let's see what happens.

11         **MS. MORRISON:**  Your Honor, this is Susan

12  Morrison for defendants.

13         That's essentially what the parties have

14  already done.  We've already addressed these issues in the

15  expert reports.  So the parties have already taken that

16  exact approach.

17         **THE COURT:**  Oh, okay.

18         **MR. YOWELL:**  Your Honor, Adam Yowell -- sorry,

19  Susan.  Go ahead.

20         **MS. MORRISON:**  Go ahead, Mr. Yowell.  It's

21  fine.

22         **MR. YOWELL:**  I was going to say if I'm

23  understanding the Court to propose that we go forward to a

24  trial with that term not excluded, basically, have

25  alternative positions on the construction for the

1   invalidity and infringement --

2           **THE COURT:**  No, that's not what I was saying.

3   We are not going to try it in front of the jury with

4   alternative construction.  That's not what I was getting

5   at.

6           In other words, you've completed --

7           **MR. YOWELL:**  My apologies.

8           **THE COURT:**  I am sure I didn't state it

9   correctly.  You don't need to apologize, but I wanted to

10  stop you from going down a road that wasn't going to bear

11  any fruit.

12          You've, basically, I understand now, you've

13  essentially finished expert discovery.  Your experts have

14  taken the approach that I was just suggesting.  Okay.

15          **MS. MORRISON:**  Yes.  This is Susan Morrison,

16  Your Honor.

17          Yes, that's correct.  This was the matter where

18  we had to reopen discovery on that 271(f) issue.  We've

19  only gotten limited discovery and limited issues that are

20  still open, but everything else -- I believe these terms

21  were fully briefed in the first *Markman* hearing, and Your

22  Honor deferred it to later because we wanted to, I

23  believe, that you wanted to hear from the experts on the

24  issue.

25          So certainly my cocounsel or counsel for Cap-XX

1    can correct me if I don't have it quite right, I believe

2    the issue has been fully briefed.  I also believe our

3    experts have addressed it.

4             **THE COURT:**  Okay.

5             **MS. MORRISON:**  I think the parties are open to

6    however the Court is most efficient for the Court to

7    handle it.  We wanted to raise the issue, so we didn't

8    come before you at the pretrial conference saying there is

9    this one issue.

10            **THE COURT:**  Hold on a second.  Give me a

11   second.  I'm going to put you on hold for a second.

12            Okay.  Thank you.  I apologize, Ms. Morrison.

13   Thank you for refreshing my recollection.  I went back and

14   quickly looked at the *Markman* transcript, and she's

15   absolutely correct.  Now having refreshed my recollection,

16   I get where the parties are coming from.

17            All right.  The only thing I'm thinking is the

18   271 issue, my ruling on that would dispose of the case

19   potentially; is that right, or just part of the case?

20            **MR. WARR:**  Your Honor, Alistair Warr.

21            I think it would impact the damages at issue

22   significantly one way or the other.

23            **MS. MORRISON:**  Defendants agree with that, Your

24   Honor.  It would not dispose of the case.  It would

25   significantly alter the damages.

1          There are other summary judgment motions that

2    are already fully briefed and pending.  I believe

3    defendants have filed a motion for summary judgment on 112

4    that could dispose of the issue.  The 721 issue would not

5    dispose of the case.

6          **THE COURT:**  Okay.  Here's what I'm trying to

7    figure out is when to have this hearing.

8          Have I decided any summary judgment motions yet

9    in this case?  Probably not, right?

10         **MS. MORRISON:**  No, Your Honor, you have not.

11         **THE COURT:**  And how many have been filed?

12         **MR. WARR:**  We filed one that Maxwell withdrew

13   the defense, so the summary judgment became moot and

14   Maxwell filed two, one on the damages period; the other

15   one on the 112 issues.  Both of those I think are pending.

16         **THE COURT:**  Which in your ranking -- what's the

17   first one?  What was the first motion?

18         **MR. WARR:**  To limit the damages period to two

19   years instead of six based on marking and notice.

20         **THE COURT:**  That's not the 271 issue?

21         **MR. WARR:**  It's not.

22         **THE COURT:**  Then I will give you permission to

23   file a completely different 271 issue or the defendants,

24   right?

25         **MS. MORRISON:**  Yes, correct, Your Honor.  That

1    was the decision at the last hearing we had before you.

2         **THE COURT:**  Okay.  All right.  So I'm just

3    going to hold in abeyance this issue about the claim

4    construction hearing until we get more insight about the

5    schedule of the case.

6         All right.  And, basically, I'm going to try to

7    be practical about it.  I might look at your motions

8    before making the decision, and I might look at your

9    motions and say let's have the hearing right away.  I just

10   don't know.  So we're going to wait, and we'll revisit

11   that issue.

12        Now, then your expert opinion of Dr. John

13   Miller, that sounds like you all have agreed to something,

14   correct?

15        **MR. WARR:**  I'm not sure that is correct.  I

16   think, as we understand it, Maxwell proposed to sort of

17   recast Dr. Miller's opinions without similar references

18   that were discussed in the August 25 hearing --

19        **THE COURT:**  Right.

20        **MR. WARR:**  -- and Cap-XX would object to

21   Maxwell.

22        **THE COURT:**  I thought you agreed on that?  I

23   misunderstood.

24        **MS. MORRISON:**  Your Honor, this is Susan

25   Morrison.

 1                   For the clarity of the record, not recast but

 2        simply remove, redact certain opinions that Cap-XX had

 3        moved to exclude.  We didn't alter any testimony.  We just

 4        deleted some.

 5                   **THE COURT:**  You know what, I mean why am I

 6        dealing with this expert opinion issue in this letter?

 7                   I mean, the purpose of the letter was to tell

 8        me how the matter should proceed, basically, the timing,

 9        right?  So why are we bringing up this Miller issue?

10                   **MS. MORRISON:**  Your Honor, this is Susan

11        Morrison.

12                   I think the only reason we had included it

13        because it was discussed at the hearing.  We simply wanted

14        to give the Court an update on where the issue stood.

15        There isn't anything that the Court has to do at this

16        time.

17                   **THE COURT:**  All right.  So I will leave that

18        alone then.  All right.

19                   So then, close the loop here.  You want to get

20        back to me within one week with, I guess, a proposed

21        schedule that, basically, accomplishes two things.

22                   First, it permits the necessary discovery to

23        allow for the Section 271 based summary judgment motion

24        that I authorized at the last hearing.  And two, that

25        either alters the 271-related matters schedule, such that

1   we would have a reply brief filed in the 271 summary

2   judgment motion three months prior to May 9 of 2023.

3            Alternatively, you provide a different

4   schedule, and you can propose a generic -- I shouldn't say

5   generic -- but, you know, a general time frame for a

6   trial, and we'll do what we can at that point, all right.

7            Once I get that settled, we can either, at that

8   point or at a later date, as appropriate, address the

9   claim construction issue, and whether -- I shouldn't say

10  whether -- but when to have a hearing or if it's

11  necessary, okay.

12           All right.  Is that clear then?  So you've got

13  a week to get the proposed schedule in on the 271 and the

14  trial; is that fair?

15           **MS. MORRISON:**  Yes.

16           **MR. WARR:**  Yes, Your Honor.

17           **THE COURT:**  That works.

18           And anything else I need to do?  Plaintiff?

19           **MR. WARR:**  No, Your Honor.  The only thing that

20  comes to mind, and maybe you don't have an answer, but if

21  we do have to move that May trial date, when would be the

22  earlier possible date to revisit that setting?

23           **THE COURT:**  May 16th.  I don't know.  I don't

24  know the information, you know.

25           **MR. WARR:**  I thought I would ask the question,

 1   Your Honor.

 2          **THE COURT:**  It's like it all depends on what

 3   you want is the answer.  I could give you that date if you

 4   give me three months on the summary judgment disposition,

 5   and if that's not going to work for you, then you've got

 6   to tell me when you can get your reply brief in, and then

 7   I will know I need to start looking at dates starting

 8   three months after that reply brief deadline.

 9          **MR. WARR:**  Understood, Your Honor.

10          **MR. ROVNER:**  Your Honor, this if Phill Rovner

11   for the plaintiff.

12          I think what Mr. Warr was alluding to and with

13   some trepidation I raise this with you.

14          I have a feeling that the parties are going to

15   have different views about what can be done in the next,

16   let's say, seven months.

17          We, the plaintiff, obviously feel that we can

18   get this discovery done and maintain our trial date.  I

19   have a hunch that Maxwell is going to say that's not

20   possible, and we have to move the trial date out.

21          That's just the way plaintiffs and defendants

22   have danced for decades.

23          So I do note that we were in front of you about

24   two months ago, and there's been no discovery undertaken.

25   So I'm just concerned that we will be back to you in a

1    week's time when we do not have agreement or we want to

2    maintain trial date, and Maxwell says we can't.

3              I just wanted to foreshadow that for you

4    because, as I said, I have a hunch that's coming.

5              **MS. MORRISON:**  Your Honor, if I may --

6              **THE COURT:**  Yeah, please.

7              **MS. MORRISON:**  The issue here is this is

8    discovery that is needing to be done is not

9    straightforward, and, of course, was necessitated by

10   plaintiffs injecting this issue in the case very late,

11   which is why discovery wasn't done already.

12             We are certainly moving with speed, but it's

13   not straightforward for reasons I won't certainly drag the

14   Court into, but we are moving.

15             Discovery is going to take some time, and we

16   need to address this issue that came up very late.

17             **THE COURT:**  All right.  So this is plaintiff's

18   issue, right?

19             **MS. MORRISON:**  Yes.  It's infringement under

20   271(f), which was not in the claim contentions when it

21   came before the Court because defendants moved to strike

22   it from the case.  This is an issue injected in during the

23   expert discovery phase.

24             **THE COURT:**  Right.

25             **MS. MORRISON:**  I won't belabor all the

1    arguments back and forth.  The Court allowed the issue to

2    come into the case that allowed us to take discovery which

3    identified by them, identifying this issue so late.

4         **THE COURT:**  Right.  So hold on a second.  I get

5    that, and it's complicated because we are dealing with

6    China, and things aren't good between our country and

7    China right now.

8         So discovery with China was already difficult.

9    I can't imagine how difficult it would be currently.

10        Now, is it true that you've not propounded any

11   discovery, though, in the two months between the hearing

12   and today?

13        **MS. MORRISON:**  So the discovery is discovery

14   that we need to seek both internally, first internally

15   through Maxwell, but, again, it's not straightforward.

16   We're working on gathering documents and in the possession

17   of our clients before we go to China to see if those

18   documents will resolve the issue, but because, again, I

19   won't give the Court all the gory details, there have been

20   a number of transactions within our clients that make this

21   discovery not straightforward, which is why under normal

22   circumstances had this been raised in the contentions,

23   this is something we would have started on years ago.

24        **THE COURT:**  But it's one thing if it's

25   documents within the custody and control of your client.

 1    It's another thing if it's third-party discovery.

 2              **MS. MORRISON:**  It's both, Your Honor.

 3              **THE COURT:**  Okay.  Well, as far as within your

 4    client, that should be done.  I mean, we can't let the

 5    case go on forever just because, you know, we have these

 6    kind of conclusory assertions about the difficulty of

 7    getting discovery out of China.  That's a given.

 8              But at some point, you know, you have to move,

 9    and I don't have the time to dive into this.

10              Now, we could get a special master involved who

11    could pay real, real detailed attention to this.

12              Anyway, look, I guess you guys are going to

13    have to come up with something, and, you know, I hear you,

14    Mr. Rovner, but you did inject this late into the case.

15    We talked about there was prejudice, and I was trying to,

16    you know, strike a balance.  And so --

17              **MR. ROVNER:**  Your Honor, I'm not seeking to

18    re-litigate that at all.  The issue was presented.  You

19    ruled.  All I would say is that when moving forward, and

20    we're trying -- everyone left the hearing in August

21    knowing what the proposed trial date, my only point was,

22    as Your Honor recognized, Maxwell hasn't started any

23    third-party discovery.

24              So I was just concerned that I didn't want

25    everyone to be quiet on this call and act like there is a

1    chance everyone was going to agree to the May trial date

2    only to have a week's time to us not coming to agreement.

3         I think that we started back on square one in

4    August, and nothing has been moved forward in terms of a

5    third-party discovery.  So I'm not blaming anyone.  I am

6    pointing it out.  I am saying I don't think we will reach

7    agreement that we can proceed to trial in May.

8         You know just pointing out, you can't finish

9    discovery until you start it.

10         **MS. MORRISON:**  Your Honor, I'm not going to

11   belabor the point.  I think what Mr. Rovner is saying is

12   not quite true.  We have been working diligently.

13         The issue is discovery that's internal to our

14   client that we need is on backup tapes on systems that no

15   longer exist because, again, this issue this is something

16   we should have started on years ago had this issue been

17   raised at the appropriate time.

18         We are going as fast as we can to get these

19   documents and then determine before we engage in the

20   expense, which Cap-XX is going to have to pay a portion

21   of, according to Your Honor's ruling, going to China, we

22   are trying to get this resolved as quickly as possible.

23         **THE COURT:**  Okay.  All right.  Fair enough.  I

24   will leave it right now, and you have a week to get a

25   proposed schedule.  Okay.

1          **MS. MORRISON:**  Yes.  Thank you, Your Honor.

2          **MR. ROVNER:**  Thank you.

3          **THE COURT:**  All right.  Everybody, have a good

4     day.  Thanks very much.

5

6

7          (The proceedings concluded at 3:56 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                           CERTIFICATE OF COURT REPORTER

3

4          I hereby certify that the foregoing is a true and

5     accurate transcript from my stenographic notes in the

6     proceeding.

7
                                        /s/ Bonnie R. Archer
8                                       Bonnie R. Archer
                                        Official Court Reporter
9                                        U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. ROVNER: [6]  3/9 4/13
4/22 14/10 17/17 19/2
MR. WARR: [12]  4/24 6/11
9/20 10/12 10/18 10/21 11/15
11/20 13/16 13/19 13/25 14/9
MR. YOWELL: [5]  3/14 7/2
7/18 7/22 8/7
MS. MORRISON: [20]  3/18
5/24 7/11 7/20 8/15 9/5 9/23
10/10 10/25 11/24 12/10
13/15 15/5 17/19 15/25
16/13 17/2 18/10 19/1
THE COURT: [35]

**-**
-and [1]  1/22

**/**
/s [1]  20/7

**1**
11 [1]  5/14
112 [2]  10/3 10/15
15 [2]  4/4 5/16
16th [1]  13/23
18 [1]  1/11
19-1733-CFC [1]  1/4

**2**
2022 [1]  1/11
2023 [1]  13/2
24 [1]  4/5
25 [1]  11/18
271 [8]  8/18 9/18 10/20 10/23
12/23 13/1 13/13 15/20
271-related [1]  12/25

**3**
3:30 [2]  1/11 3/4
3:56 [1]  19/7

**7**
721 [1]  10/4

**8**
844 [1]  1/14

**9**
9th [1]  5/19

**A**
AAMIR [2]  2/5 3/20
abeyance [1]  11/3
about [8]  5/2 11/3 11/4 11/7
14/15 14/23 17/6 17/15
absolutely [1]  9/15
accomplishes [1]  12/21
according [1]  18/21
accurate [1]  20/5
act [1]  17/25
Actually [1]  5/18
ADAM [4]  1/24 3/14 7/2 7/18
address [5]  6/14 6/24 7/6 13/8
15/16
addressed [2]  7/14 9/3
advance [1]  6/8
after [1]  14/8
afternoon [2]  3/18 4/24
again [4]  6/12 16/15 16/18

18/15
ago [3]  14/24 16/23 18/16
agree [2]  9/23 18/1
agreed [2]  11/13 11/22
agreement [2]  15/1 18/2 18/7
ahead [2]  7/19 7/20
ALISTAIR [5]  1/24 3/11 4/25
6/11 9/20
all [27]
allotting [1]  3/25
allow [2]  6/16 12/23
allowed [2]  16/1 16/2
alluding [1]  14/12
alone [1]  12/18
already [7]  6/19 7/14 7/14
7/15 10/2 15/11 16/8
also [3]  3/14 9/2
alter [2]  9/25 12/3
alternative [2]  7/25 8/4
Alternatively [1]  13/3
alters [1]  12/25
am [4]  8/8 12/5 18/5 18/6
amongst [2]  4/18 6/1
analysis [1]  7/8
ANDERSON [2]  1/20 3/10
another [1]  17/1
answer [2]  13/20 14/3
any [5]  8/11 10/8 12/3 16/10
17/22
anyone [1]  18/5
anything [3]  5/22 12/15 13/18
Anyway [1]  17/12
apologies [1]  8/7
apologize [2]  8/9 9/12
APPEARANCES [2]  1/19 2/2
approach [2]  7/16 8/14
appropriate [2]  13/8 18/17
Archer [2]  20/7 20/8
are [25]
aren't [1]  16/6
arguments [1]  16/1
as [10]  11/16 13/8 15/4 17/3
17/3 17/22 18/18 18/18 18/22
18/22
ask [1]  13/25
asked [1]  4/2
assertions [1]  16/1
assuming [1]  7/6
attention [1]  17/11
August [3]  11/18 17/20 18/4
August 25 [1]  11/18
authorized [1]  12/24
away [1]  11/9

**B**
back [6]  4/1 9/13 12/20 14/25
16/1 18/3
backup [1]  18/14
balance [1]  17/16
based [2]  10/19 12/23
basically [6]  5/9 7/24 8/12
11/6 12/8 12/21
basis [1]  4/4
be [9]  5/3 11/7 13/21 14/15
14/25 15/8 16/9 17/4 17/25
bear [1]  8/10
became [1]  10/13
because [10]  4/2 4/19 8/22
12/13 15/4 15/21 16/5 16/18
17/5 18/15

been [8]  9/2 10/11 14/24
16/19 16/22 18/4 18/4 18/16
before [10]  1/16 5/10 5/16
5/18 9/18 11/1 11/8 15/21
16/17 18/19
beginning [1]  3/3
belabor [2]  15/25 18/11
believe [5]  8/20 8/23 9/1 9/2
10/2
benefit [1]  6/7
between [2]  16/6 16/11
bit [1]  5/25
blaming [1]  18/5
Bonnie [2]  20/7 20/8
both [6]  6/6 7/1 7/4 10/15
16/14 17/2
brain [1]  6/20
brief [8]  4/6 5/7 5/10 5/15 6/16
13/1 14/6 14/8
briefed [3]  8/21 9/2 10/22
briefing [1]  4/9
bringing [1]  12/9
BROYLES [2]  1/23 3/11

**C**
C.A [1]  1/4
call [1]  17/25
came [2]  15/16 15/21
can [16]  3/7 5/11 5/18 5/24
6/1 6/3 6/15 9/1 13/4 13/6
13/7 14/6 14/15 14/17 18/7
18/18
can't [6]  3/24 4/4 15/2 16/9
17/4 18/8
CAP [7]  1/3 5/4 7/3 8/25
11/20 12/2 18/20
CAP-XX [7]  1/3 5/4 7/3 8/25
11/20 12/2 18/20
case [11]  9/18 9/19 9/24 10/5
10/9 11/5 15/10 15/22 16/2
17/5 17/14
cell [1]  6/8
certain [1]  12/2
certainly [3]  8/25 15/12 15/13
CERTIFICATE [1]  20/2
certify [1]  20/4
CFC [1]  1/4
chance [1]  18/1
chat [1]  5/1
China [6]  16/6 16/7 16/8
16/17 17/7 18/21
circumstances [1]  16/22
claim [5]  6/6 6/16 11/3 13/9
15/20
clarity [2]  6/7 12/1
clear [1]  13/12
clerk [1]  6/20
client [3]  16/25 17/4 18/14
clients [2]  16/17 16/20
close [1]  12/19
cocounsel [2]  4/22 8/25
COLM [1]  1/16
COLVIN [2]  2/5 3/21
come [3]  9/8 16/2 17/13
comes [1]  13/20
coming [3]  9/16 15/4 18/2
commenced [1]  3/3
complete [1]  5/15
completed [1]  8/6
completely [1]  10/23

complicated [1]  16/5
concluded [1]  19/7
conclusory [1]  17/6
conduct [2]  5/25 6/1
confer [1]  5/20
conference [3]  5/10 5/13 9/8
CONNOLLY [1]  1/16
construction [2]  6/6 6/16 7/7
7/8 7/25 8/4 11/4 13/9
construe [1]  6/9
contentions [2]  15/20 16/22
CONTINUED [1]  2/2
control [1]  16/25
CORDELL [2]  2/6 3/20
correct [6]  8/17 9/1 9/15 10/25
11/14 11/15
correctly [1]  8/9
CORROON [1]  1/20
could [4]  10/4 14/3 17/10
17/11
counsel [6]  1/25 2/6 3/6 3/23
5/1 8/25
country [1]  16/6
couple [1]  5/1
course [1]  15/9
court [16]  1/1 1/16 6/17 6/21
7/23 9/6 9/6 12/14 12/15
15/14 15/21 16/1 16/19 20/2
20/8 20/9
Court's [1]  6/15
currently [1]  16/9
custody [1]  16/25

**D**
damages [4]  9/21 9/25 10/14
10/18
danced [1]  14/22
date [16]  4/3 4/8 4/9 4/11 4/17
4/17 5/11 13/8 13/21 13/22
14/3 14/18 14/20 15/2 17/21
18/1
dates [3]  4/1 4/15 14/7
day [1]  19/4
days [1]  5/1
deadline [1]  14/8
dealing [2]  12/6 16/5
decades [1]  14/22
decide [2]  3/24 6/17
decided [2]  5/8 10/8
decision [2]  11/1 11/8
defendant [6]  1/7 2/6 3/13
3/17 5/22 7/9
defendant's [1]  7/9
defendants [6]  7/12 9/23 10/3
10/23 14/21 15/21
defense [1]  10/13
deferred [1]  8/22
DELAWARE [2]  1/2 1/14
deleted [1]  12/4
depends [1]  14/2
detailed [1]  17/11
details [1]  16/19
determine [1]  18/19
did [1]  17/14
didn't [4]  8/8 9/7 12/3 17/24
different [4]  4/23 10/23 13/3
14/15
difficult [2]  16/8 16/9
difficulty [1]  17/6

**D**

diligently [1] 18/12
discovery [26]
discussed [3] 4/20 11/18
   12/13
dispose [4] 9/18 9/24 10/4
   10/5
disposition [1] 14/4
DISTRICT [4] 1/1 1/2 1/16
   20/9
dive [1] 17/9
do [13] 4/12 4/12 4/19 5/18
   6/9 6/18 6/23 12/15 13/6
   13/18 13/21 14/23 15/1
doable [1] 4/7
documents [4] 16/16 16/18
   16/25 18/19
does [1] 7/9
doing [1] 7/7
don't [10] 5/14 5/20 8/9 9/1
   11/10 13/20 13/23 13/23 17/9
   18/6
done [6] 7/14 14/15 14/18
   15/8 15/11 17/4
down [1] 8/10
Dr [2] 11/12 11/17
drag [1] 5/13
during [1] 15/22

**E**

earlier [3] 4/10 4/17 13/22
early [1] 4/16
efficient [1] 9/6
either [2] 12/25 13/7
else [2] 8/20 13/18
energy [1] 6/20
engage [1] 18/19
enough [1] 18/23
ESQ [7] 1/21 1/24 1/24 2/4
   2/5 2/5 2/6
essentially [2] 7/13 8/13
every [1] 5/11
Everybody [1] 19/3
everyone [3] 17/20 17/25 18/1
everything [1] 8/20
exact [1] 7/16
exclude [1] 12/3
excluded [1] 7/24
exist [1] 18/15
expense [1] 18/20
expert [9] 6/13 6/24 7/6 7/9
   7/15 8/13 11/12 12/6 15/23
experts [3] 8/13 8/23 9/3

**F**

fair [3] 6/22 13/14 18/23
far [1] 17/3
fast [1] 18/18
feel [1] 14/17
feeling [1] 14/14
figure [2] 5/20 10/7
file [2] 5/9 10/23
filed [6] 5/14 10/3 10/11 10/12
   10/14 13/1
fine [2] 5/6 7/21
finish [2] 4/19 18/8
finished [1] 8/13
first [7] 5/21 7/6 8/21 10/17
   10/17 12/22 16/14

**FISH** [2] 2/4 3/19
**FISHER** [2] 2/6 3/11
follow [1] 6/15
foregoing [1] 20/4
foreign [1] 6/1
foreshadow [1] 15/3
forever [1] 17/5
forth [2] 6/24 16/1
forward [3] 7/23 17/19 18/4
frame [1] 13/5
front [3] 4/20 8/3 14/23
fruit [1] 8/11
fully [3] 8/21 9/2 10/2
further [1] 6/7

**G**

gathering [1] 16/16
gave [1] 4/1
general [1] 13/5
generic [2] 13/4 13/5
get [4] 5/7 5/5 9/16 11/4
   12/19 13/7 13/13 14/6 14/18
   16/4 17/10 18/18 18/22 18/24
getting [2] 8/4 17/7
give [6] 9/10 10/22 12/14 14/3
   14/4 16/19
given [4] 5/12 5/13 6/19 17/7
go [6] 6/3 7/19 7/20 7/23
   16/17 17/5
God [1] 4/6
going [22]
good [5] 3/18 4/24 6/4 16/6
   19/3
gory [1] 16/19
got [5] 4/3 5/9 5/17 13/12 14/5
gotten [2] 6/21 8/19
guess [2] 12/20 17/12
guys [1] 17/12

**H**

had [7] 5/1 8/18 11/1 12/2
   12/12 16/22 18/16
handle [1] 9/7
happens [1] 7/10
has [3] 9/2 12/15 18/4
hasn't [1] 17/22
have [47]
having [1] 9/15
hear [2] 8/23 17/13
hearing [13] 4/20 6/19 8/21
   10/7 11/1 11/4 11/9 11/18
   12/13 12/24 13/10 16/11
   17/20
her [1] 7/7
here [5] 3/15 4/25 6/21 12/19
   15/7
Here's [2] 5/6 10/6
hereby [1] 20/4
his [2] 4/3 7/7
hold [4] 9/10 9/11 11/3 16/4
Honor [30]
Honor's [1] 18/21
HONORABLE [1] 1/16
how [6] 4/6 5/14 6/9 10/11
   12/8 16/9
however [1] 9/6
hunch [2] 14/19 15/4

**I**

I'm [15] 3/23 6/14 6/18 6/23

7/23 9/11 9/17 10/6 11/2 11/6
11/15 14/23 17/17 18/9 18/16
I've [1] 6/19
identified [1] 16/3
identify [1] 3/7
identifying [1] 16/3
imagine [1] 16/9
impact [1] 9/21
INC [1] 1/6
inclined [2] 6/18 6/23
included [1] 12/12
information [1] 13/24
infringement [4] 6/25 7/6 8/1
   15/19
inject [1] 17/14
injected [1] 15/22
injecting [1] 15/10
insight [1] 11/4
instead [1] 10/19
internal [1] 18/13
internally [2] 16/14 16/14
invalidity [2] 6/25 8/1
involved [1] 17/10
is [48]
isn't [1] 12/15
issue [32]
issues [4] 6/6 7/14 8/19 10/15
it [27]
it's [15] 5/18 7/4 7/20 10/21
   13/10 14/2 15/12 15/19 16/5
   16/15 16/24 16/24 17/1 17/1
   17/2

**J**

John [1] 11/12
joint [1] 6/16
Judge [1] 1/16
judgment [8] 3/25 10/1 10/3
   10/8 10/13 12/23 13/2 14/4
jury [1] 8/3
just [13] 4/7 4/10 8/14 9/19
   11/2 11/9 12/3 14/21 14/25
   15/3 17/5 17/24 18/8

**K**

KAZI [2] 2/5 3/20
keep [3] 5/3 5/5 5/6
kind [1] 17/6
King [1] 1/14
know [18] 4/4 4/16 5/14 5/21
   6/19 6/24 11/10 12/5 13/5
   13/23 13/24 13/24 14/7 17/5
   17/8 17/13 17/16 18/8
knowing [1] 17/21
knows [2] 4/6 5/17

**L**

large [1] 6/14
last [3] 9/12 11/1 12/24
late [4] 15/10 15/16 16/3
   17/14
later [2] 8/22 13/8
law [1] 6/20
lawyers [1] 5/17
leave [2] 12/17 18/24
left [1] 17/20
let [2] 5/21 17/4
let's [4] 3/6 7/10 11/9 14/16
letter [4] 3/24 5/13 12/6 12/7
like [4] 11/4 14/2 12/24 17/25

7/22 9/11 9/17 10/6 11/2 11/6
11/5 14/23 17/17 18/9 18/16
limit [1] 10/18
limited [2] 8/19 8/19
line [1] 3/20
litigate [1] 17/18
long [1] 4/6
longer [1] 18/15
look [3] 11/7 11/8 17/12
looked [1] 9/14
looking [1] 14/7
loop [1] 12/19
lot [1] 5/17
LTD [1] 1/3

**M**

maintain [2] 14/18 15/2
make [2] 5/11 16/20
making [1] 11/8
many [1] 10/11
March [1] 4/5
March 24 [1] 4/5
marking [1] 10/19
Markman [3] 6/19 8/21 9/14
master [1] 17/10
Matt [1] 3/21
matter [2] 8/17 12/8
matters [1] 12/25
MATTHEW [1] 2/5
maximum [1] 6/2
MAXWELL [9] 1/6 10/12
   10/14 11/16 11/21 14/19 15/2
   16/15 17/22
may [11] 4/4 5/3 5/16 5/19
   5/25 13/2 13/21 13/23 15/5
   18/1 18/7
May 15 [2] 4/6 5/19
May 16th [1] 13/23
May 9 [1] 13/2
May 9th [1] 13/2
maybe [2] 5/18 13/20
me [9] 3/11 3/19 3/25 5/21
   6/14 9/1 9/10 12/8 12/20 14/4
   14/6
mean [2] 12/5 12/7 17/4
memory [1] 6/13
merits [1] 6/24
might [3] 4/22 11/7 11/8
Miller [2] 11/13 12/9
Miller's [1] 11/17
mind [3] 5/5 5/6 13/20
misunderstood [1] 11/23
months [11] 4/10 5/7 5/10
   5/16 5/18 13/2 14/4 14/8
   14/16 14/24 16/11
moot [1] 10/13
more [1] 11/4
MORRISON [8] 2/4 3/19 5/22
   7/12 8/15 9/12 11/25 12/11
most [1] 9/6
motion [7] 4/5 4/9 5/7 10/3
   10/17 12/23 13/2
motions [4] 10/1 10/8 11/7
   11/9
move [6] 4/9 4/10 5/2 13/21
   14/20 17/8
moved [3] 12/3 15/21 18/4
moving [5] 15/12 15/14 17/19
Mr [1] 4/22
Mr. [6] 4/2 4/8 7/20 14/12
   17/14 18/11
Mr. Rovner [4] 4/2 4/8 17/14

**M**

Mr. Rovner... [1]  18/11
Mr. Warr [1]  14/12
Mr. Yowell [1]  7/20
Ms [2]  5/22 9/12
much [3]  3/22 6/20 19/4
my [9]  3/20 4/22 8/7 8/25 9/13
  9/15 9/18 17/21 20/5

**N**

necessary [2]  12/22 13/11
necessitated [1]  15/9
need [8]  5/6 5/7 8/9 13/18
  14/7 15/16 16/14 18/14
needing [1]  15/8
next [1]  14/15
no [7]  1/4 5/24 8/2 10/10
  13/19 14/24 18/14
normal [1]  16/21
not [27]
note [1]  14/23
notes [1]  20/5
nothing [1]  18/4
notice [1]  10/19
now [12]  4/14 5/12 6/5 6/10
  6/13 8/12 9/15 11/12 16/7
  16/10 17/10 18/24
number [1]  16/20

**O**

object [1]  11/20
obviously [1]  14/17
October [2]  1/11 5/14
October 11 [1]  5/14
Official [1]  20/8
Oh [1]  7/17
okay [12]  5/5 7/5 7/17 8/14
  9/4 9/12 10/6 11/2 13/11 17/3
  18/23 18/25
Once [1]  13/7
one [10]  6/17 9/9 9/22 10/12
  10/14 10/15 10/17 12/20
  16/24 18/3
only [8]  5/24 6/20 8/19 9/17
  12/12 13/19 17/21 18/2
open [2]  8/20 9/5
operating [1]  6/8
opinion [3]  4/23 11/12 12/6
opinions [2]  11/17 12/2
option [1]  6/17
other [5]  5/11 8/6 9/22 10/1
  10/14
our [6]  9/2 14/18 16/6 16/17
  16/20 18/13
ourselves [1]  6/2
out [7]  4/14 5/20 10/7 14/20
  17/7 18/6 18/8

**P**

P.C [1]  2/4
p.m [3]  1/11 3/4 19/7
papers [1]  6/17
part [1]  9/19
parties [6]  4/18 7/13 7/15 9/5
  9/16 14/14
partners [1]  3/20
party [3]  17/1 17/23 18/5
pay [2]  17/11 18/20
pending [2]  10/2 10/15

period [2]  10/14 10/18
permission [1]  10/22
permits [1]  12/22
phase [1]  15/23
Phil [1]  3/10
PHILIP [1]  1/21
Phill [2]  4/13 14/10
plaintiff [6]  1/4 1/25 3/15
  13/18 14/11 14/17
plaintiff's [1]  15/17
plaintiffs [3]  3/7 14/21 15/10
please [2]  3/7 15/6
point [6]  4/14 13/6 13/8 17/8
  17/21 18/11
pointing [2]  18/6 18/8
portion [1]  18/20
positions [2]  6/9 7/25
possession [1]  16/16
possibilities [1]  6/2
possible [3]  13/22 14/20
  18/22
potentially [1]  9/19
POTTER [2]  1/20 3/10
power [1]  6/21
practical [1]  11/7
practice [1]  6/15
preferable [1]  5/3
prejudice [1]  17/15
presented [1]  17/18
pretrial [2]  5/10 9/8
prior [1]  13/2
probably [4]  4/10 7/4 10/9
problem [1]  3/24
proceed [2]  12/8 18/7
proceeding [1]  20/6
proceedings [2]  3/3 19/7
propose [2]  7/23 13/4
proposed [5]  11/16 12/20
  13/13 17/21 18/25
propounded [1]  16/10
provide [1]  13/3
purpose [1]  12/7
put [2]  6/15 6/23 9/11

**Q**

question [1]  13/25
quickly [2]  9/14 18/22
quiet [1]  17/25
quite [3]  5/25 9/1 18/12

**R**

raise [2]  9/7 14/13
raised [2]  16/22 18/17
ranking [1]  10/16
re [1]  17/18
re-litigate [1]  17/18
reach [1]  18/6
real [2]  17/11 17/11
reason [1]  12/12
reasons [1]  15/13
recast [2]  11/17 12/1
receipt [1]  3/23
recognized [1]  17/22
recollection [2]  9/13 9/15
record [2]  3/8 12/1
redact [1]  12/2
references [1]  11/17
refreshed [1]  9/15
refreshing [1]  9/13
regarding [1]  6/5

related [1]  12/25
remove [1]  1/22
reopen [1]  8/18
reply [6]  5/7 5/9 5/15 13/1
  14/6 14/8
REPORTER [2]  20/2 20/8
reports [2]  6/13 7/15
request [1]  4/3
resolve [1]  16/18
resolved [1]  18/22
resources [1]  6/21
reviewed [1]  4/2
revisit [2]  11/10 13/22
RICHARDSON [2]  2/4 3/19
right [31]
road [1]  8/10
ROVNER [8]  1/21 3/10 4/2
  4/8 4/14 14/10 17/14 18/11
RUFFIN [2]  2/6 3/20
ruled [1]  17/19
ruling [2]  9/18 18/21

**S**

said [3]  5/12 5/13 15/4
same [1]  7/10
say [9]  5/24 6/23 7/22 11/9
  13/4 13/9 14/16 14/19 17/19
saying [4]  8/2 9/8 18/6 18/11
says [1]  15/2
schedule [7]  5/2 11/5 12/21
  12/25 13/4 13/4 18/16 18/16
second [6]  6/5 7/7 9/10 9/11
  9/11 16/4
Section [1]  12/23
see [4]  5/2 6/2 7/10 16/17
seek [1]  16/14
seeking [1]  17/17
serves [1]  6/14
setting [1]  13/22
settled [1]  13/7
seven [1]  14/16
share [1]  6/22
she's [1]  9/14
should [3]  12/8 17/4 18/16
shouldn't [2]  13/4 13/9
significantly [2]  9/22 9/25
similar [1]  11/17
simply [2]  12/2 12/13
six [1]  10/19
so [26]
some [4]  12/4 14/13 15/15
  17/8
something [4]  11/13 16/23
  17/13 18/15
somewhat [1]  4/15
sorry [2]  3/14 7/18
sort [1]  11/16
sounds [2]  6/4 11/13
special [1]  17/10
speed [1]  15/12
square [1]  18/3
start [3]  3/6 14/7 18/9
started [4]  16/23 17/22 18/3
  18/16
starting [1]  14/7
state [1]  8/8
STATES [1]  1/1 1/16
stenographic [1]  20/5
still [2]  5/15 8/20
stood [1]  12/14

stop [1]  8/10
straightforward [4]  15/9 15/13
  16/15 16/21
Street [1]  1/14
strike [2]  15/21 17/16
submitting [1]  4/5
such [1]  12/25
suggesting [1]  8/14
summary [8]  3/24 10/1 10/3
  10/8 10/13 12/23 13/1 14/4
sure [2]  8/8 11/15
SUSAN [7]  2/4 3/19 7/11 7/19
  8/15 11/24 12/10
systems [1]  18/14

**T**

take [3]  4/6 15/15 16/2
taken [2]  7/15 8/14
takes [1]  7/9
talk [2]  4/18 6/1
talked [1]  17/15
tapes [1]  18/14
TECHNOLOGIES [1]  1/6
teleconference [1]  1/12 3/3
tell [2]  12/7 14/6
term [4]  6/7 6/10 7/7 7/24
terms [2]  8/20 18/4
testimony [1]  12/3
Thank [5]  3/12 9/12 9/13 19/1
  19/2
Thanks [2]  3/22 19/4
that [79]
that's [14]  4/6 5/6 5/21 7/13
  8/2 8/4 8/17 10/20 14/5 14/19
  14/21 15/4 17/7 18/13
them [1]  16/3
themselves [1]  4/18
then [13]  5/10 6/2 7/5 7/9 7/10
  10/22 11/12 12/18 12/19
  13/12 14/5 14/6 18/19
there [8]  5/2 6/3 9/8 10/1
  12/15 16/19 17/15 17/25
there's [2]  6/20 14/24
these [4]  7/14 8/20 17/5 18/18
thing [5]  7/10 9/17 13/19
  16/24 17/1
things [2]  12/21 16/6
think [13]  4/16 4/17 5/1 6/6
  9/5 9/21 10/15 11/16 12/12
  14/12 18/3 18/6 18/11
thinking [1]  9/17
third [3]  17/1 17/23 18/5
third-party [1]  17/1 17/23 18/5
this [41]
those [2]  10/15 16/17
though [1]  16/11
thought [2]  11/22 13/25
three [8]  4/10 5/7 5/10 5/15
  5/18 13/2 14/4 14/8
through [1]  16/15
tight [1]  4/15
time [9]  3/25 6/20 12/16 13/5
  15/1 15/15 17/9 18/2 18/17
timing [1]  18/18
today [1]  16/12
together [1]  6/16
touching [1]  7/4
transactions [1]  16/20
transcript [3]  4/2 9/14 20/5
trepidation [1]  14/13

**T**

trial [19]  4/1 4/3 4/5 4/8 4/11
4/17 4/17 5/3 6/8 7/24 13/6
13/14 13/21 14/18 14/20 15/2
17/21 18/1 18/7
true [3]  16/10 18/12 20/4
try [2]  8/3 11/6
trying [4]  10/6 17/15 17/20
18/22
Tuesday [1]  1/11
two [6]  10/14 10/18 12/21
12/24 14/24 16/11

**U**

U.S [1]  20/9
under [2]  15/19 16/21
understand [3]  4/14 8/12
11/16
understanding [1]  7/23
understood [2]  4/3 14/9
undertaken [1]  14/24
UNITED [2]  1/1 1/16
until [2]  11/4 18/9
up [6]  4/10 4/19 5/3 12/9
15/16 17/13
update [1]  12/14
us [2]  16/2 18/2
using [1]  7/8

**V**

validity [1]  7/6
very [5]  3/22 6/14 15/10 15/16
19/4
via [1]  3/3
views [1]  14/15
voltage [1]  6/8

**W**

wait [1]  11/10
want [6]  4/8 4/12 12/19 14/3
15/1 17/24
wanted [6]  8/9 8/22 8/23 9/7
12/13 15/3
WARR [7]  1/24 3/11 4/22
4/25 6/11 9/20 14/12
was [19]  7/22 8/2 8/4 8/14
8/17 10/17 11/1 12/7 12/13
14/12 15/9 15/20 16/8 17/15
17/15 17/18 17/21 17/24 18/1
wasn't [2]  8/10 15/11
way [2]  9/22 14/21
ways [1]  5/2
we [59]
we'll [2]  11/10 13/6
we're [3]  11/10 16/16 17/20
We've [2]  7/14 8/18
week [3]  12/20 13/13 18/24
week's [2]  15/1 18/2
Well [4]  4/13 5/5 6/18 17/3
went [2]  4/1 9/13
were [3]  8/21 11/18 14/23
what [20]  4/12 5/6 5/12 5/13
6/2 6/18 6/23 7/10 7/13 8/2
8/4 10/6 10/17 12/5 13/6 14/2
14/12 14/15 17/21 18/11
what's [1]  10/16
when [7]  10/7 13/10 13/21
14/6 15/1 15/20 17/19
where [3]  8/17 9/16 12/14

whether [2]  13/9 13/10
which [7]  4/5 10/18 15/11
15/20 16/2 16/21 18/20
who [2]  5/17 17/10
why [5]  5/20 12/5 12/9 15/11
16/21
will [9]  4/6 4/10 10/22 12/17
14/7 14/25 16/18 18/6 18/24
Wilmington [1]  1/14
withdrew [1]  10/12
within [4]  12/20 16/20 16/25
17/3
without [1]  11/17
won't [3]  15/13 15/25 16/19
wondering [1]  6/15
words [1]  8/6
work [2]  5/11 14/5
working [2]  16/16 18/12
works [1]  13/17
would [15]  4/16 5/3 6/7 9/18
9/21 9/24 9/24 10/4 11/20
13/1 13/21 13/25 16/9 16/23
17/19

**X**

XX [7]  1/3 5/4 7/3 8/25 11/20
12/2 18/20

**Y**

Yeah [1]  15/6
years [3]  10/19 16/23 18/16
Yes [8]  3/9 8/15 8/17 10/25
13/15 13/16 15/19 19/1
yet [1]  10/8
you [71]
you've [9]  5/9 5/17 6/21 8/6
8/12 8/12 13/12 14/5 16/10
your [46]
yourself [1]  3/7
YOWELL [5]  1/24 3/15 7/2
7/18 7/20