1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3    CAP-XX, LTD.,                    )
                                      )
4              Plaintiff,             )
                                      )   C.A. No. 19-1733-CFC
5      v.                             )
                                      )
6    MAXWELL TECHNOLOGIES, INC.,      )
                                      )
7              Defendant.             )
                                      )

8

9

10                  Friday, November 17, 2023
                           1:00 p.m.
11                     Pretrial Conference

12

13                      844 King Street
                     Wilmington, Delaware
14

15   BEFORE: THE HONORABLE COLM F. CONNOLLY
         United States District Court Judge
16                  -and-
         THE HONORABLE JENNIFER L. HALL
17       United States Magistrate Judge

18

19

20

21   APPEARANCES:

22

23                 POTTER ANDERSON & CORROON
                   BY:  PHILIP A. ROVNER, ESQ.

24                 -and-

25

1

2      APPEARANCES CONTINUED:

3

4                  FISHERBROYLES
                   BY:  ALISTAIR J. WARR, ESQ.
5                  BY:  ADAM YOWELL, ESQ.

6                            Counsel for the Plaintiff

7

8

9

10                 FISH & RICHARDSON, P.C.
                   BY:  SUSAN E. MORRISON, ESQ.
11                 BY:  AAMIR A. KAZI, ESQ.
                   BY:  MATTHEW COLVIN, ESQ.
12                 BY:  RUFFIN B. CORDELL, ESQ.
                             Counsel for the Defendant
13

14

15

16

17

18                        _ _ _ _ _ _ _ _ _

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2

3        (Proceedings commenced in the courtroom beginning at

4    1:00 p.m.)

5

6             THE CLERK:  All rise.  Now in the United

7    States District Court for the District of Delaware, the

8    Honorable Colm F. Connolly presiding.

9             THE COURT:  Good afternoon.  Please be seated.

10   Mr. Rovner.

11            MR. ROVNER:  Good afternoon, Your Honor.

12            Phil Rovner from Potter Anderson on behalf of

13   the plaintiff, Cap-XX, Ltd.  And with me is my cocounsel

14   from FisherBroyles, Ali Warr --

15            MR. WARR:  Good afternoon, Your Honor.

16            MR. ROVNER:  -- and Adam Yowell.

17            THE COURT:  All right.

18            Ms. Morrison.

19            MS. MORRISON:  Good afternoon, Your Honor.

20            Susan Morrison from Fish & Richardson on

21   behalf of Defendant Maxwell.  And with me today are my

22   partners Ruffin Cordell --

23            MR. CORDELL:  Good afternoon.

24            MS. MORRISON:  -- Matt Colvin, and Aamir Kazi.

25            THE COURT:  All right.  Good afternoon.
```

1              All right.  Before we get started, I've got --

2     one thing is Page 16, Paragraph 58 of the PTO says that

3     you've agreed that certain issues are issues for the

4     Court.  So one is whether an exceptional case, so that's

5     clearly -- I mean, it's black letter law.

6              And then you say, secondly, whether any claims

7     are invalid under 35 U.S.C. Section 101.

8              Did I agree to that or something?  Where does

9     that come from?

10             **MR. CORDELL:**  Your Honor, Ruffin Cordell,

11    Fish & Richardson for the defendant.

12             The short answer is no, we did not air this

13    out with the Court, and we probably should have.  And in

14    retrospect, as we've studied the cases since this

15    pretrial order was actually filed, it looks like there's

16    a bit of split among the district courts as to how that

17    issue is handled.  The Step 2 analysis is sometimes given

18    to the jury.

19             Our intention is to try the issue.  And

20    whether it's Your Honor or the jury that makes the

21    decision, it's obviously up to the Court.

22             **THE COURT:**  All right.  So you're going to try

23    it, though, in front of the jury.  You're prepared to do

24    that as part of your ten hours, right?

25             **MR. CORDELL:**  We are, Your Honor.  The

1   evidence is knit up with the obviousness analysis, for

2   the most part.  And we will present the -- you know, the

3   evidence.

4           We've done a survey of the district courts in

5   the last few months.  And, again, there seems to be a

6   split.  The Federal Circuit hasn't spoken to it.

7           **THE COURT:**  Well, as you'll recall, there's a

8   Federal Circuit decision which recognizes that the --

9   whether the jury question on that matter is that it's

10  undecided.  That's my recollection, right.  They have

11  explicitly said that it's undecided.

12          **MR. CORDELL:**  I think that's right.

13          **THE COURT:**  Right.

14          **MR. CORDELL:**  And so some courts will give it

15  to the jury either on an advisory basis or not.  But,

16  again, this is the province of the Court.

17          **THE COURT:**  Okay.  All right.

18          All right.  Well, so you didn't agree to

19  consent.  And I mentioned to you, I'm having knee

20  replacement surgery on Wednesday, and I've discussed -- I

21  met with the doctor, and I don't think I can actually

22  safely preside over that trial on December 11, which I

23  feel bad for the plaintiffs especially, but...

24          So let me just ask the plaintiffs especially.

25  You're prepared to go -- you're both prepared to go on

 1    December 11, right?

 2              **MR. WARR:**  Correct, Your Honor.

 3              **THE COURT:**  Right.  So would the plaintiffs --

 4    if I can't do it on the 11th, what about January 29?

 5              **MS. MORRISON:**  Your Honor, I have a trial in

 6    front of Judge Andrews on January 29th.  So at least I am

 7    unavailable on that date.

 8              **THE COURT:**  Well, you're available on

 9    December 11, though?

10              **MS. MORRISON:**  Yes, Your Honor, I am.

11              **MR. ROVNER:**  Your Honor, I have a trial in

12    Chancery Court on January 29.

13              **THE COURT:**  Well, here's what I'm going to do:

14    I'm going to refer the case to Judge Hall for everything,

15    including presiding over this pretrial conference, and

16    she's going to come out here in a minute, and she will

17    preside over the pretrial conference.

18              And come January 1, if you don't consent to

19    her for December 11, because she's ready to go to trial

20    on December 11th, then the case is going to get

21    reassigned, and she's going to try it in January.

22              And what a waste of time and resources that

23    would be not to just consent when everybody is ready to

24    go on December 11th.  And I don't know who's responsible

25    for not consenting, but that is a total waste of

1    resources because she's ready to go; she's ready to rule

2    today on the pretrial motions.  And whoever is not

3    agreeing to consent to her, all they're doing is pushing

4    this trial back to January.

5            **MR. YOWELL:**  Your Honor, may I ask a question?

6    I believe you just said that if you don't hear from the

7    parties saying that they would stipulate by January 1st?

8            **THE COURT:**  No.  In other words, she's going

9    to become a district court judge on January 1st, doesn't

10   need your consent.  What I'm trying to point out --

11   again, I don't know who's behind this, but I'm just

12   saying, she's going to try this case as a district court

13   judge whether you consent or not.

14           And if you consent, she's ready to go.  The

15   case was ready to go.  The witnesses are ready to go.  We

16   have a courtroom ready to go.  And you've already

17   consented to her picking the jury.  You're already --

18   everybody's experts are ready to go.  You can try the

19   case, but you've just got to consent.

20           But if you decide you don't want to consent

21   because you want to gain some three weeks of some kind of

22   strategic advantage, keep in mind that she will be the

23   judge for that whatever three weeks you get.

24           I mean, is there -- just asking.  I mean,

25   without revealing the side -- I mean, is there some tax

1   reason?  Is there something that I'm missing that it

2   would be so much better to try the case in January than

3   December?  Can anybody think of that?

4       **MR. WARR:**  Not from our perspective, Your

5   Honor.

6       **MS. MORRISON:**  No, not from defendant's

7   perspective either, Your Honor.

8       **THE COURT:**  Then, I don't know why you

9   wouldn't just consent knowing she's going to try this

10  case in January.

11      **MR. YOWELL:**  Your Honor, just to clarify what

12  I was asking, because we are scheduled for December 11.

13  We obviously have to let you know whether both parties

14  consent well before then.  That was my only question.

15      **THE COURT:**  Yeah.  Right.  So one thing I --

16  what I would like to do is, you know, why don't I give

17  you five minutes.  You can confer whether you'll agree to

18  consent, let me know.  If you don't agree, I've already

19  signed an order of reference, and it's ready to go.  I'll

20  put the order of reference on the docket.

21      And then no matter what you tell me,

22  Judge Hall is going to preside over the pretrial

23  conference, either by way of a referral on my part or by

24  you consenting, and then at the end of the day, she's

25  going to try the case.  All right.

1          So you want to just break until about –– what

2    do you need –– 1:20?  All right.

3               **MR. WARR:**  That's fine, Your Honor.

4               **MR. CORDELL:**  That's fine.

5               **THE COURT:**  And then just let chambers know,

6    and we'll come out, and I'll do whatever I have to do and

7    then turn this over to Judge Hall.  All right.

8               All right.  Thank you.

9          (Whereupon, a recess was taken.)

10              **THE COURT:**  Please be seated.

11              All right.  What do you all want to do?

12              **MR. YOWELL:**  Your Honor, we have stipulated to

13   trying the case in front of Judge Hall.

14              **THE COURT:**  Great.  And on December 11th?

15              **MR. CORDELL:**  Yes.

16              **MR. YOWELL:**  Yes.

17              **THE COURT:**  Excellent.

18              **MR. CORDELL:**  And we agree, Your Honor.  We

19   would love to see Judge Hall in trial.  We did have one

20   small request.

21              The parties jointly got together, and we

22   talked about this.  I think that what we're losing by not

23   having Your Honor is the years of experience that you put

24   into this case.  And there's an issue at the very end of

25   the pretrial order where the parties have a ––

1              **THE COURT:**  Claim construction.

2              **MR. CORDELL:**  Correct.

3              **THE COURT:**  Yes.

4              **MR. CORDELL:**  And what we were hoping to do is

5    to set up -- we had joint -- we've met and conferred, and

6    would jointly propose a very short process where we would

7    each file one 8-page brief over the next week.  Maybe

8    we --

9              **THE COURT:**  I will let her talk.  I mean, but

10   she'll decide.

11             **MR. CORDELL:**  Okay.  That's our proposal.

12             **THE COURT:**  Here's the thing about -- I agree

13   there are efficiencies in the sense that if a judge has

14   had a case, the judge has made rulings and whatnot.

15             But the reality is, given our caseload here, I

16   don't remember very much about your case.  I just don't.

17   I mean, no offense.  I mean, I remember the lawyers.  I

18   remember -- and I know you're new, but I remember the

19   other lawyers.

20             I remember there being some very big issues

21   about China.  And I remember being very, very challenged

22   to figure out the one term that I decided to leave for a

23   later day.  And that was the term -- and so, you know.

24             And I have talked at length with Judge Hall,

25   so she was comfortable doing what I proposed we do, which

1    is, we'll try the case and then I'd construe the term.

2              And so I'll let her decide what she wants to

3    do about your proposal.  But I'm not going to enter the

4    referral order, and I'm going to have plaintiff file a

5    consent just to put it on the record, recognizing that

6    you've all stipulated.

7              And it wasn't that I didn't want to try the

8    case.  I actually really did want to try the case.  And I

9    thought I could, but as I've done now the pre-op, and I

10   just don't think it would be realistic for me to sit for

11   eight hours in a day.

12             **MR. CORDELL:**  We agree with Your Honor.  We

13   thought it was Herculean for you to even have suggested

14   it.

15             **THE COURT:**  Well, I don't know about that.

16             **MR. CORDELL:**  We appreciate the effort, but

17   that was a bridge too far.

18             **THE COURT:**  And I did -- I spoke with my

19   doctor yesterday at 3:45, and that was the ultimate --

20             **MR. CORDELL:**  Everyone I've spoken to who's

21   had the replacement issue has said, there's no way you

22   can do anything like that for quite some time, so we

23   understand.

24             **THE COURT:**  All right.  But you've got a great

25   judge who will be presiding.

```
 1              All right.  So why don't we do this.  I don't

 2      know if you can even get a consent typed up in the next

 3      ten minutes.  What I propose we do is we break until

 4      1:45, or if you want 1:50, and then Judge Hall will be

 5      here -- she just asked for a couple of minutes -- and

 6      then start the pretrial conference.

 7              You're looking perplexed, Mr. Rovner.

 8          MR. ROVNER:  Well, no.  I can't -- our office

 9      on a Friday is deserted, so I can't get something --

10          THE COURT:  No, that's fine.

11          MR. ROVNER:  -- but I could consent on the

12      record.

13          THE COURT:  Well, I'm actually good.  I mean,

14      I think you've done it, but let's just follow-up with the

15      form.  All right.

16          MR. ROVNER:  Okay.  Can we do that -- get that

17      to you, filed by Monday?

18          THE COURT:  That would be fine.

19          MR. ROVNER:  Okay.

20          THE COURT:  That would be fine.

21          MR. ROVNER:  Great.  Thanks.

22          THE COURT:  And actually, we'll print the

23      form, and we'll hand it to you.  That's what we'll do.

24      We'll print the form and hand it to you, and then we'll

25      give -- Judge Hall just asked for a few more minutes
```

1   because she's been studying the PTO, but she wanted to

2   discuss one issue.  All right.

3           So does that work?  And that way you -- I also

4   set this up so that you're not wasting your time.  You're

5   here, everybody is ready to argue the PTO.  And everybody

6   should be going to trial.

7           And the only difference is, I'd love to know,

8   one day, why we didn't consent upfront, but I guess those

9   are certain things I'll never find out.

10          So, okay.  We'll do that, we'll bring the form

11  out to you.  Thank you very much.  Good luck with the

12  trial, and I'll see youall.  And so Judge Hall will come

13  out at about 1:50.

14          Okay.  Thank you very much.

15      (Whereupon, a recess was taken.)

16      **THE CLERK:**  All rise.  Now in the United

17  States District Court for the District of Delaware, the

18  Honorable Jennifer L. Hall presiding.

19      **THE COURT:**  Hi, everybody.  Please be seated.

20          Welcome back.  I understand you've already put

21  your appearances on the record, but let's just give

22  everybody a chance one more time since it's the first

23  time we've all been in a room together.

24      **MR. ROVNER:**  Good afternoon, Your Honor.

25  Phil Rovner from Potter Anderson & Corroon, counsel for

1    the plaintiff, Cap-XX, Ltd.  With me are my cocounsel

2    from FisherBroyles, Ali Warr --

3              **MR. WARR:**  Good afternoon.

4              **MR. ROVNER:**  -- and Adam Yowell.

5              **THE COURT:**  Good afternoon.  Welcome.

6              **MS. MORRISON:**  Good afternoon, Your Honor.

7    Susan Morrison from Fish & Richardson on behalf of

8    Defendant Maxwell.  And with me today are three of my

9    partners, Ruffin Cordell, Matt Colvin, and Aamir Kazi.

10             **THE COURT:**  Good to see everybody.  Good

11   afternoon.

12             Well, I can tell you with all honesty that I

13   don't think any of us in this room 24 hours ago thought

14   we'd be sitting here together with each other.  So let's

15   just see what we can get through.

16             I took a look at the pretrial order, I've had

17   the assistance of Judge Connolly's law clerk, and so I've

18   been trying to get up to speed.  And I think I am in a

19   perfect position to do what it is that needs to be done

20   today that can be done today.  And to the extent there

21   are things that can't be done today, we'll come up with a

22   plan for how we're going to get them done.

23             So let's start with the MILs.  Some of them,

24   I'd like to hear a little bit more about, and some of

25   them, I don't need to hear more about.  Let me just find

1  my notes.

2  Okay.  So the first one is Cap-XX's motion to

3  exclude undisclosed evidence, and it has to do with

4  certain information that was in Maxwell's damages report

5  that Cap-XX thinks should be excluded.  So let's hear

6  about that.

7  **MR. WARR:**  Thank you, Your Honor.  Good

8  afternoon.

9  The basis for this motion is the fact Cap-XX

10  specifically asked Maxwell to produce any documents that

11  it provided to any expert or has otherwise relied upon by

12  any expert retained by your company in connection with

13  the lawsuit.

14  Maxwell's trial exhibit list contains a number

15  of documents that were not produced in discovery.  I'd

16  like to focus on two of those exhibits, if I may,

17  Your Honor.

18  **THE COURT:**  Sure.

19  **MR. WARR:**  Exhibits DTX-82 and DTX-84.

20  **THE COURT:**  Can you just tell me which

21  attachment to the pretrial order that is?  Or maybe I've

22  already found it.  Is that nine?

23  **MR. WARR:**  Exhibit 14A.  Exhibit 14 is

24  Cap-XX's motions in limine --

25  **THE COURT:**  Okay.  Got it.

1          **MR. WARR:**  -- Number 1 is 14A.

2          **THE COURT:**  Oh, I was just saying the two

3    documents you wanted me to look at, 82 and 84.  A 10K and

4    a Bloomberg report?

5          **MR. WARR:**  Pardon me?

6          **THE COURT:**  Go ahead.

7          **MR. WARR:**  They're on the screen,

8    Your Honor --

9          **THE COURT:**  Oh, okay.

10          **MR. WARR:**  -- DTX-82 and DTX-84.

11          In response to our motion in limine, Maxwell

12    argued that these documents were just background material

13    relied upon by its damages expert, Ms. Carrie Distler.

14          And DTX Exhibit 82 references, at

15    Footnote 288, an AVX 10K for fiscal year in 2016.  But

16    Ms. Distler used that information to support her opinion

17    that AVX would have been more motivated than Maxwell to

18    take a license, which, in her mind, then required a

19    downward adjustment to the royalty rate in the case.  So

20    it was more than background material.

21          DTX Exhibit 84 -- the next slide Adam -- in

22    Footnote 411, Ms. Distler refers to a Maxwell's weighted

23    average cost of capital to arrive at a 11 percent

24    discount rate in calculation to the royalty base.  Again,

25    that's more than just mere background material.

1    Neither exhibit was produced by Maxwell until

2    we got Ms. Distler's expert report. And that's the basis

3    for our motion in limine, Your Honor.

4        **THE COURT:** So that's what my question was.

5    When you say it wasn't produced, do you mean it wasn't

6    Bates stamped and attached to the expert report or do you

7    mean --

8        **MR. WARR:** It was not produced by Maxwell in

9    discovery before we received Ms. Distler's expert report.

10   These documents were produced in connection with

11   Ms. Distler's expert report, Your Honor.

12       **THE COURT:** Okay. So you had them before

13   depositions were taken?

14       **MR. WARR:** We did, Your Honor. We did.

15       **THE COURT:** Okay. And so what -- all right.

16   Let me hear from the other side.

17       **MR. WARR:** Thank you, Your Honor.

18       **MS. MORRISON:** Good afternoon, Your Honor.

19       So my understanding of Cap-XX's motion is that

20   they would like a rule that says, if you didn't produce a

21   document during fact discovery, not expert discovery,

22   then your experts can't rely on it.

23       And so we -- we said we would agree to that,

24   so long as it applied to both parties. And they said no,

25   it only applies to Maxwell, not to Cap-XX.

1              And so we would be happy to agree to a rule,

2     that if a document wasn't produced during fact discovery,

3     then experts are unable to rely on it, but it has to

4     apply to both parties.

5              And my understanding of Cap-XX's motion is

6     that they're asking that that rule apply only to Maxwell,

7     but that Cap-XX be free to put in new evidence with its

8     experts and be allowed to rely upon that.

9              So that's where we stand on the motion.  We

10    made this offer to them after they filed their motion.

11    In fact, we referenced the fact that we made this offer

12    in the first paragraph of our responsive brief, and they

13    said no.

14            **THE COURT:**  Okay.

15            **MS. MORRISON:**  So we would consent to removing

16    the exhibits that they have complained about from our

17    exhibit list provided the rule applies to both parties.

18            **THE COURT:**  I guess I'm -- I didn't understand

19    what I was hearing today from them, the same as what I'm

20    now hearing.  Because I read the motion, and it said

21    Maxwell identified trial exhibits that it did not

22    disclose during discovery.  But I've heard today, it was

23    disclosed during discovery, it just wasn't disclosed

24    during fact discovery.

25              Is that what everybody agrees upon?

1              **MS. MORRISON:**  That's correct, Your Honor.

2              **THE COURT:**  Okay.  Great.

3              **MS. MORRISON:**  It was disclosed during expert

4     discovery but not during fact discovery.

5              **THE COURT:**  All right.  Understood.

6              **MS. MORRISON:**  Like I said, we'd be happy to

7     agree if that's the rule for both parties.

8              **THE COURT:**  Okay.  All right.  Thank you.

9              All right.  I'm ready to rule on this one.

10    Cap-XX's motion in limine Number 1 is denied.

11             Let's hear Cap-XX's MIL Number 2.

12             **MR. WARR:**  Thank you, Your Honor.

13             MIL Number 2 is directed to evidence relating

14    to the invalidity of the asserted patents based on

15    inequitable conduct or inventorship.

16             The argument by Maxwell is that a gentleman

17    named Dr. Miller should have been named as an inventor in

18    the patents because the patents reference a paper that he

19    authored and provided to Cap-XX.

20             The claims at issue in this case are not

21    directed to the mathematical equations that Dr. Miller

22    created.

23             Cap-XX filed a summary judgment motion on this

24    issue.  After we did that, the parties entered a

25    stipulation by which they agreed to dismiss the ninth

1    affirmative defense and the fifth and sixth counterclaims

2    that were directed to invalidity of the patents based on

3    inequitable conduct, meaning the failure to name

4    Dr. Miller as an inventor.

5            The Court granted that stipulation and

6    dismissed that affirmative defense and those

7    counterclaims.  Based on that ruling, any evidence

8    relating to inventorship has no relevance and can only

9    lead to jury confusion.

10           Looking at the language in the counterclaim in

11   the affirmative defenses together, Your Honor, the only

12   claims that Maxwell asserted relating to the validity

13   based on inventorship was based on deceptive intent, and

14   the logical conclusion that is inequitable conduct that

15   would render the patents invalid.

16           Can we go to a few more slides down, please.

17           And we see that in the ninth affirmative

18   defense.  Specifically, the language talks about

19   referring to the factual basis below in the counterclaim.

20           If we go down to the counterclaims -- on the

21   next slide, Adam -- there are some factual allegations in

22   the counterclaims in Paragraph 20 through 23.  For

23   example, in Paragraph 20, there's a reference that

24   Dr. Miller was left off as an inventor with deceptive

25   intent; that leaving him off was material to the validity

1    of the patents; and the patents would not have issued had

2    the Patent Office known this; and that the patents were

3    procured through inequitable conduct.

4            Go to the next slide.

5            The fifth counterclaim is essentially a

6    counterclaim for invalidity based on inequitable conduct

7    of the '034 patent.  And the sixth counterclaim is very

8    similar for the '600 patent, invalidity based on

9    inequitable conduct.

10           In the invalidity contentions that were

11   served, Maxwell talked about a Section 102(f),

12   inventorship issue, and cited a couple of cases which

13   referred to inequitable conduct.

14           So taken in context, Your Honor, we believe

15   that the only affirmative defenses and counterclaims that

16   Maxwell had asserted relating to Dr. Miller were wrapped

17   up in inequitable conduct.  Those claims have been

18   dismissed.  And any evidence introduced relating to

19   inventorship would be not relevant and prejudicial.

20           And turning to the cases referenced in

21   Maxwell's invalidity contentions, one of the cases, the

22   *Pannu,* decision, specifically discusses 35 U.S.C.

23   Section 256, which is a statute that says, "If there is

24   improper inventorship without deceptive intent; i.e., no

25   equitable conduct, the Court can correct inventorship

1    without invalidating the patent."

2          And the other case they cited in their

3    invalidity contentions, the *PerSeptive Biosystems* case

4    was clearly an inequitable conduct case.

5          So again, taking the pleadings and the

6    invalidity contentions together, we firmly believe the

7    only issue of inventorship was tied to the inequitable

8    conduct claim relating to the deceptive intent of leaving

9    Dr. Miller off as a named inventor.

10          Given the fact those issues have been

11    dismissed, we don't think any evidence relating to

12    inventorship ought to be presented at trial.

13          **THE COURT:**  Thank you very much.

14          **MR. WARR:**  Thank you, Your Honor.

15          **MR. KAZI:**  Good afternoon, Your Honor.

16    Aamir Kazi.  May I proceed?

17          **THE COURT:**  Yes.

18          **MR. KAZI:**  The issue with respect to Cap-XX's

19    MIL Number 2 is that during the process of the summary

20    judgment briefing, Maxwell dismissed its claims due to

21    inequitable conduct, but not invalidity under 102(f).

22          And so counsel showed you a couple of

23    affirmative defenses from the answer, and a counterclaim

24    from the answer, and he referred to them as "affirmative

25    defenses of invalidity of the patents."  But that's not

1      what the affirmative defenses said.  They said

2      "unenforceability of the patents."  And there's a

3      distinction there.

4                  Unenforceability in the context of an

5      inequitable conduct, as we all know, requires -- as

6      counsel even said -- deceptive intent, in addition to

7      materiality.

8                  So dismissing the inequitable conduct defense

9      has no bearing on the invalidity defenses, which were

10     separately pled.  So there are separate affirmative

11     defenses; the second and fourth, for example, that pled

12     invalidity.

13                 The stipulation that the parties entered

14     didn't speak to the second and fourth affirmative

15     defenses.  Of course, Maxwell was not stipulating to not,

16     you know, pursue invalidity.  It's -- those defenses are

17     still in the case.

18                 And even the discussion of the counterclaims

19     that counsel referred to -- so he referred to the ninth

20     counterclaim from the amended answer.  He pointed to

21     Paragraph 23 as an example.  And even that paragraph

22     specifically refers to the concept of deceptive intent.

23     That's a separate element that's at issue in inequitable

24     conduct.  That is not at issue in the 102(f) defense.

25                 And so what Maxwell was stipulating to was

1    removing inequitable conduct from the case, not
2    invalidity under 102(f).
3                    **THE COURT:**  All right.  Thank you very much.
4                    So I'm ready to rule on Number 2 as well.  I
5    find that Maxwell put plaintiff on notice of its 102(f)
6    defense in the invalidity contentions.  It was preserved
7    in the pleading, and it wasn't dismissed by the
8    stipulation, so that motion is denied.
9                    Let's move on to Number 3.
10                   **MR. YOWELL:**  Good morning, Your Honor.
11   Adam Yowell for the plaintiff.  We expect this to be a
12   pretty narrow issue.
13                   The inventors -- some of the inventors were
14   deposed in this case, as is common, and part of the
15   questioning was related to their opinion on whether
16   certain knowledge that may have existed at the time
17   period of the patents qualifies for the same -- or what
18   they contend is the same elements under the claim.
19                   And so while, of course, Maxwell has every
20   right to cleanse the knowledge of the inventors during
21   that time period, we do not think that they should be
22   able to use the testimony that links specific knowledge
23   to saying, "Does this come under the claims?  Is this --
24   this claimant element?  Is that that claim element."
25                   We've got an example or two in our brief.  On

1       Page 2 of our motion in limine, Number 3, we have a

2       couple questions of Mr. Keshishian, who's one of the

3       inventors, where -- as you can see, there's an explicit

4       reference to the language of the claims.  And so we would

5       just seek to exclude those sorts of -- that sort of

6       testimony.

7               **THE COURT:**  And did there -- I don't have the

8       expert reports.  I haven't looked at them.  Maybe I have

9       them, but I haven't looked at them.

10              Did their experts rely on any of this lay

11      testimony as part of their expert opinion?

12              I guess I'm just trying to understand, and I

13      can ask them.  Maybe it's better -- I'll give you a

14      chance to have the last word.  Let me --

15              **MR. YOWELL:**  Okay.  Thank you, Your Honor.

16              **THE COURT:**  Is there anything else you wanted

17      to add?

18              **MR. YOWELL:**  No, Your Honor, that's it.  Like

19      I said, we think this is pretty narrow, it's just when

20      they're relating it to a claim term.

21              **THE COURT:**  Okay.  Thank you.

22              **MR. YOWELL:**  Thank you, Your Honor.

23              **MR. CORDELL:**  Good afternoon, Your Honor.

24      Ruffin Cordell for the defendant.

25              So the short answer to the Court's question is

1    that our experts did refer to much of this testimony.  I

2    can't tell you precisely whether they relied on it, per

3    se, particularly the questions that the plaintiff

4    highlighted.

5         But what I will say is that the inventors

6    remained percipient witnesses regardless of their status

7    as an inventor.  Many of the issues in this case involve

8    the views of those of ordinary skill in the art.  And

9    these inventors are exactly that.

10        We don't have an expert who is projecting and

11   putting his or her opinion into the shoes of someone of

12   ordinary skill.  We actually have the inventors who are

13   of ordinary skill.

14        There were many questions that were asked of

15   them that involved that precipitant testimony.  "Can

16   you -- have you ever made a device that met the following

17   characteristics?"  That can be answered.  It will be

18   highly technical, but that's where they live.  These are

19   highly technical people.

20        But I think the answer to this particular

21   motion has to do with what we do in trial.  And it will

22   depend so extensively on the questions that are asked of

23   the witness, and the foundation that is laid before those

24   questions are asked, that it doesn't make a lot of sense

25   to try to rule in advance.

1          And so what we would recommend is that we bind

2    this over, and to the extent that plaintiff has an

3    objection, they're capable of making it, I don't think it

4    will be very difficult to figure out the line and -- that

5    we'll be able to examine these witnesses constructively.

6          **THE COURT:**  Well, let me ask you -- and so I

7    appreciate that.  Let me just ask you about the two

8    examples they've given.  Are you going to try to ask

9    these questions at trial?

10          **MR. CORDELL:**  So, you know, the -- what I

11    expected them to say is that these were kind of

12    hypothetical.  And that might be a more difficult place

13    to be.  So I don't anticipate asking precipitant

14    witnesses hypothetical questions.

15          Might we ask them:  Did you ever make a device

16    with the characteristics that are listed in the question?

17    That would be a fair -- that would be a fair question.

18          **THE COURT:**  And I won't rule on that today.  I

19    tend to agree with the way that you phrased it, that

20    that's right.

21          But a question like:  Hypothetically, if you

22    had some device, whatever, would that meet this claim?

23    We're not going to ask those type of questions.

24          So I can grant their motion as to this

25    question right here, that you can't ask this question.

1          **MR. CORDELL:**  We will not ask:  Will it meet

2     the claim?  Because that, again, it's sort of impedes on

3     the province of an expert.

4          Could we ask, you know:  Is a device that has

5     a resistance of 30, does that yield a device that exceeds

6     an FOM of a particular metric?  A hundred -- I'm

7     forgetting the exact phrasing -- 100 watts per centimeter

8     cubed or something.  That might be fair for --

9          **THE COURT:**  Depending on the foundation.

10          **MR. CORDELL:**  Correct.

11          **THE COURT:**  Yeah.  What about this second

12     example that they had?  That one also has to do, "Would

13     it meet the claim?"

14          So I appreciate what you're saying.  I don't

15     think I need to hear any more.  I did promise the other

16     side the chance to have the last word, and we'll go from

17     there.

18          **MR. CORDELL:**  Thank you.

19          **MR. YOWELL:**  Your Honor, I just want to note a

20     logistical thing, which is that none of the inventors

21     will be live testimony.  They will strictly be

22     deposition.

23          **THE COURT:**  I see.

24          **MR. YOWELL:**  So we have -- there is to

25     precipitant witness for these types of questions that

1    will be asked questions.

2              **THE COURT:**  Okay.

3              **MR. YOWELL:**  And so I think what we can do,

4    given what Your Honor stated about what you're going to

5    rule, is that we can now go back with the deposition

6    designations that both parties have done, apply those,

7    and then to the extent there's dispute about whether

8    Your Honor's ruling applies to specific ones, we can

9    handle those on a case-by-case.  That's what I would --

10             **THE COURT:**  Understood.  That's helpful.

11             So here's what I will say.  I will grant the

12   motion to the extent that it relates to these two

13   particular examples that the other side is not going to

14   ask anyway.  So it's granted in part, and denied without

15   prejudice to reraise as to the rest.

16             You can have a seat.

17             I don't want to get ahead of myself about how

18   we're going to deal with deposition designations, but

19   this does seem like the type of thing that we'll have

20   before us once you all agree on it the night before and

21   raise it with me in the morning.

22             To the extent there are disputes, I will say

23   this -- and I'll probably mention it again, but as long

24   as it's on my mind -- don't provide me the morning, while

25   we've got the jury sitting in the back room, and say

1   we've got two groups, each of which have a hundred

2   objectionable deposition statements, and we really think

3   they can be categorized.  We're not going to do that.

4            We're going to go through them one by one, and

5   we're going to charge trial time for it get.  So get it

6   figured out, so that we don't have to be in that

7   situation.

8            Okay.  So that's MIL 3.

9            Let's turn over to defendant's MILs.

10           **MR. COLVIN:**  Good afternoon, Your Honor.

11  Matt Colvin for Defendant Maxwell.

12           And I'm going to discuss Maxwell's MIL

13  Number 1.  May I proceed?

14           **THE COURT:**  Yes.

15           **MR. COLVIN:**  So Maxwell's MIL Number 1 is

16  about testing.  And let me lay a little bit of background

17  for you for the testing in this case.

18           So some of the claims require a figure of

19  merit; other claims require Pmax.  But for the purposes

20  of this MIL, we're talking about claims that require a

21  figure of merit.

22           In order to determine if a product meets a

23  certain figure of merit, you have to do testing.  And

24  it's quite complex-involved testing.  It would be

25  something that's not sort of standard in the industry.

1          When Cap-XX filed their -- or served their

2     infringement contentions, they did testing over a number

3     of our products, and they disclosed that.  We based our

4     defenses and our discovery on that testing.

5          Now, that testing had some issues.  It had

6     some problems as it wasn't done correctly, as we showed

7     during discovery.  And in discovery, we asked Cap-XX to

8     produce all things you intend to rely on in this case;

9     all documents, including any research, investigation,

10    functional testing, or analysis of Maxwell's products.

11    And we asked them in interrogatory on the same thing.

12         And so we based our case and our defenses on

13    the testing that was disclosed with their infringement

14    contentions.  We didn't hear anything about any new

15    testing until we got their first expert report.  When we

16    got their first expert report, they had redone all of the

17    testing, was different methodology.  And we, of course,

18    identified some problems with that as well.  And then

19    they did a reply report.  And they did a third round of

20    testing that attempted to fix some of the problems that

21    we raised.

22         One issue, in addition to this sort of being a

23    surprise, a new testing methodology and things like that,

24    is that their expert, Dr. Zuckerbrod, who relied on this

25    testing for his report, didn't really know anything about

1    how it was done.  He didn't know who did the testing.

2    All he knows is that Cap-XX did it, but he doesn't know

3    who at Cap-XX did it.

4           When we raised this issue in our MIL, we

5    learned, from their opposition, that an employee at

6    Cap-XX, Dr. Alex Bilyk, supervised the testing, but they

7    never said he actually did it.

8           A problem that we have with that -- and, of

9    course, they say, well, there's no prejudice because you

10   can just cross Dr. Alex Bilyk at trial about these

11   issues.  But these are brand-new issues.

12          On their initial disclosures for Dr. Bilyk,

13   they said he was knowledgeable about licensing, sales,

14   and marketing.  Nothing to do with testing.  And

15   certainly, we had no way to ask anybody about this

16   testing in the -- during fact discovery, because the

17   testing just didn't even exist at that time, much less

18   did we know who did it, or the parameters of who did it,

19   or the test plan that was followed, or anything like

20   that.

21       And so we're really sitting here at a point of pretty

22   large prejudice because we based our case around the

23   testing that was done in the infringement contentions, and

24   the errors surrounding that, and we based a defense on

25   that.

1      And then we turn around at expert reports, and now we

2      have a brand-new infringement case in front of us, with

3      new methodologies that we just could never probe in fact

4      discovery.

5           **THE COURT:**  It's not uncommon to get testing

6      for the first time in an expert report, right?  You're

7      saying this case is different because one of the patent

8      claim limitations has to do with -- what are you saying?

9           **MR. COLVIN:**  Right.  Your Honor, so -- well,

10     so this case is a bit different for a couple of reasons.

11     One, you have to do testing in order to prove

12     infringement, and we got their testing.

13          And so it wasn't the case where we're sort of

14     sitting around, waiting for their expert report, and they

15     were going to get our testing and do that.  We got their

16     testing, we based our case on it, and then we got a whole

17     brand-new set of testing.

18          And it also wasn't the case that their expert

19     could tell us about the testing because he just got a

20     spreadsheet with results and wrote a report on them.  As

21     he said in his deposition -- and I can point you to

22     several pages, and we cited in our motion, where their

23     expert just has no idea how it was conducted, who did it,

24     where it was done, et cetera.

25          **THE COURT:**  Are you afraid he's going to show

1    up at trial and he's going to know exactly who did it and

2    how it was done?

3              **MR. COLVIN:**  Well, I don't think -- I mean, we

4    crossed him pretty good about that in his depo.  I think

5    it would be extraordinary for him to show up and do that.

6              The issue is that Dr. Bilyk is now going to

7    show up at trial -- he's one of their witnesses -- and

8    he's going to try to sponsor all of this in.

9              When we took Dr. Bilyk's deposition during

10   fact discovery, none of this existed.  And so we couldn't

11   cross him on this.  Not only that, we know, based on

12   their opposition to the MIL, that he's not actually the

13   person who actually did the test.  He supervised it, I

14   believe, is what they said.

15             And so we're really stuck here, Your Honor,

16   with this new testing.  We think the new testing should

17   be out of the case.  Their case isn't gone, by the way.

18   They still have other claims that don't require this

19   testing that they could rely on.

20             But this testing that was first disclosed in

21   their expert report, that we haven't been able to probe

22   and take discovery on, should be gone because we based

23   our case on the original testing.  And we're just

24   prejudiced because we had all of fact discovery, thinking

25   the case was going to look one way for infringement, and

1    then suddenly, it looked like a different way.

2               **THE COURT:**  All right.  Thank you very much.

3               **MR. YOWELL:**  Thank you, Your Honor.

4               I doubt you'll be surprised to hear that we

5    disagree with a number of those characterizations.  As a

6    minor background point, I believe this is what

7    Ms. Morrison was referring to when she talked about

8    excluding late --

9               **THE COURT:**  Yeah.  I thought this was kind of

10   a tit-for-tat situation with this motion and the one

11   we've already heard.

12              **MR. YOWELL:**  Yeah.  We think they're

13   drastically different, but that's okay.

14              Again, to provide some background on how this

15   occurred, in terms of pre-suit investigation and early

16   days of, say, infringement contentions and the like, we

17   did not have sample Maxwell products from them.  We

18   obtained all the ones that we can.

19              I believe there's something on the order of

20   60-ish accused products in this case.  We obtained a very

21   small fraction of those.  I believe six or eight, I

22   think, is what we obtained in the days of infringement --

23   early infringement contentions.

24              After that, Maxwell did supply -- at some

25   point during discovery, after a while, they supplied

1        about 13 products.

2                And the way this testing is done -- it's

3        called EIS testing.  It's done by a machine.  You hook up

4        some wires, you program in the parameters, and then the

5        machine runs the test.  It's about applying various

6        electrical voltages and seeing what happens.

7                There is essentially only one input parameter

8        that really matters, and that's what's called the "bias

9        voltage."  And the bias voltage can be somewhere between

10       zero, all the way up to the maximum voltage that the

11       device can sustain.

12               Mr. Colvin is wrong, that Dr. Zuckerbrod

13       looked at a spreadsheet and did his opinions.  These

14       devices export incredibly detailed test data, which were

15       then plugged into some graphing.  They were put in a

16       spreadsheet as a summary.  But Dr. Zuckerbrod and Maxwell

17       had the underlying test data, all of it, the output of

18       the machine.  They had every opportunity to do anything

19       they wanted with that.

20               When he says there's another set of data in

21       the reply, they made two criticisms -- Maxwell made two

22       criticisms in the rebuttal report of their expert,

23       Mr. Hruska, about our testing.

24               They said that the bias voltage should have

25       been something different, and they said that the machine

1    had not been calibrated recently enough.

2         We wanted to be able to back up the statement that

3    neither of those would have made a difference.  We got the

4    machine recalibrated, we also changed the bias voltage,

5    and we reconducted the test at the original bias voltage.

6    We provided them all of that data.

7         The core data from the machine, not any -- I mean,

8    there were spreadsheets as well, but we provided them all

9    of that, and we offered them as surrebuttal report to

10   address that data, which they declined.

11        And not only that, we did a statistical analysis of

12   that data that showed that nothing changed.  In fact,

13   there were only two different products that moved from --

14   they were on the edge of the ranges before.  One moved up

15   into a new range, which meant that we could have asserted

16   another claim against that product.  We did not assert

17   that.  One moved down.  And we removed a claim against

18   that product.

19        So basically, the two -- sorry -- the two things that

20   were changed, we did both of them in their favor to avoid

21   any issue of prejudice that could even be alleged.

22        As far as the details, where did it occur?  Who did

23   it?  When Dr. Bilyk says he supervised it, he didn't sit

24   there for an hour while the machine does its thing.  He

25   may not have hooked up every one of the devices, but

1    Cap-XX employs engineers.  It is not that complicated to

2    hook it up and to press the button to have it run, to sit

3    there and watch it for an hour to make sure nothing goes

4    wrong.

5              THE COURT:  So what I was hearing from the

6    other side was -- and maybe I got this wrong, and you can

7    tell me if I do -- that they are afraid you're going to

8    show up with Dr. Bilyk at trial and say, here's all the

9    testing data that I supervised.  And they haven't had the

10   chance to depose him on this.  That's what I was hearing.

11              Is that what you heard them saying?

12             MR. YOWELL:  That is, which I don't

13   understand.  They got to depose Dr. Bilyk.  They got –

14   they could have done anything they wanted --

15             THE COURT:  They got to depose him after you

16   gave them the new testing data?

17             MR. YOWELL:  They could have had that if they

18   wanted it.  We would have given it to them.

19             THE COURT:  Did they ask for it?

20             MR. YOWELL:  They did not ask for it.  We

21   would have gladly given them that.  I mean, that's why we

22   offered the sur-rebuttal.  We were trying to give them

23   anything that they wanted, because -- and -- well, this

24   will come up in a later MIL.  But they didn't do any test

25   data.

1            And, by the way, Mr. Hruska took issue with

2     one of our numbers, and it turns out that was a typo,

3     which we fixed, in the reply report.

4            So they know our data is right.  They've known

5     its right the whole time, which is why they didn't do

6     testing, and it's why they didn't actually want to do any

7     discovery on any of the testing.

8            And so here's the other thing --

9            **THE COURT:**  Did they know at the time they got

10    the expert report from you, that Dr. Bilyk was involved

11    in this new testing data?

12           **MR. YOWELL:**  I believe they did.  I mean,

13    they're telling me they didn't, but I thought it was very

14    obvious to them.

15           **THE COURT:**  How?

16           **MR. YOWELL:**  I believe that was -- that came

17    out in Dr. Bilyk's deposition.

18           **THE COURT:**  How would it, though, if it hadn't

19    happened yet?  And I'm sorry if I'm being dense here.

20           **MR. YOWELL:**  No, no, I understand.  I

21    understand.

22           Okay.  So this goes back to the original

23    testing, which Dr. --

24           **THE COURT:**  Okay.  So he did the original

25    testing?

1          **MR. YOWELL:**  I can't tell you if he did it, or

2     if he supervised part of it.  And -- I know for --

3          **THE COURT:**  But they should have assumed that

4     he did the second set of testing?

5          **MR. YOWELL:**  I mean, the thing is, is that

6     it -- it's -- a lab could have done it.  An outside lab

7     could have done it.  Again, this is -- he said that this

8     isn't a normal test within the industry.  It's just not

9     used as much because it's kind of expensive and time

10    consuming.

11         But they had every reason to know that our

12    pre-suit and our infringement contention testing was done

13    by Dr. Bilyk.  I don't think it should be a shock that --

14         **THE COURT:**  Did your expert know?

15         **MR. YOWELL:**  Our expert did know.  I grant you

16    what the testimony might have been.  There was some

17    confusion.

18         **THE COURT:**  Yeah.

19         **MR. YOWELL:**  He knew.

20         **THE COURT:**  So let me ask you this:  Are you

21    going to put Dr. Bilyk on the stand and have him try to

22    sponsor these results in or not?

23         **MR. YOWELL:**  We're going to put him on the

24    stand and say, "This is testing that was conducted.  This

25    is -- I supervised it.  This is how it was done, and

1   here's the information."

2           I think we should be allowed to do that,

3   Your Honor.  And even if we're not, I think

4   Dr. Zuckerbrod is entitled to rely upon that data.

5           **THE COURT:**  Yep.  Understood.  Understood.

6   Thank you very much.

7           **MR. YOWELL:**  Thank you, Your Honor.

8           **MR. COLVIN:**  Your Honor, may I respond?

9           **THE COURT:**  Yes.

10          Do you want a deposition of this guy?

11          **MR. COLVIN:**  Well, I'd like for everything to

12  be out.  But if Your Honor is going to bring it in, then

13  I want a deposition of him, and I want a deposition of

14  who actually did the testing.  And right now, we don't

15  know that.

16          Of course, we didn't know until their

17  opposition to our MIL, that Dr. Bilyk was involved in

18  this.

19          **THE COURT:**  Yeah.  So here's what -- let's

20  take this piece-wise and then we'll see where we get.

21          So I agree -- well, I'm going to deny

22  defendant's request to the extent they're not allowed to

23  use any of this testing at all.  They're going to be able

24  to use the testing at trial.  Now, how they get it in,

25  that's what we're going to talk about.

1          Dr. Bilyk, as a fact witness, is not going to

2    be able to get in testing that was done.  And so, if

3    their expert had it in his expert report, that he relied

4    on this testing, we can debate about if they're trying to

5    enter it into evidence, whether it's allowed to be

6    entered into evidence because its hearsay.  But an expert

7    is allowed to rely on stuff that's hearsay.

8          And I hope you would all be able to work the

9    rest of it out, depending on what I've said so far.  But

10   we're not going to totally exclude the testing from

11   trial.

12         Do you see a path forward from here based on

13   what I've said?

14         **MR. COLVIN:**  Your Honor, the testing has no

15   way to come in as evidence.  Certainly, you know, their

16   expert can rely on hearsay, and I -- you know, I

17   certainly wouldn't dispute, Your Honor, on that.

18         But there's no evidentiary path that they can

19   get it in because their expert said, in deposition:

20         "You don't know who did the testing you relied

21   on?

22         "No."

23         And there's like four pages on this.

24         **THE COURT:**  So he can rely on it, but he

25   can't -- we're not going to admit the document with the

1    testing.

2            All right.  That, I'm going to reserve on for

3    another day.  But we all know the rules of evidence, and

4    I hope that you all can get that worked out.

5            Thank you very much.

6            Any questions about -- from plaintiff about

7    how I've ruled?

8            **MR. YOWELL:**  One moment, Your Honor.

9            **THE COURT:**  Yep.

10           **MR. YOWELL:**  No, Your Honor.

11           **THE COURT:**  All right.  Thanks.

12           All right, let's turn to Number 2.

13           **MR. CORDELL:**  Good afternoon, Your Honor.

14   Ruffin Cordell for Maxwell.

15           We filed MIL Number 2 as what I sometimes call

16   "the big company MIL."  We often, in representing large,

17   somewhat successful companies, will ask that their wealth

18   and size and stature not be debated about before the

19   jury.

20           This case is unique because Tesla is not part

21   of this case.  They weren't a named defendant.  They

22   bought Maxwell back in 2019.  They sold off the

23   substantial assets of Maxwell in 2021.

24           The only places that the plaintiff could point

25   to, suggesting that they should be part of this trial

1    somehow, is that a couple of witnesses are currently

2    employed by Tesla.  That is a true statement.  And our

3    expert traced the lineage of Maxwell, as it evolved as a

4    company, through its acquisition by Tesla in her report.

5    But that forms no part of her opinions, that was merely

6    background.

7              And the reality is, it's purely prejudicial to

8    bring up Tesla in front of a jury, and it may inflame

9    passions for and against.  I can't tell you which way

10   that might run, but I do know that Tesla is a large,

11   successful company.  And we think that is pure bias, and

12   it has absolutely no probative value in this case, and we

13   ask that it be excluded.

14             **THE COURT:**  Any issue with the witnesses being

15   asked where they work and then responding that it's

16   Tesla?

17             **MR. CORDELL:**  That would be okay.  But, again,

18   I think that it would have to be done very carefully.

19   You know, often for MILs of this nature, sometimes the

20   Court will direct the parties to approach before they --

21   they venture into risky areas.  You know, currently an

22   employee of Tesla might be an acceptable question, but

23   the context of their employment by Tesla is going to be

24   lost.  It shouldn't be explained, frankly, and there's no

25   reason to explain it.

1          The fact that the company still exists,

2     Maxwell still exists, but its operations have been

3     severely curtailed.  And, again, the substantial assets

4     of -- of Maxwell were sold off in 2021.

5          **THE COURT:**  These witnesses -- and I apologize

6     if this was apparent from the pleadings.  I didn't catch

7     it.  These are witnesses that are going to testify live

8     at trial?

9          **MR. CORDELL:**  Yes, we have two.

10          **THE COURT:**  So we're going to do biographical

11     stuff with them.  You're the ones that are going to be

12     doing that.

13          **MR. CORDELL:**  We'll probably do it on direct

14     and to -- just to fill it out.

15          But, again, the word "Tesla" really should not

16     appear more than a couple of times in this transcript.

17     And even then, it should not be for any substantive

18     purpose, because it really forms no part of this case.

19          **THE COURT:**  All right.  Thank you very much.

20          Counsel, I'll give you a chance to make your

21     argument.  Maybe we can short-circuit some of it, though.

22          What I'm hearing from Mr. Cordell is that they

23     don't want you saying anything that's going to suggest

24     that the jury should give a big royalty because Tesla can

25     pay it.

1      And what they -- what they're also saying, I

2  think, is that, you know, there's people that are -- have

3  feelings about Tesla's founder and things like that, and

4  maybe they just don't want to catch anybody the wrong

5  way.

6      So what are you planning to do with Tesla, and

7  can we just kind of come up with an agreement for what's

8  appropriate?

9      **MR. WARR:**  I think so.  Mr. Colvin and I

10  talked about this a long time ago, before the MILs were

11  filed.  Three of their witnesses are, or were, employees

12  of Tesla.  Tesla's even mentioned in the voir dire at the

13  joint voir dire that the parties put together.

14      Maxwell's damages expert refers to Tesla

15  multiple times in her report.  Maxwell lists a number of

16  Tesla documents on its exhibit list.

17      And our concern was a blanket exclusion of any

18  mention to Tesla is completely unworkable and would be

19  unwieldy and be problematic for the lawyers and the

20  witnesses.

21      **THE COURT:**  Yep.  So that's what I was

22  thinking.  I was looking at my notes.  You're not going

23  to put in any Tesla financials up on the screen or

24  anything like that?

25      **MR. WARR:**  No.  I told Mr. Colvin I'm not

1    going to jump up and down in the opening statement and

2    say, "Hang Maxwell out to dry because Elon Musk is a bad

3    guy."  That's not the way I practice law, Your Honor.

4            THE COURT:  Yeah.  And so I think we're -- it

5    seems like we're on the same page here.  I don't want to

6    hear any argument about, they can pay it because they

7    have a rich parent company.  We're not going to bring up

8    Elon Musk, or anything like that, by anybody.

9            If there are particular documents that

10   defendant is worried about, on your exhibit list, maybe

11   we can either get those worked out and discussed --

12           MR. WARR:  It's the other way around.

13           THE COURT:  Did I screw it around?

14           But if there are particular documents that

15   they're worried about that say "Tesla," you all can work

16   that out the night before.  You know what exhibits are

17   going to get used.

18           MR. WARR:  Correct.  And if -- for example, if

19   we were cross-examining Ms. Distler, there might be a

20   Tesla document that comes up.  But, again, we just didn't

21   want a blanket exclusionary order because that will, more

22   likely than not, happen at some point during the trial.

23           THE COURT:  Well, with cross-examination, we

24   don't have to exchange the documents the night before.

25           When it comes to the Tesla documents, would

1    you be willing to show him what you might use?  Or --

2    that's okay if you don't want to, but then we could open

3    up an issue at trial.

4           **MR. WARR:**  I don't know if that's even going

5    to happen, Your Honor.  I haven't gotten that far into

6    the -- preparing for the cross-exam yet.

7           Again, the concern is, with a blanket order,

8    it makes it unwieldy.  And nobody wants anybody to step

9    across that line and jeopardize the trial.

10          **THE COURT:**  Okay.  What if we do this.

11          What if before you're about to maybe use a

12   Tesla document on cross-exam, that you say, "Your Honor,

13   could I ask for a brief sidebar," and then we just deal

14   with it at that point?  And then we're not going to have

15   any issues.  That will preserve the element of the

16   surprise, to the extent you want to -- the witness will

17   be up on the stand, they won't be able to talk to her.

18   Yeah?

19          **MR. WARR:**  Very much good, Your Honor.

20          **THE COURT:**  All right.  Sounds good.

21          Good call?  You're good?

22          **MR. CORDELL:**  Understood.  Yes, thank you.

23          **THE COURT:**  All right.  So that one's denied

24   without prejudice to reraise.

25          All right.  Then we've got this last one about

1      the testing.  Yes.

2              **MR. COLVIN:**  Thank you, Your Honor.

3      Matt Colvin again for defendant Maxwell.

4              So our issue here is, we don't want Cap-XX to

5      be able to point over at us and say, "They didn't do

6      their own testing; therefore, you must believe our

7      testing, and they infringe."

8              We think that injecting that into the case has

9      a high probability of confusing the jury about who really

10     has the burden of proof here, and who has to do what in

11     order to prove infringement or as they would like,

12     perhaps, to say, prove non-infringement by suggesting we

13     should have done our own testing.

14             We think it has no relevance in the case, and

15     that it can really only be used for mischief.

16             **THE COURT:**  All right.  Thank you very much.

17             **MR. YOWELL:**  Thank you, Your Honor.

18             I think that when you have a situation in

19     which the only way -- and the parties agree on this, by

20     the way -- the EIS testing is the only way to obtain FOM

21     numbers for these products.  I think when the only way to

22     say the FOM is or at -- is or not above or below this

23     number.  When that is the only way that it can be done, I

24     think we are absolutely entitled -- when they are sitting

25     there -- when their expert is criticizing our numbers and

1    saying, "Those aren't right.  They're bad."  I think we

2    should get to say that, "Well, did you conduct any of

3    your own testing," and have them say, "No."

4              Now, we're not intending to -- as you talked

5    about with Tesla -- we're not intending to jump up and

6    down and scream every five minutes, but I think we should

7    at least get to say that -- or ask that question.

8              **THE COURT:**  Right.  So the way that this is

9    going to go -- thinking out loud here, so you can see how

10   the sausage is made.  It's not pretty.

11             So you're going to say, "Here's the testing we

12   did."  And they are going to say, "Yeah, but you didn't

13   calibrate your machine," and whatever other issue they

14   had, which I forget.

15             And then you're going to say, "Yeah, but we

16   updated our testing.  And also, where's your testing,"

17   basically.

18             **MR. YOWELL:**  Basically.

19             **THE COURT:**  Is that essentially how it's going

20   to go?

21             **MR. YOWELL:**  Yes, Your Honor.

22             **THE COURT:**  Okay.  That's a fact, that they

23   didn't do testing.  At closing, I think they're worried

24   that they're planning -- that you're planning to ask the

25   jury to draw some sort of adverse inference, when it's

1     your burden of proof.

2              **MR. YOWELL:**  We all recognize it's our burden

3     of proof, and I don't intend to do anything to the

4     contrary.

5              **THE COURT:**  Okay.

6              **MR. YOWELL:**  I mean, none of us want to go

7     through all this for me to say something stupid on cross

8     and undo it -- or not cross -- closing.  I'm sorry.

9              **THE COURT:**  All right.  Thank you very much.

10             **MR. YOWELL:**  Your Honor, may I make one note?

11             **THE COURT:**  Yes.

12             **MR. YOWELL:**  I recognize Your Honor has ruled

13    on this.  I'm not trying to go back to it, but just so

14    you know.

15             **THE COURT:**  Yes.

16             **MR. YOWELL:**  Paragraph 28 of Dr. Zuckerbrod's

17    reply report does disclose that Dr. Bilyk was involved in

18    the testing.

19             **THE COURT:**  Okay.  All right.  Thank you very

20    much.

21             That wouldn't change my decision, but I

22    appreciate -- for a full record, I'm glad that we have

23    it.  And I'm glad that I can give you a ruling that

24    wouldn't change my decision.

25             So here's what I'm going to say:  I'm not

1    going to preclude them from pointing out that you haven't

2    done testing.  I think we have a more than reasonable

3    explanation from counsel what he does plan to say.  I

4    think he has indicated to the Court, and the Court trusts

5    his representation that it's not going to cross the line

6    about adverse inferences.

7              If you all want to have a curative instruction

8    ready to go about whose burden of proof it is, we can

9    take a look at that, if you want.  I think we could

10   probably come up with one pretty quickly on the fly, too.

11             So that's what I will say about that one.

12   That one's denied.

13             Okay.  So there weren't a lot of disputes in

14   the pretrial order, which I appreciate because I just

15   laid eyes on it pretty recently, but there were a few

16   things that caught my eye, that I don't know if my

17   thoughts on are fully formed.  So let's walk through my

18   notes here.

19             Paragraph 39.  I just want to make sure we're

20   all on the same page.  You all are agreeing that you can

21   use documents on cross-examination that aren't on the

22   witness -- or aren't on the exhibit list, but those

23   documents are not going to be admitted into evidence; is

24   that right?

25             **MS. MORRISON:**  That's correct for -- that's

 1    our understanding, agreement.

 2                **THE COURT:**  Okay.  Agreed?

 3                **MR. YOWELL:**  Yes, Your Honor.

 4                **THE COURT:**  All right.  Perfect.

 5                Paragraph 40.  So there were a couple of

 6    points here I wanted to change.  The first is, I prefer

 7    if we lay the foundation for the exhibit and then

 8    formally move it into evidence as it's being discussed in

 9    the testimony, instead of waiting until the end of

10    testimony.  That helps us keep better track, and I think

11    it helps the jury.

12                And then it also avoids a situation when we're

13    showing exhibits up on the screen that haven't been

14    admitted yet, which we all have our little things that we

15    were taught when we were really junior, and that's one of

16    mine.  So that's how I want to proceed.

17                The other language that caught my eye was

18    where it says that the witness has to be at least shown

19    the exhibit.  I don't know what these exhibits look like,

20    but I don't want to be in a situation where there's a

21    2,000-page interference proceeding, that the witness is

22    given a driveby of and that somebody is going to argue to

23    the Federal Circuit that there's something very deep in

24    there.

25                So the situation is, not only do they have to

1    be shown it, you need to point out the parts that you

2    intend to argue to the jury, argue to me, and argue to

3    the Federal Circuit.

4         **MS. MORRISON:**  That was the intention,

5    Your Honor.  The intention of the provision was that you

6    can't get exhibits into evidence without going through a

7    witness.

8         **THE COURT:**  Right.  Understood.

9         Everybody understands that in addition to

10   that, I want you to discuss the part that you want to

11   show somebody later.

12        **MR. WARR:**  Understood, Your Honor.

13        **THE COURT:**  Okay.  Great.

14        Paragraph 58.  This caught my eye, and I

15   mentioned it to Judge Connolly that it caught my eye,

16   because I wasn't sure what everybody had in mind.  So I

17   was listening, and what I heard was, is that although the

18   parties had agreed that the Court was going to determine

19   101, maybe now the defendant has decided that that's not

20   appropriate.

21        I tend to think -- well, maybe it's

22   appropriate, but let's hear what you had in mind and

23   discuss how we're going to move forward.

24        **MR. CORDELL:**  So, you know, what we find

25   ourselves in, is a bit of an evolutionary process with

1    the law, is maybe the best way I can put it.

2             With all deference to Judge Stark's new court,

3    they have not yet spoken on exactly how we should handle

4    101 Step 2.  The conventionality of the claim components

5    is sometimes reserved for the Court, sometimes it's given

6    to the jury either in an out-right jury interrogatory or

7    an advisory verdict.  And that's, obviously, up to

8    Your Honor.

9             I can't tell you that there is a -- you know,

10   that the Federal Circuit has mandated one approach or the

11   other.  I can't tell you whether the Federal Circuit has

12   said one is better or worse than the other.  It really is

13   an open field.

14            I think right now if you count up the cases,

15   there are more where the issue is simply being decided by

16   the Court.  But the more recent cases, there have been a

17   couple more most recently where they're giving it to the

18   jury.  It's really -- you know, I want to call a lawyer,

19   is what I want to do, because it's one of these things

20   that's really difficult.

21            **THE COURT:**  Right.  And just to make sure I'm

22   tracking, I pulled up patents.  We're going to argue to

23   the jury that a battery is an abstract idea.  I just --

24   and I'm not -- I don't mean to be cute.

25            **MR. CORDELL:**  No, no, no.  The analysis under

1   Step 2 asks about the conventionality of the componentry.

2          **THE COURT:**  So we could have a special

3   interrogatory, is what you were thinking?

4          **MR. CORDELL:**  Correct.  And so we would say,

5   you know, the following elements are these conventional,

6   well known in the industry as of the critical date.

7          **THE COURT:**  All right.

8          **MR. CORDELL:**  So it's akin to the obviousness

9   analysis.  It's close.  But whether you give it to the

10  jury or you reserve it for yourself is really up to you.

11         Again, I would confess that the weight of the

12  current District Court cases are that Your Honor decides

13  it.

14         **THE COURT:**  Okay.

15         **MR. CORDELL:**  But, again, we wanted to raise

16  it and we -- it really -- this has really bubbled up

17  since we filed the pretrial order back in June.

18         **THE COURT:**  Understood.

19         Do you know happen to know what the thinking

20  was, though?  What was the plan before it bubbled up as

21  to how the Court was going to decide it?  Just in the

22  post-trial briefing based on the evidence it was

23  presented at trial?

24         **MR. CORDELL:**  Yes.  I mean, I think so.  I

25  mean, obviously it was up to the Court.

1          So the -- we've done in this different ways.

2     In this case, the evidence is so knit up with everything

3     else we're doing, it doesn't make sense to have a

4     separate trial, for example.  So you would hear the

5     evidence, and then as part of the post-trial briefing,

6     make a decision on those issues.

7          Often, we will find the Courts will take

8     briefing for those decisions that are reserved for the

9     Court, and we can do -- you know, proposed findings even

10    depending on the Court's preference.

11              THE COURT:  All right.  Thank you very much.

12              MR. CORDELL:  Sure.

13              THE COURT:  Let's hear from plaintiff.

14          I guess it's possible this is the first you're

15    hearing of some of this today.  So I don't want to catch

16    you unawares.

17              MR. YOWELL:  It is, Your Honor.  And so I'll

18    comment on --

19              THE COURT:  And that's okay.  I mean, we

20    asked -- you know, we asked them and got their view.

21          So let me ask you this.  Maybe you need some

22    time to think about this.  But maybe one thing you could

23    think about is whether or not you all could agree on a

24    special interrogatory with them, and see if you all agree

25    on whether there should be an advisory verdict or not,

 1   something like that.

 2          Do you want to talk -- meet and confer with

 3   them about that, or do you want to oppose it now?  It's

 4   up to you.

 5          **MR. YOWELL:**  I do want to oppose it.

 6          **THE COURT:**  Okay.

 7          **MR. YOWELL:**  So just to make sure we're all on

 8   the same page.  You know, *Berkheimer* does have the three

 9   fact issues in Step 2, that if they're raised can -- are

10   considered fact issues.

11          I think that there's every ability -- I do

12   think that, as Mr. Cordell said, during the case of their

13   invalidity, they will solicit the evidence that they want

14   to rely upon to try to establish it was well known,

15   routine, or conventional.

16          I think at that point, everything Your Honor

17   needs to decide 101, which is the question of law, has

18   been solicited.  Everything you need is there to rule

19   upon it.  I don't think there needs to be a special

20   interrogatory.

21          I think if they wanted that -- I don't think

22   that before they came here today, that they didn't know

23   that they wanted a special interrogatory.  It's nowhere

24   in the jury instructions, the jury verdict.  It's not in

25   there.  And we think it should have been in there before

1    if this is something they wanted to do.

2              **THE COURT:**  When were those submitted?  Were

3    they submitted back when this was submitted?

4              **MR. WARR:**  Probably a few weeks before,

5    Your Honor.

6              **THE COURT:**  Okay.  So we're talking, like,

7    six months ago?

8              **MS. MORRISON:**  Your Honor, I believe the

9    verdict form and jury instructions were actually

10   submitted in August of 2022.

11             **THE COURT:**  Oh.

12             **MS. MORRISON:**  So they're quite -- it's quite

13   a long time ago that they were submitted, because we were

14   originally set to go to trial in October of 2022, and

15   then July of this year, and now -- now.  So it's been

16   sometime.

17             **THE COURT:**  Okay.  Here's what I'm going to

18   say:  Why don't you all come up with your competing

19   proposals about what we're going to do.

20             Did you move for summary -- I'm realizing now

21   that was happening a long time ago.

22             Did you move for summary judgment that the

23   patents are patentable subject matter?  Or did they move

24   for summary -- so you didn't move for that?

25             **MR. YOWELL:**  We did not move for an

1    affirmative ruling of eligibility.  I do not believe they

2    moved under 101 either, but...

3              **THE COURT:**  Okay.

4              **MR. YOWELL:**  Okay.

5              **THE COURT:**  Okay.  Well, let's have proposed

6    jury instructions if we need to have them.  If you all --

7    even if -- I don't know what it is yet that defendants

8    want.  If we can avoid getting through this without

9    instructions the jury on 101, if there's some factual

10   question you want them to answer.  I don't know if that's

11   just going to be more confusing.

12             But I do think that 101 probably is going to

13   be confusing if you all agree that they only need to

14   answer a factual question, or at most and advisory

15   verdict on a factual question.

16             Why don't you come up with competing proposals

17   after you meet and confer, and see if there's a way we

18   can work this out.  I'm not going to say that we're going

19   to instruct the jury anything on 101.  It's possible that

20   that gets pulled out, depending on what I hear at trial,

21   but I would at least like to know what the proposals are.

22             Make sense?

23             **MR. YOWELL:**  Yes, Your Honor.

24             **MS. MORRISON:**  Yes.

25             **THE COURT:**  All right.

1    Okay.  Paragraph 64 talks about 8:30 a.m.

2    trial start.  I just can't do that.  I can do 9:00.  And,

3    actually, I think we're all better off if we start at

4    9:00, instead of 8:30.  So I will ask everybody to be

5    here at 8:30.  We'll take the bench, if we have to, at

6    8:30, but we're not bringing the jury in until closer to

7    9:00.  And we'll run to 4:30, or 5:00 at the latest.

8    **MR. WARR:**  Your Honor, one question.

9    **THE COURT:**  Yes.

10    **MR. WARR:**  When we were on the phone with

11    Judge Connolly last week, when everybody consented that

12    Your Honor would oversee jury selection, Judge Connolly

13    said, "Well, then we're going to start on Tuesday

14    morning."

15    Since you're now going to preside over the

16    trial, I assume we'll start Monday afternoon after jury

17    selection?

18    **THE COURT:**  I'm open either way.  Go ahead.

19    What would be your preference?

20    **MR. WARR:**  Well, I think we're going to need

21    some time to set up the courtroom because -- well, it

22    depends which courtroom we are in, right?

23    **THE COURT:**  We're going to be in my courtroom.

24    So we'll be in 6D.

25    **MR. ROVNER:**  Phil Rovner from Potter Anderson.

1    I assume that we could set up on Friday before the trial.

2             **THE COURT:**  Absolutely.

3             **MR. ROVNER:**  What we were going to have to do

4    if Judge Connolly was presiding, was -- because of this

5    courtroom is going to be booked on the 8th --

6             **THE COURT:**  Yes.

7             **MR. ROVNER:**  -- we were going to select a jury

8    Monday morning, and then set up Monday afternoon here.

9    So I think if we can set up Friday afternoon, then jury

10   selection on Monday morning, and proceed to, you know,

11   the openings.

12            **THE COURT:**  All right.  You can go ahead and

13   have a seat.  We can do the rest from counsel table.

14            So candidly, if it were up to me, I would have

15   liked to select the jury on Friday, but the way that the

16   questionnaires were sent out, I think we're too late to

17   change that now.  But I do think it's better not to start

18   right away, the day that the jury is selected.  I find

19   that everybody is in a much better mood and able to focus

20   on what's important in the jury selection, and everybody

21   can have a good nights' sleep.  But we're in the

22   situation we're in now.

23            So I'll tell you what:  Why don't you meet and

24   confer and decide what you want to do, if you want to

25   start Monday afternoon.  It's a timed trial, so it's --

1    almost seems like we're going to be done Thursday either

2    way.  Think about it.  Think about how it's going to go.

3            It'd be better if we could only have the jury

4    for four days, instead of five.  But if it's going to be

5    five either way, I'm happy to do whichever.

6            **MR. ROVNER:**  One last question.  You mentioned

7    starting at 9:00.  Do you want to start jury selection on

8    Monday at 9:00 as well?  Like -- because it takes them a

9    while to process the pool.

10           **THE COURT:**  Yeah, so that's different.  And I

11   don't want to -- Ms. Garfinkel is sitting in the back

12   row.  She didn't know we'd be in court today.  We'll get

13   back to you on that.

14           There's a time that the jury gets called, and

15   that -- the first day is going to go how the first day is

16   going to go.  But the subsequent trial days are going to

17   start at 9:00.

18           **MR. WARR:**  Okay.

19           **THE CLERK:**  That is correct, Your Honor.

20   Because usually when we do jury selection, the jury will

21   be up by 9:30.

22           **THE COURT:**  Okay.  So we'll have everybody

23   here at 8:30 every day.  The first day, the jury will

24   come up when they come up.  It's usually 9:30.  And

25   subsequent days, we will start at 9:00.

1          **MR. ROVNER:**  One last question.  If --

2   although I think I said that -- my ultimate question.

3          But can we know how many judges are picking a

4   jury that day, because that tends to delay when we

5   ultimately get them upstairs.  Do you know?

6          **THE CLERK:**  I'm sorry, what was your question?

7          **THE COURT:**  Do we know how many -- do we have

8   other trials going on?

9          **MR. ROVNER:**  And they're starting jury

10  selection on the 11th because that tends to -- sometimes

11  they don't get processed for quite a bit.

12         **THE CLERK:**  I believe there might be one other

13  trial.

14         **THE COURT:**  Okay.  Thank you.

15         **MR. ROVNER:**  Thank you.

16         **THE COURT:**  Paragraph 66 talked about

17  evidentiary challenges getting charged to the loser.

18         If we have to take a sidebar, I'm going to

19  charge it based on what I think is the most fair later.

20  Sometimes it's, not all the time, charged to the loser on

21  those.  And we'll keep you posted as we tabulate that.

22         Okay.  Paragraph 72 talks about raising issue

23  with the Court about exhibits that are going to be used

24  with the witnesses that day.  So we're going to get

25  everything resolved for those directs in the morning.

1              If the parties need the Court to resolve an

2    objection about an exhibit that's going to be used, or

3    something else regarding that witness's testimony, we

4    need to have an e-mail from the parties to Ms. Garfinkel

5    by 7:00 a.m. that morning so that we know it's coming on

6    the day it will be used.  And we'll either deal with that

7    objection in the morning before we bring the jury out, or

8    over lunch, depending on when it makes the most sense.

9              Relatedly for depositions, I didn't study

10   carefully how you are exchanging deposition designations

11   with each other.  And I don't know if you'll need to

12   modify your procedures or not.

13             But if there are objections over deposition

14   designations that need to get resolved by the Court, the

15   party calling that witness by deposition needs to let us

16   know, 6:00 p.m. the day before, by an e-mail to

17   Ms. Garfinkel, and submit on behalf of the parties a copy

18   of the entire deposition transcript that highlights the

19   designations and the counter-designations in a way that

20   we could tell whose is whose and what the objections are;

21   and then a cover letter that very briefly, in one

22   sentence or two sentences for each objection, describes

23   what the nature of the objection is.  And so that way, we

24   have them the night before and we'll be prepared to

25   rule -- maybe not prepared, but prepared to discuss them

1    the next morning.

2              Are we anticipating that all of the deposition

3    testimony will occur by video, or is there going to be

4    some read-ins?

5              **MR. WARR:**  We plan to use video, Your Honor.

6              **MS. MORRISON:**  Yes, Your Honor.

7              **THE COURT:**  Video?  Okay.

8              All right.  So I still will need a copy --

9    actually, we'll need two copies of the transcript before

10   the deposition is played for the Court.  And we'll need

11   an additional copy for the court reporter.

12             And the parties understand, I think, that you

13   all need to work out what time should get charged for

14   those depositions.  Okay.  And then you can let

15   Ms. Garfinkel know at a break what the times are.

16             Are we anticipating that the courtroom is

17   going to be sealed at any point?

18             **MR. WARR:**  Not from our perspective,

19   Your Honor.

20             **MS. MORRISON:**  Not from ours.

21             **THE COURT:**  That's the best news I've heard

22   all day.  Great.

23             We discussed getting into the courtroom to get

24   set up the week before.  Work that out with

25   Ms. Garfinkel.  We can let you in Friday.  Let me just

 1      double-check my calendar to make sure I'm not... yeah,

 2      we're good on Friday.

 3              We've got a dispute over whether or not the

 4      jury should be played the patent video?

 5              Who doesn't want it played?

 6              **MS. MORRISON:**  Your Honor, that would be us.

 7              **THE COURT:**  Okay.

 8              **MS. MORRISON:**  I'll be very brief.  But we

 9      think the patent video doesn't touch on all the issues

10      that the PTO looks at, that it doesn't show the whole

11      process, that it doesn't touch on all the defenses,

12      doesn't really touch on 112, doesn't really touch on 101.

13      It's 20 minutes, takes a long time.

14              We think the jury can attribute a lot of

15      weight to it, when it doesn't really give a full picture.

16      So we object to it.

17              **THE COURT:**  Understood.

18              Do you think we could ameliorate some of that

19      prejudice by coming up with some language that I could

20      just read after the video was played by saying, "It

21      doesn't touch on all the defenses, but it gives you a

22      good background on the patent system," or something like

23      that?

24              **MS. MORRISON:**  I do think, perhaps, we could

25      come up with some language that would be helpful in that

1    regard, yes.

2              **THE COURT:**  All right.  Thank you very much.

3              Let me ask counsel:  Are you willing to work

4    with them on some language that they propose and we can

5    hash that --

6              **MR. WARR:**  Of course, Your Honor, yes.

7              **THE COURT:**  All right.  Sounds good.  So we'll

8    do that.  That gets played at a certain point of the

9    preliminary jury instructions.  I don't know if that's

10   what you had anticipated, but see if you can work that

11   in.

12             **MS. MORRISON:**  Yes.

13             **THE COURT:**  All right.  Great.

14             Okay.  So we're going to play the video.  And

15   we'll have plaintiff have a laptop that's queued up to

16   play the video.  So we're not going to have that ready to

17   go ourselves.  We'll have the parties take over for that.

18   And we'll also have the plaintiff bring the copies of the

19   sample patent that can be handed out to the jurors.  And

20   this avoids a situation where it gets to that part of the

21   video where they say, "You're now being handed a sample

22   patent," and then everyone in the courtroom looks at me

23   and I'm empty handed.  Not going to say that's ever

24   happened.

25             All right.  We've got a claim construction

1    dispute.  I get it.  I get it's important.  I don't know

2    if there's a document somewhere in the record that says

3    what the parties proposals are about this.  I get you're

4    fighting about it, but do we -- but it's just going to be

5    a jury instruction.

6              Do you have what each party is proposing to

7    tell the jury?

8              **MR. COLVIN:**  Your Honor, may I approach?

9              **THE COURT:**  Okay.  Yeah.

10             **MR. COLVIN:**  So we anticipated Your Honor's

11   issue with trying to come up to speed on the claim

12   construction issue at this late-breaking hour.

13             What we proposed, before Your Honor took the

14   bench this afternoon, is that we could both give you an

15   eight-page brief over the next couple of weeks so that

16   you would have it by next Wednesday.  There's one brief

17   from each party that outlines the claim construction

18   dispute, so that Your Honor can look at it and consider

19   it.

20             Obviously, we did that without having talked

21   to Your Honor at all --

22             **THE COURT:**  Yes.

23             **MR. COLVIN:**  -- and so we're certainly open to

24   helping the Court resolve this issue, because it's quite

25   important.  It needs to be resolved before we start

1    arguing competing constructions to the jury because it

2    impacts our written description, our enablement defenses.

3    So it needs to be resolved.  And however Your Honor --

4    however we can best help Your Honor resolve it is what

5    we'll do.

6              **THE COURT:**  All right.  Thanks very much.

7              Do you know what -- I mean, have you

8    exchanged -- okay.  All right.  Let me ask the other side

9    first.

10             **MR. YOWELL:**  Your Honor, I want to address a

11   possible point of confusion.  The claim construction

12   issue that Mr. Colvin is referring to is the one in

13   Paragraph 83 of the pretrial order.  However, there's

14   another claim construction issue regarding the term

15   "maximum operating voltage."

16             In the June hearing in front of the

17   Judge Connolly, he had previously reserved that term for

18   construction at the time of the *Markman*.  And at that

19   hearing, he ruled on the construction.  And then at the

20   teleconference a couple weeks ago, I mistakenly thought

21   that issue was still outstanding, and he decided that

22   both constructions would go to the jury.

23             **THE COURT:**  Constructions would go to the

24   jury?  No, both --

25             **MR. YOWELL:**  No, sorry.

1          **THE COURT:**  -- proposed constructions.

2          **MR. YOWELL:**  Yeah.  We would both try it, and

3     then he would decide it afterwards.

4          So I want to -- Number 1, I wanted to just

5     bring that up, that there's a confusion.  That he ruled

6     and then I mistakenly told him he hadn't ruled, and then

7     he ruled different --

8          **THE COURT:**  Okay.  Do you agree that there's

9     one claim construction that -- is there -- well, do you

10    agree that there's a dispute over a claim construction at

11    this point?

12         **MR. YOWELL:**  Over that one?  The "maximum

13    operating voltage"?

14         **THE COURT:**  The one that's in Paragraph 83.

15         **MR. YOWELL:**  No, Your Honor, I don't.  So

16    sorry.

17         Referring to Paragraph 83, we don't agree that

18    there's a dispute over this.  It was not raised during

19    any of the *Markman* proceedings.  It was only raised after

20    the fact.

21         There was an agreement that if Your Honor

22    wanted briefing on this, they would file an eight-page

23    brief by Wednesday; we would file an eight-page brief by

24    the Wednesday afterwards, if Your Honor wanted.

25         **THE COURT:**  On 83?

1          **MR. YOWELL:**  On 83, yes, Your Honor.  But we

2     think it's untimely, and we think it's unnecessary.

3          **THE COURT:**  Let me think about this for a

4     second.

5               Have you all ever even exchanged a proposal

6     with each other on this term?

7          **MR. CORDELL:**  We've had some exchanges about

8     this in part of the summary judgment process.  But I take

9     some issue with my brother's statement.

10               We agreed we would do these briefs.  He may

11     say it was waived in his brief.  He may say that

12     Christmas is coming.  Whatever he says, he says.  But we

13     agreed that we would offer these briefs to Your Honor.

14     And that was part of the way we would move forward.

15          **THE COURT:**  Oh, understood.  I'm just trying

16     to decide if I want them, so -- and in what form I want

17     them.  So let me -- so let me ask you this, though.  Have

18     you ever -- I get that you have uncovered an underlying

19     dispute about what the claim terms mean.  And I take

20     enough from this to understand about what you don't want

21     the other person to argue to the jury.

22               But have you come up with language that

23     encapsulates that and exchanged it with each other?

24          **MR. CORDELL:**  So I think the difficulty,

25     Your Honor, is that we say the claims are unbounded --

1           **THE COURT:**  Right.

2           **MR. CORDELL:**  -- and that has a consequence

3     for the case that I doubt the plaintiff is going to agree

4     to.  So it's -- that really is where the dispute lies.

5           **THE COURT:**  Right.  Right.

6           **MR. YOWELL:**  Your Honor, may --

7           **THE COURT:**  Yes.

8           **MR. YOWELL:**  Okay.  So this is part of why

9     this issue is particularly unique, is that they say it's

10    unbounded.  And, really, what they're saying is it's

11    indefinite or it's not enabled or written description or

12    whatever.  They're going to make all those same arguments

13    no matter what number you put in the box for the claim

14    construction, or whether it's unbounded.

15          I mean, really, Judge Connolly, as you know,

16    does not rule on indefiniteness at claim construction.

17    And so in our view, this is really an attempt to get

18    indefiniteness decided early somehow.

19          **THE COURT:**  Right.  So here's what I think we

20    should do:  I think -- you can have a seat.

21          At the end of the day if there is a claim

22    construction dispute, it has to get decided and it has to

23    be put into a jury instruction that goes to the jury.

24    And right now, I don't have proposals about that.  And so

25    we're all going to argue what we argue to the Federal

1    Circuit later on.  But the issue confronted with me today

2    is, I just don't know what the competing proposals are.

3              So let's do this:  Let's have the parties

4    exchange their competing proposals, because at the end of

5    the day, this is a jury instruction.  And also serve them

6    on the Court, and I will take a three-page single-spaced

7    letter from each side about why their construction is

8    appropriate.  And then if I need more, I'll ask for more.

9              If we need more during trial, I'll ask for

10   more during trial.  If I determine it can be done before

11   trial and it's appropriate to do so, maybe I will.

12   Otherwise, I might just wait and do it with the jury

13   instructions at the end of the trial.

14             When do we think we could accomplish this by?

15        **MS. MORRISON:**  So, Your Honor, we would

16   suggest that the parties exchange their competing

17   proposals next Wednesday -- I'm making this on the fly,

18   so of course Cap-XX hasn't heard this.

19        **THE COURT:**  Right.

20        **MS. MORRISON:**  -- next Wednesday, the day

21   before Thanksgiving, and then exchange our briefs the

22   following Wednesday.  Do simultaneous three-page letter

23   briefs the following Wednesday.  So the Wednesday after

24   Thanksgiving.  I'm sorry, I don't know those dates off

25   the top of my head.

1          **THE COURT:**  Yeah.  It's the 22nd and 29th.

2          **MS. MORRISON:**  Yes.  Thank you, Your Honor.

3          **THE COURT:**  Do you want to make it like

4     Thursday or Friday morning so we can at least enjoy our

5     holidays a little bit more?

6          **MS. MORRISON:**  That would also be fine with

7     us, Your Honor.  I'm never going to say no to that.

8          **MR. YOWELL:**  Your Honor, first, I would prefer

9     that we do not do simultaneous briefs.  I prefer we

10    proceed as we had agreed, and that they would provide

11    their brief and we would be able to respond to it.

12         **THE COURT:**  Okay.

13         **MR. YOWELL:**  I also think that given that they

14    were fully prepared to write an eight-page claim

15    construction brief on this issue by Wednesday, they don't

16    need to get until Wednesday to get at least their

17    proposal.

18         **THE COURT:**  Yeah.  So okay.  So here's what we

19    will do.  It's Friday today.  The parties can exchange

20    their proposals simultaneously next Wednesday.  And

21    plaintiff can file their three-page letter the next

22    Wednesday.  And defendant can respond the next Friday.

23    But you'll know already, when you're writing your letter,

24    that you will have had, for over a week, their proposal

25    so you know what you're writing against.

1          **MR. YOWELL:**  Your Honor, in our discussion,

2     they were going to file first.

3          **THE COURT:**  Letter -- oh, I'm sorry.  I

4     apologize.  I'm used to seeing some of the folks on this

5     side, on plaintiff's side of the room.  And so that's

6     only my own implicit subconscious coming out.

7          **MR. YOWELL:**  We'll do that if that's what you

8     tell us to do.

9          **THE COURT:**  No, no, no.  Of course, that's

10    fine.  You all, I think, know what I meant.  You're going

11    to exchange them next week, and then we're going to hear

12    from defendant first, and then plaintiff.  Thank you.

13          And you are right, I mixed it up.

14          **MS. MORRISON:**  May I just state the dates for

15    the record so that we're sure we're following the right

16    date?

17          **THE COURT:**  Yes.  Perfect.  Yep.

18          **MS. MORRISON:**  So the simultaneous exchange

19    will be Wednesday, November 22nd; Defendant Maxwell will

20    file our three-page, single-spaced letter brief on

21    Wednesday, November 29th; and then Plaintiff Cap-XX will

22    file their three-page letter brief on -- is it Friday,

23    the 1st of December?

24          **THE COURT:**  First.  Yes.

25          **MS. MORRISON:**  Okay.

1          **THE COURT:**  Okay.  At least we're going to see

2    where we're at at that point, and we'll decide how we're

3    going to go from there.  All right.

4          There are like 500 exhibits on the parties'

5    exhibit list.  We know we're not putting in 500 exhibits

6    at trial, right?

7          Is there any reason why I need to ask the

8    parties to trim that stuff down, or can you figure that

9    out without any --

10         **MS. MORRISON:**  I think we can resolve it as we

11   exchange through the process.

12         **THE COURT:**  Okay.

13         **MR. WARR:**  I think with the rulings on the

14   motions in limine, we can probably trim that exhibit list

15   down and probably revisit the preliminary and final jury

16   instructions because a lot of those disputes surrounded

17   around the rulings on the motions of limine.

18         **THE COURT:**  It might not hurt to freshen up

19   those jury instructions, especially if folks haven't

20   taken a look at them in a while.  And I have never seen

21   them, so now is the chance.  But don't renege on your

22   arguments, to the extent you've already made agreements

23   on certain things in those instructions.

24         **MS. MORRISON:**  And, Your Honor, may I ask one

25   clarifying point about the preliminary instructions.  On

```
1    Page 17, which you may not have seen, this is Docket 194,

2    there's just -- this is an easy question.  But we have a

3    highlighted portion about trial schedule.  And I just

4    wanted to know what Your Honor wanted us to put in there.

5             So trial will normally begin at 9:00 a.m. and

6    go until approximately --

7             THE COURT:  -- 4:30.

8             MS. MORRISON:   -- 4:30.  And how long for

9    lunch would you like us to --

10            THE COURT:  Approximately an hour for lunch.

11   Approximately an hour for lunch.

12            MS. MORRISON:  Okay.  That's what I needed to

13   know.  Thank you, Your Honor.

14            THE COURT:  Yes.

15            When do we think we could get revised proposed

16   voir dire and jury instructions, preliminary jury

17   instructions filed?

18            MS. MORRISON:  Well, I think there's only one

19   dispute on the voir dire, which we can certainly take

20   another look at --

21            THE COURT:  Okay.

22            MS. MORRISON:  -- but there was only one minor

23   issue, which -- if Mr. Warr is prepared to address -- I'd

24   be happy to address it.

25            THE COURT:  I'm not ready to hear it today,
```

1    and we're going long.

2              **MS. MORRISON:**  That's fine.

3              **THE COURT:**  That's fine.  That's one --

4              **MR. WARR:**  There's --

5              **THE COURT:**  Go ahead.

6              **MR. WARR:**  There are a couple of minor typos

7    too with witness identification, witnesses who aren't

8    going to show up, what, maybe two weeks from Monday?  I

9    mean, this is the 4th, December 4th?

10             **MS. MORRISON:**  I think that's fine.  Yes.

11   December, if that works for you.

12             **THE COURT:**  Okay.  Fantastic.  That works.

13   That's great.

14             **MS. MORRISON:**  Okay.

15             **THE COURT:**  That's great.

16             So after we get those, then we'll take a look

17   at those and try to get you sort of those decisions, if

18   you need them, before the end of the week.

19             Once we get those finalized, plaintiff is

20   going to be responsible for bringing copies of the voir

21   dire, about 40 copies, as well as pens so that the jurors

22   can mark off what questions they have a "yes" answer to.

23   I haven't taken a look at the form of those, but it

24   should be yes-or-no answers where -- I don't care if it's

25   the "yes" or the "no," but one of them is going to flag

1    for somebody.  It can't be half and half.  And, trust me,

2    folks have done that, and it's a giant mess.

3              And those are going to be -- needed to be

4    delivered to the Clerk's Office by noon the Friday before

5    the trial.

6              You already have a set number of hours for the

7    trial, for both the case-in-chief and the response.

8    That's going to include opening statements, closing

9    arguments, witness examinations, arguments about

10   objections.

11             Did he say ten hours, plus an hour for

12   closing?

13             **MS. MORRISON:**  He did, Your Honor, yes.

14             **THE COURT:**  It's going to be modified

15   slightly.  It's going to be 11 hours, but you have to

16   reserve an hour for closing.  So if you get to ten and

17   you run out, then you've got to keep your hour for

18   closing.  If you get to nine and, heaven forbid, want to

19   do two hours of closing, that's fine with me.  But that's

20   the way we'll do it.

21             If I have to recess a jury during trial, all

22   that time relocating the jury is going to be assigned to

23   the parties.  Again, it might be assigned to the loser of

24   the objection, but it could be done a different way if I

25   decide that's more fair.

1          And, in general, if we're in the courtroom,

2     someone is getting charged for time unless I'm reading

3     jury instructions.

4          You all are going to get back to me about

5     whether or not you want the openings to start the day the

6     jury gets selected, or the next morning.

7          We're not going to close the courtroom, based

8     on what I heard today.

9          Okay.  On or before noon on Friday, before the

10    trial starts, I'm going to need electronic versions of

11    all the trial exhibits in a single folder.  How you get

12    that to us is completely up to you.  It can be a shared

13    link or a flash drive or whatever, but work with your IT

14    departments and coordinate with Ms. Garfinkel, so that we

15    can have all of the exhibits electronically.  And I need

16    them to be named with their exhibit numbers, JTX, PTX,

17    DTX, and then in chrono order.

18         If you're going to give notebooks to a witness

19    on the stand, we would request that you have a copy for

20    the witness, a copy for me, one copy for law clerk, and a

21    copy for the court reporter.

22         I don't know if the parties have discussed

23    whether or not the jury should have a set of documents.

24    If you are going to give the jury a set of binders, you

25    need to agree on everything that goes in the binder.  If

1    you can't, we just won't do jury binders.  If you want to

2    put the sample patent in there, you can do that too, if

3    you agree.

4           We're not going to collect the binders and

5    notes every day.  They're going to just stay in the jury

6    room.

7           And then we need to work to make sure that the

8    parties have a binder of only admitted exhibits ready to

9    go back in the jury room by the end of the jury

10   instructions.

11          Are we going to have any videos or native

12   files?

13          **MR. CORDELL:**  I don't think so, Your Honor.

14          **THE COURT:**  Okay.

15          **MR. YOWELL:**  Native in the sense of

16   spreadsheets?

17          **THE COURT:**  Yeah.  Something that the jury

18   will look at on a computer.  If you want the jury to see

19   something on a computer, a video, exhibit, or a native

20   file, whoever wants to do that needs to have a laptop

21   with a flash drive of those exhibits on it, that's got

22   nothing else on it, that the jury can see back in the

23   jury room.

24          And then after trial, we'll ask the parties to

25   review the trial transcript and get all corrections to

 1    the court reporter no later than two weeks after the

 2    trial.

 3              And I've learned this the hard way.  We don't

 4    want to be dragging this out, and we also don't want a

 5    bunch of corrected post-trial briefs that don't account

 6    for all the trial errata.

 7              Also, on December -- whatever the Friday is

 8    before the trial, I think it's December 8th, if we could

 9    have a letter with a list of the witness names and a

10    glossary of technology terms for our court reporter.  I

11    also had a request -- this must have been from my last

12    trial.  We'll figure out who's going to be reporting for

13    your trial, we don't know yet -- to e-mail the court

14    reporter with demonstratives and words of videos clips

15    for the court reporter to update their dictionary.  So

16    we'll work on that as well.

17              Will the parties be able to provide lunch to

18    the jury?

19              **MR. WARR:**  We were planning on that,

20    Your Honor.

21              **MS. MORRISON:**  Yes, we can work it out.

22              **THE COURT:**  Okay.  Very good.

23              All right.  So if you agree on that, if you

24    could just do me a favor and send an e-mail to

25    Ms. Garfinkel that tells her who is bringing what on what

1   days, so that we know.

2          Mr. Rovner.

3          **MR. ROVNER:**  I was just bringing something up.

4   I should probably just talk to my colleagues.

5          But just, I had a trial where -- and I won't

6   name the firm -- but they had bags for the jurors, and it

7   said, from the -- "Compliments of the firm" --

8          **THE COURT:**  Oh, yeah.  We're not doing that.

9   Yeah.  It's nice.  Swag.  Yeah, no, we're not going to do

10  that.

11         So those were the notes that the law clerks

12  and I put together in the 20 minutes we had before we

13  came out here.  I think we did all right trying to

14  anticipate what might come up.

15         Anything else we should address today?

16         **MR. YOWELL:**  Your Honor, I do have one

17  question.

18         **THE COURT:**  Yes.

19         **MR. YOWELL:**  So this is -- it's going to take

20  longer to explain how we got here, than what the actual

21  issue is.

22         **THE COURT:**  Okay.

23         **MR. YOWELL:**  So as I think you know, because

24  of the times this has been moved, some documents are

25  quite old.  The most recent time that the case was moved

1   was because of the unfortunate and unexpected passing of
2   one of their two technical experts.
3            **THE COURT:**  Yes.
4            **MR. YOWELL:**  And during the intervening time,
5   Mr. Hruska, who was their primary -- I'll call it
6   primary -- invalidity infringement expert took over and
7   basically reissued the report of the deceased expert.
8            In doing so, Dr. Miller had a very unique
9   experience and a unique role in this case.  He was acting
10  as both a fact and an expert witness.
11           Dr. Miller only opined as to combinations
12  involving one reference.  The Niu reference, N-I-U.  And
13  he personally knew facts that were not disclosed in any
14  of the references themselves, and he supplied those facts
15  in doing his analysis.
16           When Mr. Hruska took over and then opined on
17  those same combinations, he had to rely upon Dr. Miller's
18  statement of those facts.
19           **THE COURT:**  In his expert report?
20           **MR. YOWELL:**  That's the thing.  He uses
21  three -- he uses Dr. Miller in three different respects.
22  He uses statements from the expert report, statements
23  from Dr. Miller's depositions, and then there's also
24  several times where he says, Per conversations with
25  Dr. Miller.  I'm paraphrasing.

1              And while we did get to depose Dr. Miller, we

2    didn't get to depose him about what these conversations

3    were.

4              So we think that they shouldn't be able to

5    rely upon Dr. Miller for anything that we have no way of

6    testing.  We're not asking --

7                   THE COURT:  Are you asking for a depo of him?

8                   MR. YOWELL:  Of whom?

9                   THE COURT:  Well, you said "their new expert."

10                  MR. YOWELL:  Oh, no, not Mr. Hruska,

11   Your Honor.  We had an opportunity to depose him, I will

12   say.  We elected not to proceed with new depositions of

13   the supplemental reports.

14              But we don't think that Mr. Hruska should be

15   allowed to rely upon conversations with Dr. Miller that

16   we cannot learn anything about, other than Mr. Hruska,

17   because the other participant -- the conversation -- is

18   now diseased.

19                  THE COURT:  Well, we've got a lot -- this is

20   like a law school exam hypothetical.  So we've got some

21   hearsay going on here.  We have the declarant being

22   deceased.  We have experts being able to rely on hearsay,

23   even if the underlying evidence hasn't been -- can't be

24   admitted.

25                  MR. YOWELL:  It's a mess, Your Honor.  And I

1    know I'm catching you cold.  I'm not asking for --

2         **THE COURT:**  Yeah.  Did you tell the other side

3    you were going to bring this up today?

4         **MR. YOWELL:**  We actually raised the -- I did

5    not tell them I was going to bring this issue up today.

6         When -- way back, right after Dr. Miller died,

7    when they asked for more time to allow Hruska to take

8    over this opinion, they first asked us if we would

9    stipulate to it.

10        We had *Daubert* objections to Dr. Miller

11   already, based upon him using these facts.  We told him

12   the *Daubert* issues would be even worse if he's now using

13   facts from somebody else that he has no knowledge of,

14   that can't be -- that aren't in any record anywhere,

15   other than he says this conversation existed.

16        So we flagged that issue way back before

17   Mr. Hruska ever made the report.  I did not tell them I

18   was going to bring it up today.

19        **THE COURT:**  It's Mr.?

20        **MR. YOWELL:**  Mr. Hruska.  Hruska.

21        **THE COURT:**  Huruska?  Okay.  Got it.  All

22   right.  Okay.  And --

23        **MR. YOWELL:**  Dr. Miller is the --

24        **THE COURT:**  -- so just to make sure I have it

25   right, Dr. Miller passed away when?

1          **MR. YOWELL:**  May of 2023.

2          **MR. COLVIN:**  This past summer, Your Honor.

3  June.

4          **THE COURT:**  Okay.  So after this pretrial

5  order got submitted to the Court, Dr. Miller passes

6  away --

7          **MR. YOWELL:**  Well after that, yes, Your Honor.

8          **THE COURT:**  Right.  They give you a

9  supplemental expert report, and one of things their

10  expert relies on is conversations and information he took

11  from Dr. Miller's expert report, his depositions, and

12  conversations that he had.

13          And you find out about that when?

14          **MR. YOWELL:**  I know the reply report was

15  served a month ago.  And we were under a pretty

16  compressed timeline because we were trying to fit the new

17  reports in to hold this trial date.

18          So I believe it was two or three months ago

19  that we received the report the first time.

20          **THE COURT:**  Okay.  And your ask is that I

21  strike their expert report?

22          **MR. YOWELL:**  No, Your Honor.

23          **THE COURT:**  Okay.

24          **MR. YOWELL:**  I don't want Mr. Hruska test- --

25  so, again, I'm not taking issue with him relying upon

1    Dr. Miller's reports or the depositions of Dr. Miller,

2    only conversations with Dr. Miller that we had no notice

3    of or anything of until they show up in these reports.

4    And there's nobody that can testify to those contents.

5              **THE COURT:**  All right.  It sounds like a

6    fruitful topic for cross-examination, but let me hear

7    from the other side.  And you know what I know about

8    this.

9              **MR. COLVIN:**  Thank you, Your Honor.

10             I think the most telling fact, and you heard

11   it briefly mentioned, they had the opportunity to depose

12   Mr. Hruska about his new supplemental report, and they

13   decided not to depose him on this.

14             So to the extent they say they couldn't learn

15   what those conversations were, well, they could have if

16   they would have asked him about it in his deposition that

17   they decided they didn't want to take.

18             **THE COURT:**  Just give me an idea about what

19   we're talking about here.  What does it say in the

20   report?  "I talked to so and so, and he told me something

21   I'm not going to tell you."  Or did he --

22             **MR. COLVIN:**  Well, it's -- again, I echo

23   Mr. Yowell's introductory comment that there's -- it's a

24   bit of complicated issue.

25             But Dr. Miller did some testing in the

1    reference way back in the '90s that we know is the Niu

2    reference, N-I-U  And so Dr. Miller was offering some

3    opinions about Niu, and because he had done some of

4    the -- he did the actual testing in the thing, in that

5    reference, he could, you know, expand upon some things a

6    bit.

7              I'm obviously paraphrasing a lot for Your

8    Honor.

9              And so when Dr. Miller wrote his report,

10   Mr. Hruska relied on Dr. Miller's report originally.  And

11   so there were conversations that they had about -- you

12   know, just explanation about, as one would have, with

13   someone who had written a report.

14             And so when Dr. Miller passed and Mr. Hruska

15   provided the supplemental report, some of his -- you

16   know, it's very few -- very little in the report would,

17   you know, reference back to conversations with

18   Dr. Miller.  But there was a few things in passing where

19   he says, you know, "And I know from Dr. Miller X, Y, and

20   Z."

21             So those are the types of things that are in

22   there, Your Honor, obviously.

23             **THE COURT:**  Okay.  All right.  Thanks very

24   much.  Go ahead.

25             **MR. YOWELL:**  May I respond briefly?

1          **THE COURT:**  Sure.

2          **MR. YOWELL:**  One thing is I wanted to give

3    Your Honor an example.  So this is Paragraph 67 of

4    Mr. Hruska's opening report.  There are more examples.

5          The one that I want to call your attention

6    to -- or the two, rather, is the two numbers in here,

7    12 micrometers and 1.2 grams per centimeter cubed.

8          The important point is that Mr. -- so when

9    we're talking about FOM and we're talking about Pmax, the

10   important point is that fundamentally these are math

11   equations.  That's all.  So you have to know all the

12   inputs to them or you can't get a result out of the

13   equation, right.

14         These two numbers are required to reach all of

15   the opinions Mr. Hruska reaches.  Without those two

16   numbers, he can't get the end of the calculation, and so

17   he can't opine as to whether this device would have been

18   higher or lower, or whatever.

19         So we don't think these are anywhere near

20   minor references.  These are necessary.

21         Now, with respect to Mr. Colvin's comments,

22   well, we had an opportunity to take a deposition, I would

23   remind him that they opposed our test data when they not

24   only had an opportunity to take a deposition, but we

25   offered a sur-reply report that they wouldn't respond to,

1   that they denied.

2           **THE COURT:**  Yeah.  So -- all right.  You can

3   have a seat.

4           So here's what I'm going to say about this.

5   On the narrow issue of whether or not his testimony about

6   the sentence that his expert report is going to be able

7   to come into evidence, because it was or was not

8   disclosed in time, that's just that's denied.  I'm not

9   going to exclude that.

10          If we've got some kind of hearsay objection, I

11  don't know what it would be, but I'm not deciding any of

12  that today.

13          But if you're saying -- you knew about

14  everything that was in here back when you got it.  And at

15  this point, it's just too late.  So we're not going to

16  revisit that.  I don't know what else is left of this

17  part of the dispute.

18          All right.  Anything else we need to address?

19          **MS. MORRISON:**  Not from defendants.

20          **MR. WARR:**  I don't think so, Your Honor.

21          **THE COURT:**  All right.  Great.

22          Well, I can tell you this.  You can have a

23  seat.

24          I do know, and I know that Judge Connolly told

25  you because I was listening, that he really was looking

1    forward to trying this case and that this is the

2    situation.  And so I'm glad that we'll be able to get

3    this done for you in December while everybody's got it on

4    the calendar.  We'll be able to do it in the new

5    courtroom with the technology, so if you all need time to

6    get in there and figure out how to work all of that,

7    coordinate with us.

8              And we'll talk soon.

9              All right.  Thanks.

10             (The proceedings concluded at 3:31 p.m.)

11

12

13             CERTIFICATE OF COURT REPORTER

14

15     I hereby certify that the foregoing is a true and

16    accurate transcript from my stenographic notes in the

17    proceeding.

18                              /s/ Bonnie R. Archer
19                              Bonnie R. Archer
                                Official Court Reporter
20                               U.S. District Court

21

22

23

24

25

**MR. COLVIN: [14]** 30/10
30/15 33/9 34/3 41/8
41/11 42/14 49/2 69/8
69/10 69/23 88/2 89/9
89/22

**MR. CORDELL: [35]** 3/23
4/10 4/25 5/12 5/14 9/4
9/15 9/18 10/2 10/4
10/11 11/12 11/16 11/20
25/23 27/10 28/1 28/10
28/18 43/13 44/17 45/9
45/13 48/22 54/24 55/25
56/4 56/8 56/15 56/24
57/12 72/7 72/24 73/2
82/13

**MR. KAZI: [2]** 22/15
22/18

**MR. ROVNER: [18]** 3/11
3/16 6/11 12/8 12/11
12/16 12/19 12/21 13/24
14/4 61/25 62/3 62/7
63/6 64/1 64/9 64/15
84/3

**MR. WARR: [37]** 3/15
6/2 8/4 9/3 14/3 15/7
15/19 15/23 16/1 16/5
16/7 16/10 17/8 17/14
17/17 19/12 22/14 46/9
46/25 47/12 47/18 48/4
48/19 54/12 59/4 61/8
61/10 61/20 63/18 66/5
66/18 68/6 77/13 79/4
79/6 83/19 92/20

**MR. YOWELL: [73]** 7/5
8/11 9/12 9/16 24/10
25/15 25/18 25/22 28/19
28/24 29/3 35/3 35/12
38/12 38/17 38/20 39/12
39/16 39/20 40/1 40/5
40/15 40/19 40/23 41/7
43/8 43/10 49/17 50/18
50/21 51/2 51/6 51/10
51/12 51/16 53/3 57/17
58/5 58/7 59/25 60/4
60/23 70/10 70/25 71/2
71/12 71/15 72/1 73/6
73/8 75/8 75/13 76/1
76/7 82/15 84/16 84/19
84/23 85/4 85/20 86/8
86/10 86/25 87/4 87/20
87/23 88/1 88/7 88/14
88/22 88/24 90/25 91/2

**MS. MORRISON: [41]**
3/19 3/24 6/5 6/10 8/6
14/6 17/18 18/15 19/1
19/3 19/6 52/25 54/4
59/8 59/12 60/24 66/6
66/20 67/6 67/8 67/24
68/12 74/15 74/20 75/2
75/6 76/14 76/18 76/25
77/10 77/24 78/8 78/12
78/18 78/22 79/2 79/10
79/14 80/13 83/21 92/19

**THE CLERK: [5]** 3/6
13/16 63/19 64/6 64/12

**THE COURT: [200]**

'
**'034 [1]** 21/7
**'600 [1]** 21/8
**'90s [1]** 90/1

**-and [2]** 1/16 1/24

/
**/s [1]** 93/18

1
**1.2 grams [1]** 91/7
**100 [1]** 28/7
**101 [9]** 4/7 54/19 55/4
58/17 60/2 60/9 60/12
60/19 67/12
**102 [5]** 21/11 22/21
23/24 24/2 24/5
**10K [2]** 16/3 16/15
**11 [5]** 5/22 6/1 6/9
6/19 8/12
**11 hours [1]** 80/15
**11 percent [1]** 16/23
**112 [1]** 67/12
**11th [4]** 6/4 6/20 6/24
9/14
**11th because [1]** 64/10
**12 micrometers [1]** 91/7
**13 products [1]** 36/1
**14 [1]** 15/23
**14A [2]** 15/23 16/1
**16 [1]** 4/2
**17 [2]** 1/10 78/1
**19-1733-CFC [1]** 1/4
**194 [1]** 78/1
**1:00 [2]** 1/10 3/4
**1:20 [1]** 9/2
**1:45 [1]** 12/4
**1:50 [2]** 12/4 13/13
**1st [3]** 7/7 7/9 76/23

2
**2,000-page [1]** 53/21
**20 [2]** 20/22 20/23
**20 minutes [2]** 67/13
84/12
**2016 [1]** 16/15
**2019 [1]** 43/22
**2021 [2]** 43/23 45/4
**2022 [2]** 59/10 59/14
**2023 [2]** 1/10 88/1
**22nd [1]** 76/19
**22nd and [1]** 75/1
**23 [2]** 20/22 23/21
**24 hours [1]** 14/13
**256 [1]** 21/23
**28 [1]** 51/16
**288 [1]** 16/15
**29 [2]** 6/4 6/12
**29th [3]** 6/6 75/1 76/21

3
**30 [1]** 28/5
**35 [2]** 4/7 21/22
**39 [1]** 52/19
**3:31 [1]** 93/10
**3:45 [1]** 11/19

4
**40 [2]** 53/5 79/21
**411 [1]** 16/22
**4:30 [3]** 61/7 78/7 78/8
**4th [2]** 79/9 79/9

5
**500 [2]** 77/4 77/5
**58 [2]** 4/2 54/14
**5:00 [1]** 61/7

6
**60-ish [1]** 35/20
**64 [1]** 61/1
**66 [1]** 64/16
**67 [1]** 91/3
**6:00 p.m [1]** 65/16
**6D [1]** 61/24

7
**72 [1]** 64/22
**7:00 a.m [1]** 65/5

8
**8-page [1]** 10/7
**82 [4]** 15/19 16/3 16/10
16/14
**83 [5]** 70/13 71/14
71/17 71/25 72/1
**84 [4]** 15/19 16/3 16/10
16/21
**844 [1]** 1/13
**8:30 [3]** 61/4 61/5 61/6
**8:30 a.m [1]** 61/1
**8:30 every [1]** 63/23
**8th [2]** 62/5 83/8

9
**9:00 [7]** 61/2 61/4 61/7
63/7 63/8 63/17 63/25
**9:00 a.m [1]** 78/5
**9:30 [2]** 63/21 63/24

A
**.a.m [3]** 61/1 65/5 78/5
**AAMIR [4]** 2/11 3/24
14/9 22/16
**Aamir Kazi [1]** 22/16
**ability [1]** 58/11
**able [17]** 24/22 27/5
34/21 37/2 41/23 42/2
42/8 48/17 49/5 62/19
75/11 83/17 86/4 86/22
92/6 93/2 93/4
**about [91]** 6/4 9/1 9/22
10/12 10/16 10/21 11/3
11/15 13/13 14/24 14/25
15/6 18/16 20/18 21/11
27/7 28/11 29/4 29/7
29/17 30/16 30/20 31/14
31/25 32/10 32/13 32/15
33/19 34/4 35/7 36/1
36/5 36/23 41/25 42/4
43/6 43/6 43/18 46/3
46/10 47/6 47/10 47/15
48/11 48/25 49/9 50/5
52/6 52/8 52/11 56/1
57/22 57/23 58/3 59/19
61/1 63/2 63/2 64/16
64/22 64/23 65/2 69/3
69/4 72/3 72/7 72/19
72/20 73/24 74/7 77/25
78/3 79/21 80/9 81/4
86/2 86/16 88/13 89/7
89/12 89/16 89/18 89/19
90/3 90/11 90/12 91/9
91/9 92/4 92/5 92/13
**above [1]** 49/22
**absolutely [3]** 44/12
49/24 62/2
**abstract [1]** 55/23
**acceptable [1]** 44/22
**accomplish [1]** 74/14
**account [1]** 83/5
**accurate [1]** 93/16

**accused [1]** 35/20
**acquisition [1]** 10/24
**across [1]** 48/9
**acting [1]** 85/9
**actual [2]** 84/20 90/4
**actually [15]** 4/15 5/21
11/8 12/13 12/22 26/12
32/7 34/12 34/13 39/6
41/14 59/9 61/3 66/9
87/4
**ADAM [6]** 2/5 3/16 14/4
16/21 20/21 24/11
**Adam Yowell [1]** 24/11
**add [1]** 25/17
**addition [3]** 23/6 31/22
54/9
**additional [1]** 66/11
**address [6]** 37/10 70/10
78/23 78/24 84/15 92/18
**adjustment [1]** 16/19
**admit [1]** 42/25
**admitted [4]** 52/23
53/14 82/8 86/24
**advance [1]** 26/25
**advantage [1]** 7/22
**adverse [2]** 50/25 52/6
**advisory [4]** 5/15 55/7
57/25 60/14
**affirmative [11]** 20/1
20/6 20/11 20/17 21/15
22/23 22/24 23/1 23/10
23/14 60/1
**afraid [2]** 33/25 38/7
**after [16]** 18/10 19/24
35/24 35/25 38/15 60/17
61/16 67/20 71/19 74/23
79/16 82/24 83/1 87/6
88/4 88/7
**afternoon [22]** 3/9 3/11
3/15 3/19 3/23 3/25
13/24 14/3 14/5 14/6
14/11 15/8 17/18 22/15
25/23 30/10 43/13 61/16
62/8 62/9 62/25 69/14
**afterwards [2]** 71/3
71/24
**again [20]** 5/5 5/16
7/11 16/24 22/5 28/2
29/23 35/14 40/7 44/17
45/3 45/15 47/20 48/7
49/3 56/11 56/15 80/23
88/25 89/22
**against [4]** 37/16 37/17
44/9 75/25
**ago [8]** 14/13 46/10
59/7 59/13 59/21 70/20
88/15 88/18
**agree [24]** 4/8 5/18
8/17 8/18 9/18 10/12
11/12 17/23 18/1 19/7
27/19 29/20 41/21 49/19
57/23 57/24 60/13 71/8
71/10 71/17 73/3 81/25
82/3 83/23
**agreed [7]** 4/3 19/25
53/2 54/18 72/10 72/13
75/10
**agreeing [2]** 7/3 52/20
**agreement [3]** 46/7 53/1
71/21
**agreements [1]** 77/22
**agrees [1]** 18/25
**ahead [6]** 16/6 29/17
61/18 62/12 79/5 90/24

## A

**air [1]** 4/12
**akin [1]** 56/8
**Alex [2]** 32/6 32/10
**Ali [2]** 3/14 14/2
**ALISTAIR [1]** 2/4
**all [116]**
**allegations [1]** 20/21
**alleged [1]** 37/21
**allow [1]** 87/7
**allowed [6]** 18/8 41/2
41/22 42/5 42/7 86/15
**almost [1]** 63/1
**already [10]** 7/16 7/17
8/18 13/20 15/22 35/11
75/23 77/22 80/6 87/11
**also [15]** 13/3 28/12
33/18 37/4 46/1 50/16
53/12 68/18 74/5 75/6
75/13 83/4 83/7 83/11
85/23
**although [2]** 54/17 64/2
**am [3]** 6/6 6/10 14/18
**ameliorate [1]** 67/18
**amended [1]** 23/20
**among [1]** 4/16
**analysis [7]** 4/17 5/1
31/10 37/11 55/25 56/9
85/15
**ANDERSON [4]** 1/22 3/12
13/25 61/25
**Andrews [1]** 6/6
**another [5]** 36/20 37/16
43/3 70/14 78/20
**answer [9]** 4/12 22/23
22/24 23/20 25/25 26/20
60/10 60/14 79/22
**answered [1]** 26/17
**answers [1]** 79/24
**anticipate [2]** 27/13
84/14
**anticipated [1]** 68/10
69/10
**anticipating [2]** 66/2
66/16
**any [34]** 4/6 14/13
15/10 15/11 15/12 20/7
21/18 22/11 25/10 28/15
31/9 31/14 37/7 37/21
38/24 39/6 39/7 41/23
43/6 44/14 45/17 46/17
46/23 47/6 48/15 50/2
66/17 71/19 77/7 77/9
82/11 85/13 87/14 92/11
**anybody [5]** 8/3 32/15
46/4 47/8 48/8
**anything [18]** 11/22
25/16 31/14 31/25 32/19
36/18 38/14 38/23 45/23
46/24 47/8 51/3 60/19
84/15 86/5 86/16 89/3
92/18
**anyway [1]** 29/14
**anywhere [2]** 87/14
91/19
**apologize [2]** 45/5 76/4
**apparent [1]** 45/6
**appear [1]** 45/16
**appearances [3]** 1/21
2/2 13/21
**applied [1]** 17/24
**applies [3]** 17/25 18/17
29/8
**apply [3]** 18/4 18/6

29/6
**appreciate [5]** 11/16
27/7 28/14 51/22 52/14
**approach [3]** 44/20
55/10 69/8
**appropriate [5]** 46/8
54/20 54/22 74/8 74/11
**approximately [3]** 78/6
78/10 78/11
**Archer [2]** 93/18 93/19
**are [83]** 3/21 4/3 4/7
4/25 7/15 7/18 8/12
10/13 13/9 14/1 14/8
14/21 18/3 19/20 20/21
23/10 23/16 26/9 26/12
26/18 26/22 26/24 27/8
27/16 29/22 32/11 33/8
33/25 38/7 40/20 44/1
45/7 45/7 45/11 46/2
46/6 46/11 47/9 47/14
47/16 49/24 49/24 50/12
52/17 52/20 52/23 55/15
56/5 56/12 57/8 58/9
59/23 60/21 61/22 63/16
64/3 64/23 65/10 65/13
65/20 66/2 66/15 66/16
68/3 69/3 72/25 74/2
76/13 77/4 79/6 80/3
81/4 81/24 82/11 84/24
86/7 90/21 90/21 91/4
91/10 91/14 91/19 91/20
**areas [1]** 44/21
**aren't [5]** 50/1 52/21
52/22 79/7 87/14
**argue [9]** 13/5 53/22
54/2 54/2 54/2 55/22
72/21 73/25 73/25
**argued [1]** 16/12
**arguing [1]** 70/1
**argument [3]** 19/16
45/21 47/6
**arguments [4]** 73/12
77/22 80/9 80/9
**around [6]** 32/22 33/1
33/14 47/12 47/13 77/17
**arrive [1]** 16/23
**art [1]** 26/8
**as [61]** 4/14 4/16 4/24
5/7 7/12 11/9 17/24
18/19 19/17 20/4 20/24
22/9 22/24 23/5 23/5
23/21 24/4 24/14 25/3
25/11 26/7 27/24 29/15
29/23 29/24 31/6 31/6
31/18 33/20 35/5 36/16
37/8 37/9 37/22 37/22
40/9 42/1 42/15 43/15
44/3 44/3 49/11 50/4
53/8 56/6 56/20 57/5
58/12 63/8 64/21 73/15
75/10 77/10 79/21 79/21
83/16 84/23 85/10 85/11
90/12 91/17
**ask [32]** 5/24 7/5 25/13
27/6 27/7 27/8 27/15
27/23 27/25 28/1 28/4
29/14 32/15 38/19 38/20
40/20 43/17 44/13 48/13
50/7 50/24 57/21 61/4
68/3 70/8 72/17 74/8
74/9 77/7 77/24 82/24
88/20
**asked [15]** 12/5 12/25

15/10 26/14 26/22 26/24
57/20 57/20 87/7 87/8
89/16
**asking [7]** 7/24 8/12
18/6 27/13 86/6 86/7
87/1
**asks [1]** 56/1
**assert [1]** 37/16
**asserted [4]** 19/14
20/12 21/16 37/15
**assets [2]** 43/23 45/3
**assigned [2]** 80/22
80/23
**assistance [1]** 14/17
**assume [2]** 61/16 62/1
**assumed [1]** 40/3
**attached [1]** 17/6
**attachment [1]** 15/21
**attempt [1]** 73/17
**attempted [1]** 31/20
**attention [1]** 91/5
**attribute [1]** 67/14
**August [1]** 59/10
**August of [1]** 59/10
**authored [1]** 19/19
**available [1]** 6/8
**average [1]** 16/23
**avoid [2]** 37/20 60/8
**avoids [2]** 53/12 68/20
**AVX [2]** 16/15 16/17
**AVX 10K [1]** 16/15
**away [3]** 62/18 87/25
88/6

## B

**back [20]** 7/4 13/20
29/5 29/25 37/2 39/22
43/22 51/13 56/17 59/3
63/11 63/13 81/4 82/9
82/22 87/6 87/16 90/1
90/17 92/14
**background [8]** 16/12
16/20 16/25 30/16 35/6
35/14 44/6 67/22
**bad [5]** 5/23 47/2 50/1
**bags [1]** 84/6
**base [1]** 16/24
**based [19]** 19/14 20/2
20/7 20/13 20/13 21/6
21/8 31/3 31/12 32/22
32/24 33/16 34/11 34/22
42/12 56/22 64/19 81/7
87/11
**basically [4]** 37/19
50/17 50/18 85/7
**basis [4]** 5/15 15/9
17/2 20/19
**Bates [1]** 17/6
**battery [1]** 55/23
**be [138]**
**bearing [1]** 23/9
**because [46]** 6/19 7/1
7/21 8/12 13/1 18/20
19/18 28/2 32/9 32/16
32/22 33/7 33/19 34/22
34/24 38/23 40/9 42/6
42/19 43/20 45/18 45/24
47/2 47/6 47/21 52/14
54/16 55/19 59/13 61/21
62/4 63/8 63/20 64/4
64/10 69/24 70/1 74/4
77/16 84/23 85/1 86/17
88/16 90/3 92/7 92/25

**become [1]** 7/9
**been [92]** 4/17 7/13
14/18 16/17 19/17 21/17
22/10 34/21 36/25 37/1
40/16 45/2 53/13 55/16
58/18 58/25 59/15 83/11
84/24 86/23 91/17
**before [36]** 1/15 4/1
8/14 17/9 17/12 26/23
29/20 29/20 37/14 43/18
44/20 46/10 47/16 47/24
48/11 56/20 58/22 58/25
59/4 62/1 65/7 65/16
65/24 66/9 66/24 69/13
69/25 74/10 74/21 79/18
80/4 81/9 81/9 83/8
84/12 87/16
**begin [1]** 78/5
**beginning [1]** 3/3
**behalf [4]** 3/12 3/21
14/7 65/17
**behind [1]** 7/11
**being [10]** 10/20 10/21
31/22 39/19 44/14 53/8
55/15 68/21 86/21 86/22
**believe [14]** 7/6 21/14
22/6 34/14 35/6 35/19
35/21 39/12 39/16 49/6
59/8 60/1 64/12 88/18
**below [2]** 20/19 49/22
**bench [2]** 61/5 69/14
**Berkheimer [1]** 58/8
**best [3]** 55/1 66/21
70/4
**better [8]** 8/2 25/13
53/10 55/12 61/3 62/17
62/19 63/3
**between [1]** 36/9
**bias [6]** 36/8 36/9
36/24 37/4 37/5 44/11
**big [3]** 10/20 43/16
45/24
**Bilyk [13]** 32/6 32/10
32/12 34/6 37/23 38/8
38/13 39/10 40/13 40/21
41/17 42/1 51/17
**Bilyk's [2]** 34/9 39/17
**bind [1]** 27/1
**binder [2]** 81/25 82/8
**binders [3]** 81/24 82/1
82/4
**biographical [1]** 45/10
**Biosystems [1]** 22/3
**bit [9]** 4/16 14/24
30/16 33/10 54/25 64/11
75/5 89/24 90/6
**black [1]** 4/5
**blanket [3]** 46/17 47/21
48/7
**Bloomberg [1]** 16/4
**Bonnie [2]** 93/18 93/19
**booked [1]** 62/5
**both [14]** 5/25 8/13
17/24 18/4 18/17 19/7
29/6 37/20 69/14 70/22
70/24 71/2 80/7 85/10
**bought [1]** 43/22
**box [1]** 73/13
**brand [3]** 32/11 33/2
33/17
**brand-new [3]** 32/11
33/2 33/17
**break [3]** 9/1 12/3
66/15

**B**

breaking [1]   69/12
bridge [1]   11/17
brief [14]   10/7 18/12
24/25 48/13 67/8 69/15
69/16 71/23 71/23 72/11
75/11 75/15 76/20 76/22
briefing [5]   22/20
56/22 57/5 57/8 71/22
briefly [3]   65/21 89/11
90/25
briefs [6]   72/10 72/13
74/21 74/23 75/9 83/5
bring [10]   13/10 41/12
44/8 47/7 65/7 68/18
71/5 87/3 87/5 87/18
bringing [4]   61/6 79/20
83/25 84/3
brother's [1]   72/9
bubbled [2]   56/16 56/20
bunch [1]   83/5
burden [4]   49/10 51/1
51/2 52/8
button [1]   38/2

**C**

C.A [1]   1/4
calculation [2]   16/24
91/16
calendar [2]   67/1 93/4
calibrate [1]   50/13
calibrated [1]   37/1
call [5]   43/15 48/21
55/18 85/5 91/5
called [3]   36/3 36/8
63/14
calling [1]   65/15
came [3]   39/16 58/22
84/13
can [86]   5/21 7/18 8/3
8/17 11/22 12/2 12/16
14/12 14/15 14/20 15/20
20/8 20/16 21/25 25/3
25/13 26/15 26/17 27/24
29/3 29/5 29/8 29/16
30/3 32/10 33/21 35/18
36/9 36/11 38/6 42/4
42/16 42/18 42/24 43/4
45/21 45/24 46/7 47/6
47/11 47/15 49/15 49/23
50/9 51/23 52/8 52/20
55/1 57/9 58/9 60/8
60/18 61/2 62/9 62/12
62/13 62/21 64/3 66/14
66/25 67/14 68/4 68/10
68/19 69/18 70/4 73/20
74/10 75/4 75/19 75/21
75/22 77/8 77/10 77/14
78/19 79/22 81/12 81/15
82/2 82/22 83/21 89/4
92/2 92/22 92/22
can't [21]   6/4 12/8
12/9 14/21 17/22 26/2
27/25 40/1 42/25 44/9
54/6 55/9 55/11 61/2
80/1 82/1 86/23 87/14
91/12 91/16 91/17
candidly [1]   62/14
cannot [1]   86/16
CAP [25]   1/3 3/13 14/1
15/2 15/5 15/9 15/24
17/19 17/25 18/5 18/7
19/10 19/11 19/19 19/23
22/18 31/1 31/7 32/2

32/3 32/6 38/1 49/4
74/20 74/24 74/25
CAP-XX [18]   1/3 3/13
14/1 15/5 15/9 17/25
18/7 19/19 19/23 31/1
31/7 32/2 32/3 32/6
38/1 49/4 74/18 76/21
Cap-XX's [7]   15/2 15/24
17/19 18/5 19/10 19/11
22/18
capable [1]   27/3
capital [1]   16/23
care [1]   79/24
carefully [1]   44/18
65/10
Carrie [1]   16/13
case [55]   4/4 6/14 6/20
7/12 7/15 7/19 8/2 8/10
8/25 9/13 9/24 10/14
10/16 11/1 11/8 11/8
16/19 19/20 22/2 22/3
22/4 23/17 24/1 24/14
26/7 29/9 29/9 30/17
31/8 31/12 32/22 33/2
33/7 33/10 33/13 33/16
33/18 34/17 34/17 34/23
34/25 35/20 43/10 43/21
44/12 45/18 49/8 49/14
57/2 58/12 73/3 80/7
84/25 85/9 93/1
caseload [1]   10/15
cases [7]   4/14 21/12
21/20 21/21 55/14 55/16
56/12
catch [3]   45/6 46/4
57/15
catching [1]   87/1
categorized [1]   30/3
caught [4]   52/16 53/17
54/14 54/15
centimeter [2]   28/7
91/7
certain [7]   4/3 13/9
15/4 24/16 30/23 68/8
77/23
certainly [5]   32/15
42/15 42/17 69/23 78/19
CERTIFICATE [1]   93/13
certify [1]   93/15
cetera [1]   33/24
CFC [1]   1/4
challenged [1]   10/21
challenges [1]   64/17
chambers [1]   9/5
chance [6]   13/22 25/14
28/16 38/10 45/20 77/21
Chancery [1]   6/12
change [4]   51/21 51/24
53/6 62/17
changed [3]   37/4 37/12
37/20
characteristics [2]
26/17 27/16
characterizations [1]
35/5
charge [2]   30/5 64/19
charged [4]   64/17 64/20
66/13 81/2
check [1]   67/1
chief [1]   80/7
China [1]   10/21
Christmas [1]   72/12
chrono [1]   81/17
circuit [8]   5/6 5/8

45/21 53/23 54/3 55/10
54/1
cited [3]   21/12 22/2
33/22
claim [24]   10/1 22/8
24/18 24/24 25/20 27/22
28/2 28/13 33/8 37/16
37/17 55/4 68/25 69/11
69/17 70/11 70/14 71/9
71/10 72/19 73/13 73/16
73/21 75/14
claimant [1]   24/24
claims [12]   4/6 19/20
20/12 21/17 22/20 24/23
25/4 30/18 30/19 30/20
34/18 72/25
clarify [1]   8/11
clarifying [1]   77/25
cleanse [1]   24/20
clearly [2]   4/5 22/4
clerk [2]   14/17 81/20
Clerk's [1]   80/4
clerks [1]   84/11
clips [1]   83/14
close [2]   56/9 81/7
closer [1]   61/6
closing [7]   50/23 51/8
80/8 80/12 80/16 80/18
80/19
cocounsel [2]   3/13 14/1
cold [1]   87/1
colleagues [1]   84/4
collect [1]   82/4
COLM [2]   1/15 3/8
COLVIN [9]   2/11 3/24
14/9 30/11 36/12 46/9
46/25 49/3 70/12
Colvin's [1]   91/21
combinations [2]   85/11
85/17
come [20]   4/9 6/16 6/18
9/6 13/12 14/21 24/23
38/24 42/15 46/7 52/10
59/18 60/16 63/24 63/24
67/25 69/11 72/22 84/14
92/7
comes [2]   47/20 47/25
comfortable [1]   10/25
coming [4]   65/5 67/19
72/12 76/6
commenced [1]   3/3
comment [2]   57/18 89/23
comments [1]   91/21
common [1]   24/14
companies [1]   43/17
company [6]   15/2 43/16
44/4 44/11 45/1 47/7
competing [6]   59/18
60/16 70/1 74/2 74/4
74/16
complained [1]   18/16
completely [2]   46/18
81/12
complex [1]   30/24
complex-involved [1]
30/24
complicated [2]   38/1
89/24
Compliments [1]   84/7
componentry [1]   56/1
components [1]   55/4
compressed [1]   88/16
computer [2]   82/18
82/19

concept [1]   23/22
conceptually [2]   88/7
88/7
concluded [1]   93/10
conclusion [1]   20/14
conduct [17]   19/15 20/3
20/14 21/3 21/6 21/9
21/13 21/17 21/25 22/4
22/8 22/21 23/5 23/8
23/24 24/1 50/2
conducted [2]   33/23
40/24
confer [4]   8/17 58/2
60/17 62/24
conference [5]   1/11
6/15 6/17 8/23 12/6
conferred [1]   10/5
confess [1]   56/11
confronted [1]   74/1
confusing [3]   49/9
60/11 60/13
confusion [4]   20/9
40/17 70/11 71/5
connection [2]   15/12
17/10
CONNOLLY [9]   1/15 3/8
54/15 61/11 61/12 62/4
70/17 73/15 92/24
Connolly's [1]   14/17
consent [17]   5/19 6/18
6/23 7/3 7/10 7/13 7/14
7/19 7/20 8/9 8/14 8/18
11/5 12/2 12/11 13/8
18/15
consented [2]   7/17
61/11
consenting [2]   6/25
8/24
consequence [1]   73/2
consider [1]   69/18
considered [1]   58/10
construction [15]   10/1
68/25 69/12 69/17 70/11
70/14 70/18 70/19 71/9
71/10 73/14 73/16 73/22
74/7 75/15
constructions [1]   70/1
70/22 70/23 71/1
constructively [1]   27/5
construe [1]   11/1
consuming [1]   40/10
contains [1]   15/14
contend [1]   24/18
contention [1]   40/12
contentions [10]   21/10
21/21 22/3 22/6 24/6
31/2 31/14 32/23 35/16
35/23
contents [1]   89/4
context [3]   21/14 23/4
44/23
CONTINUED [1]   2/2
contrary [1]   51/4
conventional [2]   56/5
58/15
conventionality [2]
55/4 56/1
conversation [2]   86/17
87/15
conversations [9]   85/24
86/2 86/15 88/10 88/12
89/2 89/15 90/11 90/17
coordinate [2]   81/14
93/7
copies [4]   66/9 68/18

copies... **[2]**   79/20 79/21
**copy [7]**   65/17 66/8 66/11 81/19 81/20 81/20 81/21
**CORDELL [8]**   2/12 3/22 4/10 14/9 25/24 43/14 45/22 58/12
**core [1]**   37/7
**correct [9]**   6/2 10/2 19/1 21/25 28/10 47/18 52/25 56/4 63/19
**corrected [1]**   83/5
**corrections [1]**   82/25
**correctly [1]**   31/6
**CORROON [2]**   1/22 13/25
**cost [1]**   16/23
**could [33]**   11/9 12/11 28/4 33/3 33/19 34/19 37/15 37/21 38/14 38/17 40/6 40/7 43/24 48/2 48/13 52/9 56/2 57/22 57/23 62/1 63/3 65/20 67/18 67/19 67/24 69/14 74/14 78/15 80/24 83/8 83/24 89/15 90/5
**couldn't [2]**   34/10 89/14
**counsel [10]**   2/6 2/12 13/25 22/22 23/6 23/19 45/20 52/3 62/13 68/3
**count [1]**   55/14
**counter [1]**   65/19
**counter-designations [1]**   65/19
**counterclaim [7]**   20/10 20/19 21/5 21/6 21/7 22/23 23/20
**counterclaims [6]**   20/1 20/7 20/20 20/22 21/15 23/18
**couple [12]**   12/5 21/12 22/22 25/2 33/10 44/1 45/16 53/5 55/17 69/15 70/20 79/6
**course [8]**   23/15 24/19 31/17 32/9 41/16 68/6 74/18 76/9
**court [41]**   1/1 1/15 3/7 4/4 4/13 4/21 5/16 6/12 7/9 7/12 13/17 20/5 21/25 44/20 52/4 52/4 54/18 55/2 55/5 55/16 56/12 56/21 56/25 57/9 63/12 64/23 65/1 65/14 66/10 66/11 69/24 74/6 81/21 83/1 83/10 83/13 83/15 88/5 93/13 93/19 93/20
**Court's [2]**   25/25 57/10
**courtroom [12]**   3/3 7/16 61/21 61/22 61/23 62/5 66/16 66/23 68/22 81/1 81/7 93/5
**courts [4]**   4/16 5/4 5/14 57/7
**cover [1]**   65/21
**created [1]**   19/22
**critical [1]**   56/6
**criticisms [2]**   36/21 36/22
**criticizing [1]**   49/25
**cross [11]**   32/10 34/11 47/19 47/23 48/6 48/12 51/19 52/16 52/22 89/2 89/6
**cross-exam [2]**   48/6 48/12
**cross-examination [3]**   47/23 52/21 89/6
**cross-examining [1]**   47/19
**crossed [1]**   34/4
**cubed [2]**   28/8 91/7
**curative [1]**   52/7
**current [1]**   56/12
**currently [2]**   44/1 44/21
**curtailed [1]**   45/3
**cute [1]**   55/24

---

**D**

**damages [3]**   15/4 16/13 46/14
**data [14]**   36/14 36/17 36/20 37/6 37/7 37/10 37/12 38/9 38/16 38/25 39/4 39/11 41/4 91/23
**date [4]**   6/7 56/6 76/16 88/17
**dates [2]**   74/24 76/14
**Daubert [2]**   87/10 87/12
**day [20]**   8/24 10/23 11/11 13/8 43/3 62/18 63/15 63/15 63/23 63/23 64/4 64/24 65/6 65/16 66/22 73/21 74/5 74/20 81/5 82/5
**days [6]**   35/16 35/22 63/4 63/16 63/25 84/1
**deal [3]**   29/18 48/13 65/6
**debate [1]**   42/4
**debated [1]**   43/18
**deceased [2]**   85/7 86/22
**December [15]**   5/22 6/1 6/9 6/19 6/20 6/24 8/3 8/12 9/14 76/23 79/9 79/11 83/7 83/8 93/3
**December 11 [5]**   5/22 6/1 6/9 6/19 8/12
**December 11th [3]**   6/20 6/24 9/14
**December 4th [1]**   79/9
**deceptive [6]**   20/13 20/24 21/24 22/8 23/6 23/22
**decide [10]**   7/20 10/10 11/2 56/21 58/17 62/24 71/3 72/16 77/2 80/25
**decided [8]**   12/20 54/19 55/15 70/21 73/18 73/22 89/13 89/17
**decides [1]**   56/12
**deciding [1]**   92/11
**decision [6]**   4/21 5/8 21/22 51/21 51/24 57/6
**decisions [2]**   57/8 79/17
**declarant [1]**   86/21
**declined [1]**   37/10
**deep [1]**   53/23
**defendant [14]**   1/7 2/12 3/21 4/11 14/8 25/24 30/11 43/21 47/10 49/3 54/19 75/22 76/12 76/19
**defendant's [3]**   8/6

---

**defendants [2]**   1/6 2/7
**92/19**
**defense [7]**   20/1 20/6 20/18 23/8 23/24 24/6 32/24
**defenses [14]**   20/11 21/15 22/23 22/25 23/1 23/9 23/11 23/15 23/16 31/4 31/12 67/11 67/21 70/2
**deference [1]**   55/2
**DELAWARE [4]**   1/2 1/13 3/7 13/17
**delay [1]**   64/4
**delivered [1]**   80/4
**demonstratives [1]**   83/14
**denied [7]**   19/10 24/8 29/14 48/23 52/12 92/1 92/8
**dense [1]**   39/19
**deny [1]**   41/21
**departments [1]**   81/14
**depend [1]**   26/22
**depending [5]**   28/9 42/9 57/10 60/20 65/8
**depends [1]**   61/22
**depo [2]**   34/4 86/7
**depose [8]**   38/10 38/13 38/15 86/1 86/2 86/11 89/11 89/13
**deposed [1]**   24/14
**deposition [20]**   28/22 29/5 29/18 30/2 33/21 34/9 39/17 41/10 41/13 41/13 42/19 65/10 65/13 65/15 65/18 66/2 66/10 89/16 91/22 91/24
**depositions [7]**   17/13 65/9 66/14 85/23 86/12 88/11 89/1
**describes [1]**   65/22
**description [2]**   70/2 73/11
**deserted [1]**   12/9
**designations [6]**   29/6 29/18 65/10 65/14 65/19 65/19
**detailed [1]**   36/14
**details [1]**   37/22
**determine [3]**   30/22 54/18 74/10
**device [7]**   26/16 27/15 27/22 28/4 28/5 36/11 91/17
**devices [2]**   36/14 37/25
**dictionary [1]**   83/15
**did [64]**   4/8 4/12 9/19 11/8 11/18 17/14 17/14 18/21 19/24 25/7 25/10 26/1 27/15 28/15 31/2 31/19 31/19 32/1 32/2 32/3 32/7 32/18 32/18 32/18 33/23 34/1 34/13 35/17 35/24 36/13 37/11 37/16 37/20 37/22 37/22 38/19 38/20 39/9 39/12 39/24 40/1 40/4 40/14 40/15 41/14 42/20 47/13 50/2 50/12 59/20 59/22 59/23 59/25 69/20 80/11 80/13 84/13 86/1 87/2 87/4 87/17 89/21 89/25

---

**90/4**
**didn't [27]**   5/3 13/7 13/8 17/20 18/18 23/14 31/14 31/25 32/1 32/17 37/23 38/24 39/5 39/6 39/13 41/16 45/6 47/20 49/5 50/12 50/23 58/22 59/24 63/12 65/9 86/2 89/17
**died [1]**   87/6
**difference [2]**   13/7 37/3
**different [17]**   31/17 33/7 33/10 35/1 35/13 36/25 37/13 57/1 63/10 71/7 80/24 85/21
**difficult [3]**   27/4 27/12 55/20
**difficulty [1]**   72/24
**dire [5]**   46/12 46/13 78/16 78/19 79/21
**direct [2]**   44/20 45/13
**directed [3]**   19/13 19/21 20/2
**directs [1]**   64/25
**disagree [1]**   35/5
**disclose [2]**   18/22 51/17
**disclosed [8]**   18/23 18/23 19/3 31/3 31/13 34/20 85/13 92/8
**disclosures [1]**   32/12
**discount [1]**   16/24
**discovery [20]**   15/15 17/9 17/21 17/21 18/2 18/22 18/23 18/24 19/4 19/4 31/4 31/7 31/7 32/16 33/4 34/10 34/22 34/24 35/25 39/7
**discuss [5]**   13/2 30/12 54/10 54/23 65/25
**discussed [5]**   5/20 47/11 53/8 66/23 81/22
**discusses [1]**   21/22
**discussion [2]**   23/18 76/1
**diseased [1]**   86/18
**dismiss [1]**   19/25
**dismissed [5]**   20/6 21/18 22/11 22/20 24/7
**dismissing [1]**   23/8
**dispute [12]**   29/7 42/17 67/3 69/1 69/18 71/10 71/18 72/19 73/4 73/22 78/19 92/17
**disputes [3]**   29/22 52/13 77/16
**distinction [1]**   23/3
**Distler [4]**   16/13 16/16 16/22 47/19
**Distler's [3]**   17/2 17/9 17/11
**district [13]**   1/1 1/2 1/15 3/7 3/7 4/16 5/4 7/9 7/12 13/17 13/17 56/12 93/20
**do [108]**
**docket [2]**   8/20 78/1
**doctor [2]**   5/21 11/19
**document [6]**   17/21 18/2 42/25 47/20 48/12 69/2
**documents [15]**   15/10 15/15 16/3 16/12 17/10 31/9 46/16 47/9 47/14

**D**

documents... [6]   47/24
47/25 52/21 52/23 81/23
84/24
does [11]   4/8 13/3
24/23 28/5 29/19 37/24
51/17 52/3 58/8 73/16
89/19
doesn't [12]   7/9 26/24
32/2 57/3 67/5 67/9
67/10 67/11 67/12 67/12
67/15 67/21
doing [7]   7/3 10/25
45/12 57/3 84/8 85/8
85/15
don't [78]   5/21 6/18
6/24 7/6 7/11 7/20 8/8
8/16 8/18 10/16 10/16
11/10 11/15 12/1 12/1
14/13 14/25 22/11 25/7
26/10 27/3 27/13 28/14
29/17 29/24 30/6 34/3
34/18 38/12 40/13 41/14
42/20 45/23 46/4 47/5
47/24 48/2 48/4 49/4
51/3 52/16 53/19 53/20
55/24 57/15 58/19 58/21
59/18 60/7 60/10 60/16
62/23 63/11 64/11 65/11
68/9 69/1 71/15 71/17
72/20 73/24 74/2 74/24
75/15 77/21 79/24 81/22
82/13 83/3 83/4 83/5
83/13 86/14 88/24 91/19
92/11 92/16 92/20
done [32]   5/4 11/9
12/14 14/19 14/20 14/21
14/22 29/6 31/6 32/1
32/23 33/24 34/2 36/2
36/3 38/14 40/6 40/7
40/12 40/25 42/2 44/18
49/13 49/23 52/2 57/1
63/1 74/10 80/2 80/24
90/3 93/3
double [1]   67/1
double-check [1]   67/1
doubt [2]   35/4 73/3
down [7]   20/16 20/20
37/17 47/1 50/6 77/8
77/15
downward [1]   16/19
Dr [2]   39/10 39/23
Dr. [50]   19/17 19/21
20/4 20/24 21/16 22/9
31/24 32/6 32/10 32/12
34/6 34/9 36/12 36/16
37/23 38/8 38/13 39/17
40/13 40/21 41/4 41/17
42/1 51/16 51/17 85/8
85/15 85/17 85/21 85/23
85/25 86/1 86/5 86/15
87/6 87/10 87/23 87/25
88/5 88/11 89/1 89/1
89/2 89/25 90/2 90/9
90/10 90/14 90/18 90/19
Dr. Alex Bilyk [2]   32/6
32/10
Dr. Bilyk [10]   32/12
34/6 37/23 38/8 38/13
40/13 40/21 41/17 42/1
51/17
Dr. Bilyk's [2]   34/9
39/17
Dr. Miller [26]   19/17

19/21 20/4 20/24 21/16
22/9 36/12 36/16 37/23
38/8 38/13 40/13 40/21
85/25 86/1 86/5 86/15
87/6 87/10 87/23 87/25
88/5 89/1 89/2 89/25
90/2 90/9 90/14 90/18
90/19
Dr. Miller's [5]   85/17
85/23 88/11 89/1 90/10
Dr. Zuckerbrod [4]
31/24 36/12 36/16 41/4
Dr. Zuckerbrod's [1]
51/16
dragging [1]   83/4
drastically [1]   35/13
draw [1]   50/25
drive [2]   81/13 82/21
driveby [1]   53/22
dry [1]   47/2
DTX [7]   15/19 15/19
16/10 16/10 16/14 16/21
81/17
DTX-82 [2]   15/19 16/10
DTX-84 [2]   15/19 16/10
due [1]   22/20
during [20]   17/21 18/2
18/22 18/23 18/24 19/3
19/4 22/19 24/20 31/7
32/16 34/9 35/25 47/22
58/12 71/18 74/9 74/10
82/21 85/4

**E**

e-mail [4]   65/4 65/16
83/13 83/24
each [10]   10/7 14/14
30/1 65/11 65/22 69/6
69/17 72/6 72/23 74/7
early [3]   35/15 35/23
73/18
easy [1]   78/2
echo [1]   89/22
edge [1]   37/14
efficiencies [1]   10/13
effort [1]   11/16
eight [6]   11/11 35/21
69/15 71/22 71/23 75/14
eight hours [1]   11/11
eight-page [4]   69/15
71/22 71/23 75/14
EIS [2]   36/3 49/20
either [10]   5/15 8/7
8/23 47/11 55/6 60/2
61/18 63/1 63/5 65/6
elected [1]   86/12
electrical [1]   36/6
electronic [1]   81/10
electronically [1]
81/15
element [4]   23/23 24/24
24/24 48/15
elements [2]   24/18 56/5
eligibility [1]   60/1
Elon [2]   47/2 47/8
Elon Musk [1]   47/8
else [18]   25/16 57/3
65/3 82/22 84/15 87/13
92/16 92/18
employed [1]   44/2
employee [2]   32/5 44/22
employees [1]   46/11
employment [1]   44/23
employs [1]   38/1
empty [1]   68/23

enabled [1]   73/11
enablement [1]   45/8
encapsulates [1]   72/23
end [9]   8/24 9/24 53/9
73/21 74/4 74/13 79/18
82/9 91/16
engineers [1]   38/1
enjoy [1]   75/4
enough [2]   37/1 72/20
enter [2]   11/3 42/5
entered [3]   19/24 23/13
42/6
entire [1]   65/18
entitled [2]   41/4 49/24
equation [1]   91/13
equations [2]   19/21
91/11
equitable [1]   21/25
errata [1]   83/6
errors [1]   32/24
especially [3]   5/23
5/24 77/19
ESQ [7]   1/23 2/4 2/5
2/10 2/11 2/11 2/12
essentially [3]   21/5
36/7 50/19
establish [1]   58/14
et [1]   33/24
even [16]   11/13 12/2
23/6 23/18 23/21 32/17
37/21 41/3 45/17 46/12
48/4 57/9 60/7 72/5
86/23 87/12
ever [6]   26/16 27/15
68/23 72/5 72/18 87/17
every [8]   24/19 36/18
37/25 40/11 50/6 58/11
63/23 82/5
everybody [14]   6/23
13/5 13/5 13/19 13/22
14/10 18/25 54/9 54/16
61/4 61/11 62/19 62/20
63/22
everybody's [2]   7/18
93/3
everyone [2]   11/20
68/22
everything [8]   6/14
41/11 57/2 58/16 58/18
64/25 81/25 92/14
evidence [21]   5/1 5/3
15/3 18/7 19/13 20/7
21/18 22/11 42/5 42/6
42/15 43/3 52/23 53/8
54/6 56/22 57/2 57/5
58/13 86/23 92/7
evidentiary [2]   42/18
64/17
evolutionary [1]   54/25
evolved [1]   44/3
exact [1]   28/7
exactly [3]   26/9 34/1
55/3
exam [3]   48/6 48/12
86/20
examination [3]   47/23
52/21 89/6
examinations [1]   80/9
examine [1]   27/5
examining [1]   47/19
example [8]   20/23 23/11
23/21 24/25 28/12 47/18
57/4 91/3
examples [3]   27/8 29/13

91/4
Excellent [1]   9/17
exceptional [1]   4/4
exchange [8]   47/24 74/4
74/16 74/21 75/19 76/11
76/18 77/11
exchanged [3]   70/8 72/5
72/23
exchanges [1]   72/7
exchanging [1]   65/10
exclude [4]   15/3 25/5
42/10 92/9
excluded [2]   15/5 44/13
excluding [1]   35/8
exclusion [1]   46/17
exclusionary [1]   47/21
exhibit [17]   15/14
15/23 15/23 16/14 16/21
17/1 18/17 46/16 47/10
52/22 53/7 53/19 65/2
77/5 77/14 81/16 82/19
Exhibit 14 [1]   15/23
Exhibit 14A [1]   15/23
Exhibit 82 [1]   16/14
Exhibit 84 [1]   16/21
exhibits [15]   15/16
15/19 18/16 18/21 47/16
53/13 53/19 54/6 64/23
77/4 77/5 81/11 81/15
82/8 82/21
exist [1]   32/17
existed [3]   24/16 34/10
87/15
exists [2]   45/1 45/2
expand [1]   90/5
expect [1]   24/11
expected [1]   27/11
expensive [1]   40/9
experience [2]   9/23
85/9
expert [45]   15/11 15/12
16/13 17/2 17/6 17/9
17/11 17/21 19/3 25/8
25/11 26/10 28/3 31/15
31/16 31/24 33/1 33/6
33/14 33/18 33/23 34/21
36/22 39/10 40/14 40/15
42/3 42/3 42/6 42/16
42/19 44/3 46/14 49/25
85/6 85/7 85/10 85/19
85/22 86/9 88/9 88/10
88/11 88/21 92/6
experts [8]   7/18 17/22
18/3 18/8 25/10 26/1
85/2 86/22
explain [2]   44/25 84/20
explained [1]   44/24
explanation [2]   52/3
90/12
explicit [1]   25/3
explicitly [1]   5/11
export [1]   36/14
extensively [1]   26/22
extent [9]   14/20 27/2
29/7 29/12 29/22 41/22
48/16 77/22 89/14
extraordinary [1]   34/5
eye [4]   52/16 53/17
54/14 54/15
eyes [1]   52/15

**F**

fact [21]   15/9 17/21

**F**

**fact... [19]** 18/2 18/11
18/11 18/24 19/4 22/10
32/16 33/3 34/10 34/24
37/12 42/1 45/1 50/22
58/9 58/10 71/20 85/10
89/10

**facts [5]** 85/13 85/14
85/18 87/11 87/13

**factual [5]** 20/19 20/21
60/9 60/14 60/15

**failure [1]** 20/3

**fair [5]** 27/17 27/17
28/8 64/19 80/25

**Fantastic [1]** 79/12

**far [4]** 11/17 37/22
42/9 48/5

**favor [2]** 37/20 83/24

**Federal [7]** 5/6 5/8
53/23 54/3 55/10 55/11
73/25

**feel [1]** 5/23

**feelings [1]** 46/3

**few [7]** 5/5 12/25 20/16
52/15 59/4 90/16 90/18

**field [1]** 55/13

**fifth [2]** 20/1 21/5

**fighting [1]** 69/4

**figure [8]** 10/22 27/4
30/18 30/21 30/23 77/8
83/12 93/6

**figured [1]** 30/6

**file [9]** 10/7 11/4
71/22 71/23 75/21 76/2
76/20 76/22 82/20

**filed [9]** 4/15 12/17
18/10 19/23 31/1 43/15
46/11 56/17 78/17

**files [1]** 82/12

**fill [1]** 45/14

**final [1]** 77/15

**finalized [1]** 79/19

**financials [1]** 46/23

**find [7]** 13/9 14/25
24/5 54/24 57/7 62/18
88/13

**findings [1]** 57/9

**fine [11]** 9/3 9/4 12/10
12/18 12/20 75/6 76/10
79/2 79/3 79/10 80/19

**firm [2]** 84/6 84/7

**firmly [1]** 22/6

**first [19]** 13/22 15/2
18/12 31/15 31/16 33/6
34/20 53/6 57/14 63/15
63/15 63/23 70/9 75/8
76/2 76/12 76/24 87/8
88/19

**fiscal [1]** 16/15

**FISH [4]** 2/10 3/20 4/11
14/7

**FISHERBROYLES [3]** 2/4
3/14 14/2

**fit [1]** 88/16

**five [4]** 8/17 50/6 63/4
63/5

**five minutes [2]** 8/17
50/6

**fix [1]** 31/20

**fixed [1]** 39/3

**flag [1]** 79/25

**flagged [1]** 87/16

**flash [2]** 81/13 82/21

**fly [2]** 52/10 74/17

**focus [2]** 15/16 62/19

**folder [1]** 76/15

**folks [3]** 76/4 77/19
80/2

**follow [1]** 12/14

**follow-up [1]** 12/14

**followed [1]** 32/19

**following [5]** 26/16
56/5 74/22 74/23 76/15

**FOM [4]** 28/6 49/20
49/22 91/9

**Footnote [2]** 16/15
16/22

**Footnote 288 [1]** 16/15

**Footnote 411 [1]** 16/22

**forbid [1]** 80/18

**foregoing [1]** 93/15

**forget [1]** 50/14

**forgetting [1]** 28/7

**form [7]** 12/15 12/23
12/24 13/10 59/9 72/16
79/23

**formally [1]** 53/8

**formed [1]** 52/17

**forms [2]** 44/5 45/18

**forward [4]** 42/12 54/23
72/14 93/1

**found [1]** 15/22

**foundation [3]** 26/23
28/9 53/7

**founder [1]** 46/3

**four [2]** 42/23 63/4

**four days [1]** 63/4

**fourth [2]** 23/11 23/14

**fraction [1]** 35/21

**frankly [1]** 44/24

**free [1]** 18/7

**freshen [1]** 77/18

**Friday [14]** 1/10 12/9
62/1 62/9 62/15 66/25
67/2 75/4 75/19 75/22
76/22 80/4 81/9 83/7

**front [6]** 4/23 6/6 9/13
33/2 44/8 70/16

**fruitful [1]** 89/6

**full [2]** 51/22 67/15

**fully [2]** 52/17 75/14

**functional [1]** 31/10

**fundamentally [1]** 91/10

**G**

**gain [1]** 7/21

**Garfinkel [7]** 63/11
65/4 65/17 66/15 66/25
81/14 83/25

**gave [1]** 38/16

**general [1]** 81/1

**gentleman [1]** 19/16

**get [54]** 4/1 6/20 7/23
12/2 12/9 12/16 14/15
14/18 14/22 29/17 30/5
30/5 33/5 33/15 41/20
41/24 42/2 42/19 43/4
47/11 47/17 50/2 50/7
54/6 63/12 64/5 64/11
64/24 65/14 66/13 66/23
69/1 69/1 69/3 72/18
73/17 73/22 75/16 75/16
78/15 79/16 79/17 79/19
80/16 80/18 81/4 81/11
82/25 86/1 86/2 91/12
91/16 93/2 93/6

**gets [5]** 60/20 63/14
68/8 68/20 81/6

**getting [4]** 60/8 64/17
61/23 70/22

**giant [1]** 80/2

**give [17]** 5/14 8/16
12/25 13/21 25/13 38/22
45/20 45/24 51/23 56/9
67/15 69/14 81/18 81/24
88/8 89/18 91/2

**given [10]** 4/17 10/15
22/10 27/8 29/4 38/18
38/21 53/22 55/5 75/13

**gives [1]** 67/21

**giving [1]** 55/17

**glad [3]** 51/22 51/23
93/2

**gladly [1]** 38/21

**glossary [1]** 83/10

**go [37]** 5/25 5/25 6/19
6/24 7/1 7/14 7/15 7/15
7/16 7/18 8/19 16/6
20/16 20/20 21/4 28/16
29/5 30/4 50/9 50/20
51/6 51/13 52/8 59/14
61/18 62/12 63/2 63/15
63/16 68/17 70/22 70/23
77/3 78/6 79/5 82/9
90/24

**goes [4]** 38/3 39/22
73/23 81/25

**going [135]**

**gone [2]** 34/17 34/22

**good [31]** 3/9 3/11 3/15
3/19 3/23 3/25 12/13
13/11 13/24 14/3 14/5
14/6 14/10 14/10 15/7
17/18 22/15 24/10 25/23
30/10 34/4 43/13 48/19
48/20 48/21 48/21 62/21
67/2 67/22 68/7 83/22

**got [35]** 4/1 7/19 9/21
11/24 15/25 17/2 24/25
29/25 30/1 31/15 31/16
33/12 33/15 33/16 33/19
37/3 38/6 38/13 38/13
38/15 39/9 48/25 57/20
67/3 68/25 80/17 82/21
84/20 86/19 86/20 87/21
88/5 92/10 92/14 93/3

**gotten [2]** 48/5

**grams [1]** 91/7

**grant [3]** 27/24 29/11
40/15

**granted [2]** 20/5 29/14

**graphing [1]** 36/15

**great [10]** 9/14 11/24
12/21 19/2 54/13 66/22
68/13 79/13 79/15 92/21

**groups [1]** 30/1

**guess [4]** 13/8 18/18
25/12 57/14

**guy [2]** 41/10 47/3

**H**

**had [46]** 10/5 10/14
11/21 14/16 17/12 21/1
21/16 27/22 28/12 31/5
31/5 31/16 32/15 34/24
36/17 36/18 37/1 38/9
38/17 40/11 42/3 50/14
54/16 54/18 54/22 68/10
70/17 72/7 75/10 75/24
83/11 84/5 84/6 84/12
85/8 85/17 86/11 87/10
88/12 89/2 89/11 90/3

**90/11 90/13 91/22 91/24**

**hadn't [2]** 39/9 91/6

**half [2]** 80/1 80/1

**HALL [11]** 1/16 6/14
8/22 9/7 9/13 9/19
10/24 12/4 12/25 13/12
13/18

**hand [2]** 12/23 12/24

**handed [3]** 68/19 68/21
68/23

**handle [2]** 29/9 55/3

**handled [1]** 4/17

**Hang [1]** 47/2

**happen [3]** 47/22 48/5
56/19

**happened [2]** 39/19
68/24

**happening [1]** 59/21

**happens [1]** 36/6

**happy [4]** 18/1 19/6
63/5 78/24

**hard [1]** 83/3

**has [34]** 10/13 10/14
11/21 15/3 15/11 18/3
20/8 23/9 24/19 26/21
27/2 28/4 28/12 33/8
33/23 42/14 44/12 49/8
49/10 49/10 49/14 51/12
52/4 53/18 54/19 55/10
55/11 56/16 58/17 73/2
73/22 73/22 84/24 87/13

**hash [1]** 68/5

**hasn't [3]** 5/6 74/18
86/23

**have [133]**

**haven't [9]** 25/8 25/9
34/21 38/9 48/5 52/1
53/13 77/19 79/23

**having [3]** 5/19 9/23
69/20

**he [61]** 19/18 22/24
23/19 23/20 32/1 32/2
32/2 32/7 32/13 33/19
33/21 34/13 36/20 37/23
37/23 37/24 39/24 40/1
40/2 40/4 40/7 40/19
42/3 42/24 42/24 52/3
52/4 70/17 70/19 70/21
71/3 71/5 71/6 71/7
72/10 72/11 72/12 72/12
80/11 80/13 85/9 85/13
85/14 85/17 85/20 85/21
85/22 85/24 87/13 87/15
88/10 88/12 89/20 89/21
90/3 90/4 90/5 90/19
91/16 91/17 92/25

**he's [6]** 33/25 34/1
34/7 34/8 34/12 87/12

**head [1]** 74/25

**hear [17]** 7/6 14/24
14/25 15/5 17/16 19/11
28/15 31/14 35/4 47/6
54/22 57/4 57/13 60/20
76/11 78/25 89/6

**heard [8]** 18/22 35/11
38/11 54/17 66/21 74/18
81/8 89/10

**hearing [8]** 18/19 18/20
38/5 38/10 45/22 57/15
70/16 70/19

**hearsay [6]** 42/6 42/7
42/16 86/21 86/22 92/10

**heaven [1]** 80/18

**help [1]** 70/4

**H**

helpful [2]   29/10 67/25
helping [1]   69/24
helps [2]   53/10 53/11
her [13]   6/19 7/3 7/17
 10/9 11/2 16/16 16/18
 26/11 44/4 44/5 46/15
 48/17 83/25
Herculean [1]   11/13
here [26]   6/16 10/15
 12/5 13/5 14/14 27/25
 32/21 34/15 39/19 42/12
 47/5 49/4 49/10 50/9
 52/18 53/6 58/22 61/5
 62/8 63/23 84/13 84/20
 86/21 89/19 91/6 92/14
here's [13]   6/13 10/12
 29/11 38/8 39/8 41/1
 41/19 50/11 51/25 59/17
 73/19 75/18 92/4
hereby [1]   93/15
Hi [1]   13/19
high [1]   49/9
higher [1]   91/18
highlighted [2]   26/4
 78/3
highlights [1]   65/18
highly [2]   26/18 26/19
him [20]   20/25 34/4
 34/5 34/11 38/10 38/15
 40/21 40/23 41/13 48/1
 71/6 86/2 86/7 86/11
 87/11 87/11 88/25 89/13
 89/16 91/23
his [17]   26/11 31/25
 33/21 34/4 36/13 42/3
 52/5 72/11 85/15 85/19
 88/11 89/12 89/16 90/9
 90/15 92/5 92/6
hold [1]   88/17
holidays [1]   75/5
honesty [1]   14/12
Honor [118]
Honor's [2]   29/8 69/10
HONORABLE [4]   1/15 1/16
 3/8 13/18
hook [2]   36/3 38/2
hooked [1]   37/25
hope [2]   42/8 43/4
hoping [1]   10/4
hour [8]   37/24 38/3
 69/12 78/10 78/11 80/11
 80/16 80/17
hours [7]   4/24 11/11
 14/13 80/6 80/11 80/15
 80/19
how [28]   4/16 14/22
 29/17 32/1 33/23 34/2
 35/14 39/15 39/18 40/25
 41/24 43/7 50/9 50/19
 53/16 54/23 55/3 56/21
 63/2 63/15 64/3 64/7
 65/10 77/2 78/8 81/11
 84/20 93/6
however [3]   70/3 70/4
 70/13
Hruska [16]   36/23 39/1
 85/5 85/16 86/10 86/14
 86/16 87/7 87/17 87/20
 87/20 88/24 89/12 90/10
 90/14 91/15
Hruska's [1]   91/4
hundred [2]   28/6 30/1
hurt [1]   77/18

Huruska [1]   87/21
hypothetical [3]   5/16
 27/14 86/20
Hypothetically [1]
 27/21

**I**

I'd [6]   11/1 13/7 14/24
 15/15 41/11 78/23
I'll [14]   8/19 9/6 11/2
 13/9 13/12 25/13 29/23
 45/20 57/17 62/23 67/8
 74/8 74/9 85/5
I'm [58]   5/19 6/13 6/14
 7/10 7/11 8/1 11/3 11/4
 12/13 18/18 18/19 19/9
 24/4 25/12 28/6 30/12
 39/19 39/19 41/21 43/2
 45/22 46/25 51/8 51/13
 51/22 51/23 51/25 51/25
 55/21 55/24 59/17 59/20
 60/18 61/18 63/5 64/6
 64/18 67/1 68/23 72/15
 74/17 74/24 75/7 76/3
 76/4 78/25 81/2 81/10
 85/25 87/1 87/1 88/25
 89/21 90/7 92/4 92/8
 92/11 93/2
I've [14]   4/1 5/20 8/18
 11/9 11/20 14/16 14/17
 15/21 18/22 42/9 42/13
 43/7 66/21 83/3
i.e [1]   21/24
idea [3]   33/23 55/23
 89/18
identification [1]   79/7
identified [2]   18/21
 31/18
impacts [1]   70/2
impedes [1]   62/20
implicit [1]   76/6
important [5]   62/20
 69/1 69/25 91/8 91/10
improper [1]   21/24
INC [1]   1/6
include [1]   80/8
including [2]   6/15 31/9
incredibly [1]   36/14
indefinite [1]   73/11
indefiniteness [2]
 73/16 73/18
indicated [1]   52/4
industry [3]   30/25 40/8
 56/6
inequitable [15]   19/15
 20/3 20/14 21/3 21/6
 21/9 21/13 21/17 22/4
 22/7 22/21 23/5 23/8
 23/23 24/1
inference [1]   50/25
inferences [1]   52/6
inflame [1]   44/8
information [4]   15/4
 16/16 41/1 88/10
infringe [1]   49/7
infringement [13]   31/2
 31/13 32/23 33/2 33/12
 34/25 35/16 35/22 35/23
 40/12 49/11 49/12 85/6
initial [1]   32/12
injecting [1]   49/8
input [1]   36/7
inputs [1]   91/12
ins [1]   66/4

instead [3]   53/9 61/4
instruct [1]   60/19
instruction [4]   52/7
 69/5 73/23 74/5
instructions [14]   58/24
 59/9 60/6 60/9 68/9
 74/13 77/16 77/19 77/23
 77/25 78/16 78/17 81/3
 82/10
intend [3]   31/8 51/3
 54/2
intending [2]   50/4 50/5
intent [6]   20/13 20/25
 21/24 22/8 23/6 23/22
intention [3]   4/19 54/4
 54/5
interference [1]   53/21
interrogatory [6]   31/11
 55/6 56/3 57/24 58/20
 58/23
intervening [1]   85/4
introduced [1]   21/18
introductory [1]   89/23
invalid [2]   4/7 20/15
invalidating [1]   22/1
invalidity [17]   19/14
 20/2 21/6 21/8 21/10
 21/21 22/3 22/6 22/21
 22/25 23/9 23/12 23/16
 24/2 24/6 58/13 85/6
inventor [5]   19/17 20/4
 20/24 22/9 26/7
inventors [8]   24/13
 24/13 24/20 25/3 26/5
 26/9 26/12 28/20
inventorship [9]   19/15
 20/8 20/13 21/12 21/19
 21/24 21/25 22/7 22/12
investigation [2]   31/9
 35/15
involve [1]   26/7
involved [5]   26/15
 30/24 39/10 41/17 51/17
involving [1]   85/12
is [207]
ish [1]   35/20
isn't [2]   34/17 40/8
issue [41]   4/17 4/19
 9/24 11/21 13/2 19/20
 19/24 21/12 22/7 22/18
 22/23 23/24 24/12 31/22
 32/4 34/6 37/21 39/1
 44/14 48/3 49/4 50/13
 55/15 64/22 69/11 69/12
 69/24 70/12 70/14 70/21
 72/9 73/9 74/1 75/15
 78/23 84/21 87/5 87/16
 88/25 89/24 92/5
issued [1]   21/1
issues [14]   4/3 4/3
 10/20 22/10 26/7 31/5
 32/11 32/11 48/15 57/6
 58/9 58/10 67/9 87/12
it [229]
It'd [1]   63/3
it's [80]   4/5 4/20 4/21
 5/9 5/11 8/19 13/22
 23/16 25/13 25/19 28/2
 29/14 29/24 30/24 33/5
 36/2 36/3 36/5 39/6
 40/6 40/8 40/9 42/5
 44/7 44/15 47/12 50/10
 50/19 50/25 51/2 52/5

instead [3]   53/9 61/4
 53/8 54/21 55/5 55/18
 58/3 58/23 58/24 59/12
 59/15 60/19 62/17 62/25
 62/25 63/2 63/4 63/24
 64/20 65/5 67/13 69/1
 69/4 69/24 72/2 72/2
 73/4 73/9 73/10 73/11
 73/14 74/11 75/1 75/19
 79/24 80/2 80/14 80/15
 83/8 84/9 84/19 86/25
 87/19 89/22 89/23 90/16
 92/15
its [10]   16/13 18/7
 22/20 24/5 37/24 39/5
 42/6 44/4 45/2 46/16

**J**

January [10]   6/4 6/6
 6/12 6/18 6/21 7/4 7/7
 7/9 8/2 8/10
January 1 [2]   6/18
January 1st [2]   7/7 7/9
January 29 [2]   6/4 6/12
January 29th [1]   6/6
JENNIFER [2]   1/16 13/18
Jennifer L. Hall [1]
 13/18
jeopardize [1]   48/9
joint [2]   10/5 46/13
jointly [2]   9/21 10/6
JTX [1]   81/16
judge [27]   1/15 1/17
 6/6 6/14 7/9 7/13 7/23
 8/22 9/7 9/13 9/19
 10/13 10/14 10/24 11/25
 12/4 12/25 13/12 14/17
 54/15 55/2 61/11 61/12
 62/4 70/17 73/15 92/24
Judge Andrews [1]   6/6
Judge Connolly [7]
 54/15 61/11 61/12 62/4
 70/17 73/15 92/24
Judge Connolly's [1]
 14/17
Judge Hall [9]   6/14
 8/22 9/7 9/13 9/19
 10/24 12/4 12/25 13/12
Judge Stark's [1]   55/2
judges [1]   64/3
judgment [4]   19/23
 22/20 59/22 72/8
July [1]   59/15
jump [2]   47/1 50/5
June [3]   56/17 70/16
 88/3
junior [1]   63/15
jurors [3]   63/19 79/21
 84/6
jury [75]   4/18 4/20
 4/23 5/9 5/15 7/17 20/9
 29/25 43/19 44/8 45/24
 49/9 50/25 53/11 54/2
 55/6 55/6 55/18 55/23
 56/10 58/24 58/24 59/9
 60/6 60/9 60/19 61/6
 61/12 61/16 62/7 62/9
 62/15 62/18 62/20 63/3
 63/7 63/14 63/20 63/20
 63/23 64/4 64/9 65/7
 67/4 67/14 68/9 69/5
 69/7 70/1 70/22 70/24
 72/21 73/23 73/23 74/5
 74/12 77/15 77/19 78/16

**J**

jury... [16]   78/16
80/21 80/22 81/3 81/6
81/23 81/24 82/1 82/5
82/9 82/9 82/17 82/18
82/22 82/23 83/18
just [71]   5/24 6/23 7/6
7/11 7/19 7/24 8/9 8/11
9/1 9/5 10/16 11/5
11/10 12/5 12/14 12/25
13/21 14/15 14/25 15/20
16/2 16/12 16/25 18/23
25/5 25/12 25/19 27/7
28/19 32/10 32/17 33/3
33/19 33/23 34/23 40/8
45/14 46/4 46/7 47/20
48/13 51/13 52/14 52/19
55/21 55/23 56/21 58/7
60/11 61/2 66/25 67/20
69/4 71/4 72/15 74/2
74/12 76/14 78/2 78/3
82/1 82/5 83/24 84/3
84/4 84/5 87/24 89/18
90/12 92/8 92/15

**K**

KAZI [4]   2/11 3/24 14/9
22/16
keep [4]   7/22 53/10
64/21 80/17
Keshishian [1]   25/2
kind [6]   7/21 27/11
35/9 40/9 46/7 92/10
King [1]   1/13
knee [1]   5/19
knew [3]   40/19 85/13
92/13
knit [2]   5/1 57/2
know [98]
knowing [1]   8/9
knowledge [4]   24/16
24/20 24/22 87/13
knowledgeable [1]   32/13
known [4]   21/2 39/4
56/6 58/14
knows [1]   32/2

**L**

L. [1]   13/18
lab [2]   40/6 40/6
laid [2]   26/23 52/15
language [8]   20/10
20/18 25/4 53/17 67/19
67/25 68/4 72/22
laptop [2]   68/15 82/20
large [3]   32/22 43/16
44/10
last [8]   5/5 25/14
28/16 48/25 61/11 63/6
64/1 83/11
late [4]   35/8 62/16
69/12 92/15
late-breaking [1]   69/12
later [6]   10/23 38/24
54/11 64/19 74/1 83/1
latest [1]   61/7
law [8]   4/5 14/17 47/3
55/1 58/17 81/20 84/11
86/20
lawsuit [1]   15/13
lawyer [1]   55/18
lawyers [3]   10/17 10/19
46/19
lay [3]   25/10 30/16

53/7
lead [1]   39/10
learn [2]   86/16 89/14
learned [2]   32/5 83/3
least [7]   6/6 50/7
53/16 60/21 75/4 75/16
77/1
leave [1]   10/22
leaving [2]   20/25 22/8
left [2]   20/24 92/16
length [1]   10/24
less [1]   32/17
let [24]   5/24 8/13 8/18
9/5 10/9 11/2 14/25
17/16 25/14 27/6 27/7
30/16 40/20 57/21 65/15
66/14 66/25 66/25 68/3
70/8 72/3 72/17 72/17
89/6
let's [16]   12/14 13/21
14/14 14/23 15/5 19/11
24/9 30/9 41/19 43/12
52/17 54/22 57/13 60/5
74/3 74/3
letter [10]   4/5 65/21
74/7 74/22 75/21 75/23
76/3 76/20 76/22 83/9
license [1]   16/18
licensing [1]   32/13
lies [1]   73/4
like [33]   4/15 8/16
11/22 14/24 15/16 17/20
19/6 25/18 27/21 29/19
31/23 32/19 35/1 35/16
41/11 42/23 46/3 46/24
47/5 47/8 49/11 53/19
58/1 59/6 60/21 63/1
63/8 67/22 75/3 77/4
78/9 86/20 89/5
liked [1]   62/15
likely [1]   47/22
limine [7]   15/24 16/11
17/3 19/10 25/1 77/14
77/17
limitations [1]   33/8
line [3]   27/4 48/9 52/5
lineage [1]   44/3
link [1]   81/13
links [1]   24/22
list [8]   15/14 18/17
46/16 47/10 52/22 77/5
77/14 83/9
listed [1]   27/16
listening [2]   54/17
92/25
lists [1]   46/15
little [5]   14/24 30/16
53/14 75/5 90/16
live [3]   26/18 28/21
45/7
logical [1]   20/14
logistical [1]   28/20
long [8]   17/24 29/23
46/10 59/13 59/21 67/13
78/8 79/1
longer [1]   84/20
look [11]   14/16 16/3
34/25 52/9 53/19 69/18
77/20 78/20 79/16 79/23
82/18
looked [4]   25/8 25/9
35/1 36/13
looking [4]   12/7 20/10
46/22 92/25

looks [3]   4/15 67/10
84/5
loser [3]   64/17 64/20
80/23
losing [1]   9/22
lost [1]   44/24
lot [6]   26/24 52/13
67/14 77/16 86/19 90/7
loud [1]   50/9
love [2]   9/19 13/7
lower [1]   91/18
LTD [3]   1/3 3/13 14/1
luck [1]   13/11
lunch [5]   65/8 78/9
78/10 78/11 83/17

**M**

machine [8]   36/3 36/5
36/18 36/25 37/4 37/7
37/24 50/13
made [10]   10/14 18/10
18/11 26/16 36/21 36/21
37/3 50/10 77/22 87/17
Magistrate [1]   1/17
mail [4]   65/4 65/16
83/13 83/24
make [16]   26/24 27/15
38/3 45/20 51/10 52/19
55/21 57/3 57/6 58/7
60/22 67/1 73/12 75/3
82/7 87/24
makes [3]   4/20 48/8
65/8
making [2]   27/3 74/17
mandated [1]   55/10
many [4]   26/7 26/14
64/3 64/7
mark [1]   79/22
marketing [1]   32/14
Markman [2]   70/18 71/19
material [4]   16/12
16/20 16/25 20/25
materiality [1]   23/7
math [1]   91/10
mathematical [1]   19/21
Matt [4]   3/24 14/9
30/11 49/3
Matt Colvin [2]   30/11
49/3
matter [4]   5/9 8/21
59/23 73/13
matters [1]   36/8
MATTHEW [1]   2/11
maximum [1]   36/10 70/15
71/12
MAXWELL [35]   1/6 3/21
14/8 15/10 16/11 16/17
17/1 17/8 17/25 18/6
18/21 19/16 20/12 21/11
21/16 22/20 23/15 23/25
24/5 24/19 30/11 35/17
35/24 36/16 36/21 43/14
43/22 43/23 44/3 45/2
45/4 46/15 47/2 49/3
76/19
Maxwell's [8]   15/4
15/14 16/22 21/21 30/12
30/15 31/10 46/14
may [18]   7/5 15/16
22/16 24/16 30/13 37/25
41/8 44/8 51/10 69/8
72/10 72/11 73/6 76/14
77/24 78/1 88/1 90/25
maybe [17]   10/7 15/21

25/8 25/13 38/6 45/21
45/22 46/1 47/15 49/19
54/21 55/1 57/21 57/22
65/25 74/11 79/8
me [42]   3/13 3/21 5/24
8/18 8/21 11/10 14/1
14/8 14/25 15/20 16/3
16/5 17/16 25/14 27/6
27/7 29/21 29/24 30/16
38/7 39/13 40/20 51/7
54/2 57/21 62/14 66/25
68/3 68/22 70/8 72/3
72/17 72/17 74/1 80/1
80/19 81/4 81/20 83/24
89/6 89/18 89/20
mean [24]   4/5 7/24 7/24
7/25 10/9 10/17 10/17
12/13 17/5 17/7 34/3
37/7 38/21 39/12 40/5
51/6 55/24 56/24 56/25
57/19 70/7 72/19 73/15
79/9
meaning [1]   20/3
meant [2]   37/15 76/10
meet [6]   27/22 28/1
28/13 58/2 60/17 62/23
meets [1]   30/22
mention [2]   29/23 46/18
mentioned [5]   5/19
46/12 54/15 63/6 89/11
mere [1]   16/25
merely [1]   44/5
merit [3]   30/19 30/21
30/23
mess [2]   80/2 86/25
met [3]   5/21 10/5 26/16
methodologies [1]   33/3
methodology [2]   31/17
31/23
metric [1]   28/6
micrometers [1]   91/7
might [13]   27/12 27/15
28/8 40/16 44/10 44/22
47/19 48/1 64/12 74/12
77/18 80/23 84/14
MIL [13]   19/11 19/13
22/19 30/8 30/12 30/15
30/20 32/4 34/12 38/24
41/17 43/15 43/16
MIL 3 [1]   30/8
Miller [26]   19/17 19/21
20/4 20/24 21/16 22/9
85/8 85/11 85/21 85/25
86/1 86/5 86/15 87/6
87/10 87/23 87/25 88/5
89/1 89/2 89/25 90/2
90/9 90/14 90/18 90/19
Miller's [5]   85/17
85/23 88/11 89/1 90/10
MILs [4]   14/23 30/9
44/19 46/10
mind [5]   7/22 16/18
29/24 54/16 54/22
mine [1]   53/16
minor [4]   35/6 78/22
79/6 91/20
minute [1]   6/16
minutes [7]   8/17 12/3
12/5 12/25 50/6 67/13
84/12
mischief [1]   49/15
missing [1]   8/1
mistakenly [2]   70/20
71/6

**M**

mixed [1]   76/13
modified [1]   80/14
modify [1]   65/12
moment [1]   43/8
Monday [8]   12/17 61/16
62/8 62/10 62/10 62/25
63/8 79/8
month [1]   88/15
months [3]   5/5 59/7
88/18
mood [1]   62/19
more [25]   12/25 13/22
14/24 14/25 16/17 16/20
16/25 20/16 27/12 28/15
45/16 47/21 52/2 55/15
55/16 55/17 60/11 74/8
74/8 74/9 74/10 75/5
80/25 87/7 91/4
morning [12]   24/10
29/21 29/24 61/14 62/8
62/10 64/25 65/5 65/7
66/1 75/4 81/6
MORRISON [5]   2/10 3/18
3/20 14/7 35/7
most [7]   5/2 55/17
60/14 64/19 65/8 84/25
89/10
motion [18]   15/2 15/9
16/11 17/3 17/19 18/5
18/9 18/10 18/20 19/10
19/23 24/8 25/1 26/21
27/24 29/12 33/22 35/10
motions [4]   7/2 15/24
77/14 77/17
motivated [1]   16/17
move [9]   24/9 53/8
54/23 59/20 59/22 59/23
59/24 59/25 72/14
moved [6]   37/13 37/14
37/17 60/2 84/24 84/25
Mr [2]   87/19 91/8
Mr. [28]   3/10 12/7 25/2
36/12 36/23 39/1 45/22
46/9 46/25 58/12 70/12
78/23 84/2 85/5 85/16
86/10 86/14 86/16 87/17
87/20 88/24 89/12 89/23
90/10 90/14 91/4 91/15
91/21
Mr. Colvin [4]   36/12
46/9 46/25 70/12
Mr. Colvin's [1]   91/21
Mr. Cordell [2]   45/22
58/12
Mr. Hruska [13]   36/23
39/1 85/5 85/16 86/10
86/16 87/17 87/20 88/24
89/12 90/10 90/14 91/15
Mr. Hruska should [1]
86/14
Mr. Hruska's [1]   91/4
Mr. Keshishian [1]   25/2
Mr. Rovner [3]   3/10
12/7 84/2
Mr. Warr [1]   78/23
Mr. Yowell's [1]   89/23
Ms. [16]   3/18 16/13
16/16 16/22 17/2 17/9
17/11 35/7 47/19 63/11
65/4 65/17 66/15 66/25
81/14 83/25
Ms. Carrie [1]   16/13
Ms. Distler [3]   16/16

16/22 47/19
Ms. Distler's [3]
17/9 17/11
Ms. Garfinkel [7]   63/11
65/4 65/17 66/15 66/25
81/14 83/25
Ms. Morrison [2]   3/18
35/7
much [22]   8/2 10/16
13/11 13/14 22/13 24/3
26/1 32/17 35/2 40/9
41/6 43/5 45/19 48/19
49/16 51/9 51/20 57/11
62/19 68/2 70/6 90/24
multiple [1]   46/15
Musk [2]   47/2 47/8
must [22]   49/6 83/11
my [31]   3/13 3/21 5/10
8/14 8/23 11/18 14/1
14/8 15/1 17/4 17/19
18/5 29/24 46/22 51/21
51/24 52/16 52/16 52/17
53/17 54/14 54/15 61/23
64/2 67/1 72/9 74/25
76/6 83/11 84/4 93/16
myself [1]   29/17

**N**

N-I-U [2]   85/12 90/2
name [2]   20/3 84/6
named [5]   19/17 19/17
22/9 43/21 81/16
names [1]   83/9
narrow [3]   24/12 25/19
92/5
native [3]   82/11 82/15
82/19
nature [2]   44/19 65/23
near [1]   91/19
necessary [1]   91/20
need [29]   7/10 9/2
14/25 28/15 54/1 57/21
58/18 60/6 60/13 61/20
65/1 65/4 65/11 65/14
66/8 66/9 66/10 66/13
74/8 74/9 75/16 77/7
79/18 81/10 81/15 81/25
82/7 92/18 93/5
needed [2]   78/12 80/3
needs [7]   14/19 58/17
58/19 65/15 69/25 70/3
82/20
neither [2]   17/1 37/3
never [5]   13/9 32/7
33/3 75/7 77/20
new [19]   10/18 18/7
31/14 31/23 32/11 33/2
33/3 33/17 34/16 34/16
37/15 38/16 39/11 55/2
86/9 86/12 88/16 89/12
93/4
news [1]   66/21
next [15]   10/7 12/2
16/21 20/21 21/4 66/1
69/15 69/16 74/17 74/20
75/20 75/21 75/22 76/11
81/6
nice [1]   84/9
night [4]   29/20 47/16
47/24 65/24
nights' [1]   62/21
nine [2]   15/22 80/18
ninth [3]   19/25 20/17
23/19

Niu [3]   85/12 90/1 90/3
Niu's [22]   11/21 22/11
8/6 8/21 10/17 11/21
12/8 12/10 17/24 18/13
20/8 21/24 23/9 25/18
32/9 32/15 33/23 39/20
39/20 42/14 42/18 42/22
43/10 44/5 44/12 44/24
45/18 46/25 49/14 50/3
55/25 55/25 55/25 70/24
70/25 71/15 73/13 75/7
76/9 76/9 76/9 79/24
79/25 83/1 84/9 86/5
86/10 87/13 88/22 89/2
nobody [2]   48/8 89/4
non [1]   49/12
non-infringement [1]
49/12
none [3]   28/20 34/10
51/6
noon [2]   80/4 81/9
normal [1]   40/8
normally [1]   78/5
not [121]
note [2]   28/19 51/10
notebooks [1]   81/18
notes [6]   15/1 46/22
52/18 82/5 84/11 93/16
nothing [4]   32/14 37/12
38/3 82/22
notice [2]   24/5 89/2
November [3]   1/10 76/19
76/21
November 22nd [1]   76/19
November 29th [1]   76/21
now [26]   3/6 11/9 13/16
18/20 29/5 31/5 33/1
34/6 41/14 41/24 50/4
54/19 55/14 58/3 59/15
59/15 59/20 61/15 62/17
62/22 68/21 73/24 77/21
86/18 87/12 91/21
nowhere [1]   58/23
number [20]   15/14 16/1
19/10 19/11 19/13 22/19
24/4 24/9 25/1 30/13
30/15 31/2 35/5 43/12
43/15 46/15 49/23 71/4
73/13 80/6
Number 1 [5]   16/1 19/10
30/13 30/15 71/4
Number 2 [6]   19/11
19/13 22/19 24/4 43/12
43/15
Number 3 [2]   24/9 25/1
numbers [7]   39/2 49/21
49/25 81/16 91/6 91/14
91/16

**O**

object [1]   67/16
objection [7]   27/3 65/2
65/7 65/22 65/23 80/24
92/10
objectionable [1]   30/2
objections [4]   65/13
65/20 80/10 87/10
obtain [1]   49/20
obtained [3]   35/18
35/20 35/22
obvious [1]   39/14
obviously [4]   4/21 8/13
55/7 56/25 69/20 90/7
90/22

obviousness [2]   5/1
17/8
occur [2]   37/22 66/3
occurred [1]   35/15
October [1]   59/14
off [8]   20/24 20/25
22/9 43/22 45/4 61/3
74/24 79/22
offense [1]   10/17
offer [3]   18/10 18/11
72/13
offered [3]   37/9 38/22
91/25
offering [1]   90/2
office [3]   12/8 21/2
80/4
Official [1]   93/19
often [3]   43/16 44/19
57/7
oh [7]   16/2 16/9 59/11
72/15 76/3 84/8 86/10
okay [70]   5/17 10/11
12/16 12/19 13/10 13/14
15/2 15/25 16/9 17/12
17/15 18/14 19/2 19/8
25/15 25/21 29/2 30/8
35/13 39/22 39/24 44/17
48/2 48/10 50/22 51/5
51/19 52/13 53/2 54/13
56/14 57/19 58/6 59/6
59/17 60/3 60/4 60/5
61/1 63/18 63/22 64/14
64/22 66/7 66/14 67/7
68/14 69/9 70/8 71/8
73/8 75/12 75/18 76/25
77/1 77/12 78/12 78/21
79/12 79/14 81/9 82/14
83/22 84/22 87/21 87/22
88/4 88/20 88/23 90/23
old [1]   84/25
once [2]   29/20 79/19
one [60]   4/2 4/4 8/15
9/19 10/7 10/22 13/2
13/8 13/22 15/2 19/9
21/21 25/2 28/12 30/4
30/4 31/22 33/7 33/11
34/7 34/25 35/10 36/7
37/14 37/17 37/25 39/2
43/8 48/25 51/10 52/10
52/11 53/15 55/10 55/12
55/19 57/22 61/8 63/6
64/1 64/12 65/21 69/16
70/12 71/9 71/12 71/14
77/24 78/18 78/22 79/3
79/25 81/20 84/16 85/2
85/12 88/9 90/12 91/2
91/5
one's [2]   48/23 52/12
ones [3]   29/8 35/18
45/11
only [29]   8/14 13/7
17/25 18/6 20/8 20/11
21/15 22/7 34/11 36/7
37/11 37/13 43/24 49/15
49/19 49/20 49/21 49/23
53/25 60/13 63/3 71/19
76/6 78/18 78/22 82/8
85/11 89/2 91/24
op [1]   11/9
open [4]   48/2 55/13
61/18 69/23
opening [3]   47/1 80/8
91/4
openings [2]   62/11 81/5

69/15 71/10 71/12 71/18
72/13 72/16 72/17 72/18
73/3 73/6 73/24 78/1 80/3
oversee [1] 61/12
own [4] 49/6 49/13 50/3
76/6

**P**

P.C [1] 2/10
p.m [4] 1/10 3/4 65/16
93/10
page [17] 4/2 10/7 25/1
47/5 52/20 53/21 58/8
69/15 71/22 71/23 74/6
74/22 75/14 75/21 76/20
76/22 78/1
Page 16 [1] 4/2
Page 17 [1] 78/1
Page 2 [1] 25/1
pages [2] 33/22 42/23
Pannu [1] 21/22
paper [1] 19/18
paragraph [17] 4/2
18/12 20/22 20/23 23/21
23/21 51/16 52/19 53/5
54/14 61/1 64/16 64/22
70/13 71/14 71/17 91/3
Paragraph 20 [2] 20/22
20/23
Paragraph 23 [1] 23/21
Paragraph 28 [1] 51/16
Paragraph 39 [1] 52/19
Paragraph 40 [1] 53/5
Paragraph 58 [2] 4/2
54/14
Paragraph 64 [1] 61/1
Paragraph 66 [1] 64/16
Paragraph 67 [1] 91/3
Paragraph 72 [1] 64/22
Paragraph 83 [3] 70/13
71/14 71/17
parameter [1] 36/7
parameters [2] 32/18
36/4
paraphrasing [2] 85/25
90/7
Pardon [1] 16/5
parent [1] 47/7
part [18] 4/24 5/2 8/23
24/14 25/11 29/14 40/2
43/20 43/25 44/5 45/18
54/10 57/5 68/20 72/8
72/14 73/8 92/17
participant [1] 86/17
particular [5] 26/20
28/6 29/13 47/9 47/14
particularly [2] 26/3
73/9
parties [30] 7/7 8/13
9/21 9/25 17/24 18/4
18/17 19/7 19/24 23/13
29/6 44/20 46/13 49/19
54/18 65/1 65/4 65/17
66/12 68/17 69/3 74/3
74/16 75/19 77/8 80/23
81/22 82/8 82/24 83/17
parties' [1] 77/4
partners [2] 3/22 14/9
parts [1] 54/1
party [3] 65/15 69/6
69/17
passed [2] 87/25 90/14
passes [1] 88/5
passing [2] 85/1 90/18
passions [1] 44/9

past [1] 88/2
patent [11] 2/17 21/6
21/8 22/1 33/7 67/4
67/9 67/22 68/19 68/22
82/2
patentable [1] 59/23
patents [13] 19/14
19/18 19/18 20/2 20/15
21/1 21/1 21/2 22/25
23/2 24/17 55/22 59/23
path [2] 42/12 42/18
pay [2] 45/25 47/6
pens [1] 79/21
people [2] 26/19 46/2
per [4] 26/2 28/7 85/24
91/7
percent [1] 16/23
percipient [1] 26/6
perfect [3] 14/19 53/4
76/17
perhaps [2] 49/12 67/24
period [2] 24/17 24/21
perplexed [1] 12/7
PerSeptive [1] 22/3
person [2] 34/13 72/21
personally [1] 85/13
perspective [3] 8/4 8/7
66/18
Phil [3] 3/12 13/25
61/25
Phil Rovner [2] 3/12
13/25
PHILIP [1] 1/23
phone [1] 61/10
phrased [1] 27/19
phrasing [1] 28/7
picking [2] 7/17 64/3
picture [1] 67/15
piece [1] 41/20
piece-wise [1] 41/20
place [1] 27/12
places [1] 43/24
plaintiff [19] 1/4 2/6
3/13 11/4 14/1 24/5
24/11 26/3 27/2 43/6
43/24 57/13 68/15 68/18
73/3 75/21 76/12 76/21
79/19
plaintiff's [1] 76/5
plaintiffs [3] 5/23
5/24 6/3
plan [5] 14/22 32/19
52/3 56/20 66/5
planning [4] 46/6 50/24
50/24 83/19
play [2] 68/14 68/16
played [5] 66/10 67/4
67/5 67/20 68/8
pleading [1] 24/7
pleadings [2] 22/5 45/6
please [4] 3/9 9/10
13/19 20/16
pled [2] 23/10 23/11
plugged [1] 36/15
plus [1] 80/11
Pmax [2] 30/19 91/9
point [20] 7/10 32/21
33/21 35/6 35/25 43/24
47/22 48/14 49/5 54/1
58/16 66/17 68/8 70/11
71/11 77/2 77/25 91/8
91/10 92/15
pointed [1] 23/20
pointing [1] 52/1

points [1] 53/6
portion [1] 78/3
position [1] 14/19
possible [3] 57/14
60/19 70/11
post [3] 56/22 57/5
83/5
post-trial [3] 56/22
57/5 83/5
posted [1] 64/21
POTTER [4] 1/22 3/12
13/25 61/25
practice [1] 47/3
pre [3] 11/9 35/15
40/12
pre-op [1] 11/9
pre-suit [2] 35/15
40/12
precipitant [3] 26/15
27/13 28/25
precisely [1] 26/2
preclude [1] 52/1
prefer [3] 53/6 75/8
75/9
preference [2] 57/10
61/19
prejudice [6] 29/15
32/9 32/22 37/21 48/24
67/19
prejudiced [1] 34/24
prejudicial [2] 21/19
44/7
preliminary [4] 68/9
77/15 77/25 78/16
prepared [8] 4/23 5/25
5/25 65/24 65/25 65/25
75/14 78/23
preparing [1] 48/6
present [1] 5/2
presented [2] 22/12
56/23
preserve [1] 48/15
preserved [1] 24/6
preside [4] 5/22 6/17
8/22 61/15
presiding [5] 3/8 6/15
11/25 13/18 62/4
press [1] 38/2
pretrial [14] 1/11 4/15
6/15 6/17 7/2 8/22 9/25
12/6 14/16 15/21 52/14
56/17 70/13 88/4
pretty [8] 24/12 25/19
32/21 34/4 50/10 52/10
52/15 88/15
previously [1] 70/17
primary [2] 85/5 85/6
print [2] 12/22 12/24
probability [1] 49/9
probably [9] 4/13 29/23
45/13 52/10 59/4 60/12
77/14 77/15 84/4
probative [1] 44/12
probe [2] 33/3 34/21
problem [1] 32/8
problematic [1] 46/19
problems [3] 31/6 31/18
31/20
procedures [1] 65/12
proceed [6] 22/16 30/13
53/16 62/10 75/10 86/12
proceeding [2] 53/21
93/17

**P**

proceedings [3] 3/3
71/19 93/10
process [7] 10/6 22/19
54/25 63/9 67/11 72/8
77/11
processed [1] 64/11
procured [1] 21/3
produce [3] 15/10 17/20
31/8
produced [6] 15/15 17/1
17/5 17/8 17/10 18/2
product [3] 30/22 37/16
37/18
products [7] 31/3 31/10
35/17 35/20 36/1 37/13
49/21
program [1] 36/4
projecting [1] 26/10
promise [1] 28/15
proof [4] 49/10 51/1
51/3 52/8
proposal [5] 10/11 11/3
72/5 75/17 75/24
proposals [9] 59/19
60/16 60/21 69/3 73/24
74/2 74/4 74/17 75/20
propose [3] 10/6 12/3
68/4
proposed [6] 10/25 57/9
60/5 69/13 71/1 78/15
proposing [1] 69/6
prove [3] 33/11 49/11
49/12
provide [4] 29/24 35/14
75/10 83/17
provided [6] 15/11
18/17 19/19 37/6 37/8
90/15
province [2] 5/16 28/3
provision [1] 54/5
PTO [4] 4/2 13/1 13/5
67/10
PTX [1] 81/16
pulled [2] 55/22 60/20
pure [1] 44/11
purely [1] 44/7
purpose [1] 45/18
purposes [1] 30/19
pursue [1] 23/16
pushing [1] 7/3
put [17] 8/20 9/23 11/5
13/20 18/7 24/5 36/15
40/21 40/23 46/13 46/23
55/1 73/13 73/23 78/4
82/2 84/12
putting [2] 26/11 77/5

**Q**

qualifies [1] 24/17
question [23] 5/9 7/5
8/14 17/4 25/25 27/16
27/17 27/21 27/25 27/25
44/22 50/7 58/17 60/10
60/14 60/15 61/8 63/6
64/1 64/2 64/6 78/2
84/17
questioning [1] 24/15
questionnaires [1]
62/16
questions [12] 25/2
26/3 26/14 26/22 26/24
27/9 27/14 27/23 28/25
29/1 43/6 79/22

**queued [1]** 68/15
quibbling [1] 30/24
quite [7] 11/22 30/24
59/12 59/12 64/11 69/24
84/25

**R**

raise [2] 29/21 56/15
raised [6] 31/21 32/4
58/9 71/18 71/19 87/4
raising [1] 64/22
range [1] 37/15
ranges [1] 37/14
rate [2] 16/19 16/24
rather [1] 91/6
reach [1] 91/14
reaches [1] 91/15
read [3] 18/20 66/4
67/20
read-ins [1] 66/4
reading [1] 81/2
ready [17] 6/19 6/23
7/1 7/1 7/14 7/15 7/15
7/16 7/18 8/19 13/5
19/9 24/4 52/8 68/16
78/25 82/8
realistic [1] 11/10
reality [2] 10/15 44/7
realizing [1] 59/20
really [25] 11/8 30/2
31/25 32/21 34/15 36/8
45/15 45/18 49/9 49/15
53/15 55/12 55/18 55/20
56/10 56/16 56/16 67/12
67/12 67/15 73/4 73/10
73/15 73/17 92/25
reason [4] 8/1 40/11
44/25 77/7
reasonable [1] 52/2
reasons [1] 33/10
reassigned [1] 6/21
rebuttal [2] 36/22
38/22
recalibrated [1] 37/4
recall [1] 5/7
received [2] 17/9 88/19
recent [2] 55/16 84/25
recently [3] 37/1 52/15
55/17
recess [3] 9/9 13/15
80/21
recognize [2] 51/2
51/12
recognizes [1] 5/8
recognizing [1] 11/5
recollection [1] 5/10
recommend [1] 27/1
reconducted [1] 37/5
record [7] 11/5 12/12
13/21 51/22 62/9 76/15
87/14
redone [1] 31/16
refer [2] 6/14 26/1
reference [11] 8/19
8/20 19/18 20/23 25/4
85/12 85/12 90/1 90/2
90/5 90/17
referenced [2] 18/11
21/20
references [3] 16/14
85/14 91/20
referral [2] 8/23 11/4
referred [4] 21/13
22/24 23/19 23/19

**referring [4]** 20/19
21/23 21/23 23/12
refers [3] 16/22 23/22
46/14
regard [1] 68/1
regarding [2] 65/3
70/14
regardless [1] 26/6
reissued [1] 85/7
related [1] 24/15
Relatedly [1] 65/9
relates [1] 29/12
relating [8] 19/13 20/8
20/12 21/16 21/18 22/8
22/11 25/20
relevance [2] 20/8
49/14
relevant [1] 21/19
relied [7] 15/11 16/13
26/2 31/24 42/3 42/20
90/10
relies [1] 88/10
relocating [1] 80/22
rely [15] 17/22 18/3
18/8 25/10 31/8 34/19
41/4 42/7 42/16 42/24
58/14 85/17 86/5 86/15
86/22
relying [1] 88/25
remained [1] 26/6
remember [6] 10/16
10/17 10/18 10/18 10/20
10/21
remind [1] 91/23
removed [1] 37/17
removing [2] 18/15 24/1
render [1] 20/15
renege [1] 77/21
replacement [2] 5/20
11/21
reply [6] 31/19 36/21
39/3 51/17 88/14 91/25
report [41] 15/4 16/4
17/2 17/6 17/9 17/11
31/15 31/16 31/19 31/25
33/6 33/14 33/20 34/21
36/22 37/9 39/3 39/10
42/3 44/4 46/15 51/17
85/7 85/19 85/22 87/17
88/9 88/11 88/14 88/19
88/21 89/12 89/20 90/9
90/10 90/13 90/15 90/16
91/4 91/25 92/6
reporter [8] 66/11
81/21 83/1 83/10 83/14
83/15 93/13 93/19
reporting [1] 83/12
reports [6] 25/8 33/1
86/13 88/17 89/1 89/3
representation [1] 52/5
representing [1] 43/6
request [4] 9/20 41/22
81/19 83/11
require [4] 30/18 30/19
30/20 34/18
required [2] 16/18
91/14
requires [1] 23/5
reraise [2] 29/15 48/24
research [1] 31/9
reserve [3] 43/2 56/10
80/16
reserved [3] 55/5 57/8
70/17

**resistance [1]** 28/5
resolution [4] 63/10
70/4 77/10
resolved [4] 64/25
65/14 69/25 70/3
resources [2] 6/22 7/1
respect [2] 22/18 91/21
respects [1] 85/21
respond [5] 41/8 75/11
75/22 90/25 91/25
responding [1] 44/15
response [2] 16/11 80/7
responsible [2] 6/24
79/20
responsive [1] 18/12
rest [3] 29/15 42/9
62/13
result [1] 91/12
results [2] 33/20 40/22
retained [1] 15/12
retrospect [1] 4/14
revealing [1] 7/25
review [1] 82/25
revised [1] 78/15
revisit [2] 77/15 92/16
rich [1] 47/7
RICHARDSON [4] 2/10
3/20 4/11 14/7
right [90] 3/17 3/25
4/1 4/22 4/24 5/10 5/12
5/13 5/17 5/18 6/1 6/3
8/15 8/25 9/2 9/7 9/8
9/11 11/24 12/1 12/15
13/2 17/15 19/5 19/8
19/9 24/3 24/20 27/20
27/25 33/6 33/9 35/2
39/4 39/5 41/14 43/2
43/11 43/12 45/19 48/20
48/23 48/25 49/16 50/1
50/8 51/9 51/19 52/24
53/4 54/8 55/6 55/14
55/21 56/7 57/11 60/25
61/22 62/12 62/18 66/8
68/2 68/7 68/13 68/25
70/6 70/8 73/1 73/5
73/5 73/19 73/24 74/19
76/13 76/15 77/3 77/6
83/23 84/13 87/6 87/22
87/25 88/8 89/5 90/23
91/13 92/2 92/18 92/21
93/9
rise [2] 3/6 13/16
risky [1] 44/21
role [1] 85/9
room [7] 13/23 14/13
29/25 76/5 82/6 82/9
82/23
round [1] 31/19
routine [1] 58/15
ROVNER [7] 1/23 3/10
3/12 12/7 13/25 61/25
84/2
row [1] 63/12
royalty [3] 16/19 16/24
45/24
RUFFIN [6] 2/12 3/22
4/10 14/9 25/24 43/14
Ruffin Cordell [2] 3/22
25/24
rule [14] 7/1 17/20
18/1 18/6 18/17 19/7
19/9 24/4 26/25 27/18
29/5 58/18 65/25 73/16
ruled [6] 43/7 51/12

**R**

ruled... [4]   70/19 71/5
71/6 71/7
rules [1]   43/3
ruling [4]   20/7 29/8
51/23 60/1
rulings [3]   10/14 77/13
77/17
run [4]   38/2 44/10 61/7
80/17
runs [1]   36/5

**S**

safely [1]   5/22
said [28]   5/11 7/6
11/21 17/23 17/24 18/13
18/20 19/6 23/1 23/1
23/6 25/19 32/7 32/13
33/21 34/14 36/24 36/25
40/7 42/9 42/13 42/19
55/12 58/12 61/13 64/2
84/7 86/9
sales [1]   32/13
same [9]   18/19 24/17
24/18 31/11 47/5 52/20
58/8 73/12 85/17
sample [4]   35/17 68/19
68/21 82/2
sausage [1]   50/10
say [42]   4/6 17/5 26/5
27/11 29/11 29/22 29/25
32/9 35/16 38/8 40/24
47/2 47/15 48/12 49/5
49/12 49/22 50/2 50/3
50/7 50/11 50/12 50/15
51/7 51/25 52/3 52/11
56/4 59/18 60/18 68/21
68/23 72/11 72/11 72/25
73/9 75/7 80/11 86/12
89/14 89/19 92/4
saying [14]   7/7 7/12
16/2 24/23 28/14 33/7
33/8 38/11 45/23 46/1
50/1 67/20 73/10 92/13
says [12]   4/2 17/20
21/23 36/20 37/23 53/18
69/2 72/12 72/12 85/24
87/15 90/19
schedule [1]   78/3
scheduled [1]   8/12
school [1]   86/20
scream [1]   50/6
screen [3]   16/7 46/23
53/13
screw [1]   47/13
se [1]   26/3
sealed [1]   66/17
seat [5]   29/16 62/13
73/20 92/3 92/23
seated [3]   3/9 9/10
13/19
second [5]   23/11 23/14
28/11 40/4 72/4
secondly [1]   4/6
Section [3]   4/7 21/11
21/23
Section 101 [1]   4/7
Section 256 [1]   21/23
see [16]   9/19 13/12
14/10 14/15 20/17 25/3
28/23 41/20 42/12 50/9
57/24 60/17 68/10 77/1
82/18 82/22
seeing [2]   36/6 76/4

seek [1]   25/5
seem [2]   4/11 24/25
seems [3]   5/5 47/5 63/1
seen [2]   77/20 78/1
select [2]   62/7 62/15
selected [2]   62/18 81/6
selection [7]   61/12
61/17 62/10 62/20 63/7
63/20 64/10
send [1]   83/24
sense [6]   10/13 26/24
57/3 60/22 65/8 82/15
sent [1]   62/16
sentence [2]   65/22 92/6
sentences [1]   65/22
separate [3]   23/10
23/23 57/4
separately [1]   23/10
serve [1]   74/5
served [3]   21/11 31/1
88/15
set [14]   10/5 13/4
33/17 36/20 40/4 59/14
61/21 62/1 62/8 62/9
66/24 80/6 81/23 81/24
several [2]   33/22 85/24
severely [1]   45/3
shared [1]   81/12
she [8]   6/16 7/22 10/25
11/2 12/5 13/1 35/7
63/12
she'll [1]   10/10
she's [11]   6/16 6/19
6/21 7/1 7/1 7/8 7/12
7/14 8/9 8/24 13/1
shock [1]   40/13
shoes [1]   26/11
short [4]   4/12 10/6
25/25 45/21
short-circuit [1]   45/21
should [29]   4/13 13/6
15/5 19/17 24/21 34/16
34/22 36/24 40/3 40/13
41/2 43/25 45/15 45/17
45/24 49/13 50/2 50/6
55/3 57/25 58/25 66/13
67/4 73/20 79/24 81/23
84/4 84/15 86/14
shouldn't [2]   44/24
86/4
show [9]   33/25 34/5
34/7 38/8 48/1 54/11
67/10 79/8 89/3
showed [3]   22/22 31/6
37/12
showing [1]   53/13
shown [2]   53/18 54/1
side [11]   7/25 17/16
28/16 29/13 38/6 70/8
74/7 76/5 76/5 87/2
89/7
sidebar [2]   48/13 64/18
signed [1]   8/19
similar [1]   21/8
simply [1]   55/15
simultaneous [3]   74/22
75/9 76/18
simultaneously [1]
75/20
since [4]   4/14 13/22
56/17 61/15
single [3]   74/6 76/20
81/11
single-spaced [1]   74/6

76/20
sit [2]   11/1 76/4
sitting [6]   14/14 29/25
32/21 33/14 49/24 63/11
situation [9]   30/7
35/10 49/18 53/12 53/20
53/25 62/22 68/20 93/2
six [2]   35/21 59/7
six months [1]   59/7
sixth [2]   20/1 21/7
sixth counterclaim [1]
21/7
sixth counterclaims [1]
20/1
size [1]   43/18
skill [3]   26/8 26/12
26/13
sleep [1]   62/21
slide [3]   16/21 20/21
21/4
slides [1]   20/16
slightly [1]   80/15
small [2]   9/20 35/21
so [202]
sold [2]   43/22 45/4
solicit [1]   58/13
solicited [1]   58/18
some [44]   5/14 7/21
7/21 7/25 10/20 11/22
14/23 14/24 20/21 24/13
27/22 30/18 31/5 31/6
31/18 31/20 35/14 35/24
36/4 36/15 40/16 45/21
47/22 50/25 57/15 57/21
60/9 61/21 66/4 67/18
67/19 67/25 68/4 72/7
72/9 76/4 84/24 86/20
89/25 90/2 90/3 90/5
90/15 92/10
somebody [4]   53/22
54/11 80/1 87/13
somehow [2]   44/1 73/18
someone [3]   26/11 81/2
90/13
something [17]   4/8 8/1
12/9 28/8 30/25 35/19
36/25 51/7 53/23 58/1
59/1 65/3 67/22 82/17
82/19 84/3 89/20
sometime [1]   59/16
sometimes [7]   4/17
43/15 44/19 55/5 55/5
64/10 64/20
somewhat [1]   43/17
somewhere [2]   36/9 69/2
soon [1]   93/8
sorry [8]   37/19 39/19
51/8 64/6 70/25 71/16
74/24 76/3
sort [7]   25/5 28/2
30/25 31/22 33/13 50/25
79/17
sorts [1]   25/5
sounds [3]   48/20 68/7
89/5
spaced [2]   74/6 76/20
speak [1]   23/14
special [4]   56/2 57/24
58/19 58/23
specific [2]   24/22 29/8
specifically [4]   15/10
20/18 21/22 23/22
speed [2]   14/18 69/11

split [2]   4/16 5/6
spoke... [1]   71/17
spoken [3]   5/6 11/20
55/3
sponsor [2]   34/8 40/22
spreadsheet [3]   33/20
36/13 36/16
spreadsheets [2]   37/8
82/16
stamped [1]   17/6
stand [5]   18/9 40/21
40/24 48/17 81/19
standard [1]   30/25
Stark's [1]   55/2
start [13]   12/6 14/23
61/2 61/3 61/13 61/16
62/17 62/25 63/7 63/17
63/25 69/25 81/5
started [1]   4/1
starting [2]   63/7 64/9
starts [1]   81/10
state [1]   76/14
stated [1]   29/4
statement [5]   37/2 44/2
47/1 72/9 85/18
statements [4]   30/2
80/8 85/22 85/22
STATES [5]   1/1 1/15
1/17 3/7 13/17
statistical [1]   37/11
stature [1]   43/18
status [1]   26/6
statute [1]   21/23
stay [1]   82/5
stenographic [1]   93/16
step [5]   4/17 48/8 55/4
56/1 58/9
Step 2 [3]   4/17 55/4
56/1
still [6]   23/17 34/18
45/1 45/2 66/8 70/21
stipulate [2]   7/7 87/9
stipulated [2]   9/12
11/6
stipulating [2]   23/15
23/25
stipulation [4]   19/25
20/5 23/13 24/8
strategic [1]   7/22
Street [1]   1/13
strictly [1]   28/21
strike [1]   88/21
stuck [1]   34/15
studied [1]   4/14
study [1]   65/9
studying [1]   13/1
stuff [3]   42/7 45/11
77/8
stupid [1]   51/7
subconscious [1]   76/6
subject [1]   59/23
submit [1]   61/17
submitted [6]   59/2 59/3
59/3 59/10 59/13 88/5
subsequent [2]   63/16
63/25
substantial [2]   43/23
45/3
substantive [1]   45/17
successful [2]   43/17
44/11
suddenly [1]   35/1
suggest [2]   45/23 74/16
suggested [1]   11/13

**S**

suggesting [2]   43/25
49/12

suit [2]   35/15 40/12

summary [7]   19/23 22/19
36/16 59/20 59/22 59/24
72/8

summer [1]   88/2

supervised [6]   32/6
34/13 37/23 38/9 40/2
40/25

supplemental [4]   86/13
88/9 89/12 90/15

supplied [2]   35/25
85/14

supply [1]   35/24

support [1]   16/16

sur [2]   38/22 91/25

sur-rebuttal [1]   38/22

sur-reply [1]   91/25

sure [12]   15/18 38/3
52/19 54/16 55/21 57/12
58/7 67/1 76/15 82/7
87/24 91/1

surgery [1]   5/20

surprise [2]   31/23
48/16

surprised [1]   35/4

surrebuttal [1]   37/9

surrounded [1]   77/16

surrounding [1]   32/24

survey [1]   5/4

SUSAN [3]   2/10 3/20
14/7

Susan Morrison [1]   14/7

sustain [1]   36/11

Swag [1]   84/9

system [1]   67/22

**T**

table [1]   62/13

tabulate [1]   64/21

take [18]   16/18 34/22
41/20 52/9 57/7 61/5
64/18 68/17 72/8 72/19
74/6 78/19 79/16 84/19
87/7 89/17 91/22 91/24

taken [6]   9/9 13/15
17/13 21/14 77/20 79/23

takes [2]   63/8 67/13

taking [2]   22/5 88/25

talk [6]   10/9 41/25
48/17 58/2 84/4 93/8

talked [9]   9/22 10/24
21/11 35/7 46/10 50/4
64/16 69/20 89/20

talking [5]   30/20 59/6
89/19 91/9 91/9

talks [3]   20/18 61/1
64/22

tat [1]   35/10

taught [1]   53/15

tax [1]   7/25

technical [3]   26/18
26/19 85/2

TECHNOLOGIES [1]   1/6

technology [2]   83/10
93/5

teleconference [1]
70/20

tell [9]   8/21 14/12
15/20 26/2 33/19 38/7
40/1 44/9 55/9 55/11
62/23 65/20 69/7 76/8

87/2 87/5 87/17 89/21
90/25

telling [2]   39/13 89/10

tells [1]   83/25

ten [4]   4/24 12/3 80/11
80/16

ten hours [2]   4/24
80/11

ten minutes [1]   12/3

tend [2]   27/19 54/21

tends [2]   64/4 64/10

term [7]   10/22 10/23
11/1 25/20 70/14 70/17
72/6

terms [3]   35/15 72/19
83/10

Tesla [21]   43/20 44/2
44/4 44/8 44/10 44/16
44/22 44/23 45/15 45/24
46/6 46/12 46/14 46/16
46/18 46/23 47/15 47/20
47/25 48/12 50/5

Tesla's [2]   46/3 46/12

test [10]   32/19 34/13
36/5 36/14 36/17 37/5
38/24 40/8 88/24 91/23

testify [2]   45/7 89/4

testimony [12]   24/22
25/6 25/11 26/1 26/15
28/21 40/16 53/9 53/10
65/3 66/3 92/5

testing [69]   30/16
30/17 30/23 30/24 31/2
31/4 31/5 31/10 31/13
31/15 31/17 31/20 31/23
31/25 32/1 32/6 32/14
32/16 32/17 32/23 33/5
33/11 33/12 33/15 33/16
33/17 33/19 34/16 34/16
34/19 34/20 34/23 36/2
36/3 36/23 38/9 38/16
39/6 39/7 39/11 39/23
39/25 40/4 40/12 40/24
41/14 41/23 41/24 42/2
42/4 42/10 42/14 42/20
43/1 49/1 49/6 49/7
49/13 49/20 50/3 50/11
50/16 50/16 50/23 51/18
52/2 86/6 89/25 90/4

than [12]   8/2 16/17
16/20 16/25 45/16 47/22
52/2 55/12 83/1 84/20
86/16 87/15

thank [34]   9/8 13/11
13/14 15/7 17/17 19/8
19/12 22/13 22/14 24/3
25/15 25/21 25/22 28/18
35/2 35/3 41/6 41/7
43/5 45/19 48/22 49/2
49/16 49/17 51/9 51/19
57/11 64/14 64/15 68/2
75/2 76/12 78/13 89/9

Thanks [5]   12/21 43/11
70/6 90/23 93/9

Thanksgiving [2]   74/21
74/24

that [503]

that's [72]   4/4 5/10
5/12 9/3 9/4 10/11
12/10 12/23 16/25 17/2
17/4 18/9 19/1 19/7
22/25 23/23 23/23 25/18
26/18 27/20 29/9 29/10
30/8 30/25 35/13 36/8

38/10 38/21 41/25 42/7
48/4 50/22 52/11 52/25
52/25 53/15 53/16 54/19
55/7 55/20 57/19 60/10
63/10 65/2 66/21 68/9
68/15 68/23 71/14 76/5
76/7 76/9 78/12 79/2
79/3 79/3 79/10 79/13
79/15 80/8 80/19 80/19
80/25 82/21 85/20 91/11
92/8 92/8

their [53]   18/10 22/2
24/15 25/10 25/11 26/6
27/24 31/1 31/1 31/13
31/15 31/16 31/24 32/5
32/12 33/12 33/14 33/15
33/18 33/22 34/7 34/12
34/17 34/21 36/22 37/20
41/16 42/3 42/15 42/19
43/17 44/23 46/11 49/6
49/25 57/20 58/12 74/4
74/7 74/16 75/11 75/16
75/20 75/21 75/24 76/22
81/16 83/15 85/2 85/5
86/9 88/9 88/21

them [53]   14/22 14/23
14/25 17/12 18/10 18/19
22/24 25/8 25/9 25/9
25/13 26/15 27/11 27/15
30/4 31/11 33/20 35/17
37/6 37/8 37/9 37/20
38/11 38/16 38/18 38/21
38/22 39/14 45/11 50/3
52/1 57/20 57/24 58/3
60/6 60/10 63/8 64/5
65/24 65/25 68/4 72/16
72/17 74/5 76/11 77/20
77/21 79/18 79/25 81/16
87/5 87/17 91/12

themselves [1]   85/14

then [57]   4/6 6/20 8/8
8/14 8/21 8/24 9/5 9/7
11/1 12/4 12/6 12/24
16/18 17/22 18/3 29/7
31/18 33/1 33/16 35/1
36/4 36/15 41/12 41/20
44/15 45/17 48/2 48/13
48/14 48/25 50/15 53/7
53/12 57/5 59/15 61/13
62/8 62/9 65/21 66/14
68/22 70/19 71/3 71/6
71/6 74/8 74/21 76/11
76/12 76/21 79/16 80/17
81/17 82/7 82/24 85/16
85/23

there [57]   5/5 7/24
7/25 8/1 10/13 10/20
14/20 20/21 21/23 23/3
23/10 25/7 25/16 26/14
28/17 28/24 29/22 36/7
37/8 37/13 37/24 38/3
40/16 47/9 47/14 47/19
49/25 52/13 52/15 53/5
53/24 55/9 55/15 55/16
57/25 58/18 58/19 58/25
58/25 64/12 65/13 66/3
71/9 71/21 73/21 77/3
77/4 77/7 78/4 78/22
79/6 82/2 90/11 90/18
90/22 91/4 93/6

there's [34]   4/15 5/7
9/24 11/21 20/23 23/2
25/3 29/7 32/9 35/19

36/20 42/18 42/23 44/24
48/6 48/7 53/10 57/3
60/9 60/17 63/14 69/2
69/16 70/13 71/5 71/8
71/10 71/18 78/2 78/18
79/4 85/23 89/4 89/23

therefore [1]   49/6

these [28]   16/12 17/10
26/9 26/18 27/5 27/9
27/11 28/25 29/12 32/10
32/11 36/13 40/22 45/5
45/7 49/21 53/19 55/19
56/5 72/10 72/13 86/2
87/11 89/3 91/10 91/14
91/19 91/20

they [126]

they're [22]   7/3 16/7
18/6 25/20 27/3 35/12
39/13 41/22 41/23 42/4
46/1 47/15 50/1 50/23
50/24 55/17 58/9 59/12
64/9 73/10 73/12 82/5

they've [2]   27/8 39/4

thing [13]   4/2 8/15
10/12 28/20 29/19 31/11
37/24 39/8 40/5 57/22
85/20 90/4 91/2

things [14]   13/9 14/21
31/8 31/23 37/19 46/3
52/16 53/14 55/19 77/23
88/9 90/5 90/18 90/21

think [91]   5/12 5/21
8/3 9/22 11/10 12/14
14/13 14/18 22/11 24/21
25/19 26/20 27/3 28/15
29/3 30/2 34/3 34/4
34/16 35/12 35/22 40/13
41/2 41/3 44/11 44/18
46/2 46/9 47/4 49/8
49/14 49/18 49/21 49/24
50/1 50/6 50/23 52/2
52/4 52/9 53/10 54/21
55/14 56/24 57/22 57/23
58/11 58/12 58/16 58/19
58/21 58/21 58/25 60/12
61/3 61/20 62/9 62/16
62/17 63/2 63/2 64/2
64/19 66/12 67/9 67/14
67/18 67/24 72/2 72/2
72/3 72/24 73/19 73/20
74/14 75/13 76/10 77/10
77/13 78/15 78/18 79/10
82/13 83/8 84/13 84/23
86/4 86/14 89/10 91/19
92/20

thinking [5]   34/24
46/22 50/9 56/3 56/19

thinks [1]   15/5

third [1]   31/19

this [157]

those [44]   13/8 15/16
20/6 21/17 22/10 23/16
25/5 26/8 26/23 27/23
29/6 29/9 35/5 35/21
37/3 47/11 50/1 52/22
57/6 57/8 59/2 64/21
64/25 66/14 73/12 74/24
77/16 77/19 77/23 79/16
79/17 79/17 79/19 79/23
80/3 82/21 84/11 85/14
85/17 85/18 89/4 89/15
90/21 91/15

though [6]   4/23 6/9
39/18 45/21 56/20 72/17

**T**

**thought [6]**   11/9 11/13
14/13 35/9 39/13 70/20
**thoughts [1]**   52/17
**three [13]**   7/21 7/23
14/8 46/11 58/8 74/6
74/22 75/21 76/20 76/22
85/21 85/21 88/18
**three months [1]**   88/18
**three weeks [2]**   7/21
7/23
**through [10]**   14/15
20/22 21/3 30/4 44/4
51/7 52/17 54/6 60/8
77/11
**Thursday [2]**   63/1 75/4
**tied [1]**   22/7
**time [31]**   6/22 11/22
13/4 13/22 13/23 24/16
24/21 30/5 32/17 33/6
39/5 39/9 40/9 46/10
57/22 59/13 59/21 61/21
63/14 64/20 66/13 67/13
70/18 80/22 81/2 84/25
85/4 87/7 88/19 92/8
93/5
**timed [1]**   62/25
**timeline [1]**   88/16
**times [5]**   45/16 46/15
66/15 84/24 85/24
**tit [1]**   35/10
**today [21]**   3/21 7/2
14/8 14/20 14/20 14/21
18/19 18/22 27/18 57/15
58/22 63/12 74/1 75/19
78/25 81/8 84/15 87/3
87/5 87/18 92/12
**together [7]**   9/21 13/23
14/14 20/11 22/6 46/13
84/12
**told [5]**   46/25 71/6
87/11 89/20 92/24
**too [6]**   11/17 52/10
62/16 79/7 82/2 92/15
**took [7]**   14/16 34/9
39/1 69/13 85/6 85/16
88/10
**top [1]**   74/25
**topic [1]**   89/6
**total [1]**   6/25
**totally [1]**   42/10
**touch [5]**   67/9 67/11
67/12 67/12 67/21
**traced [1]**   44/3
**track [1]**   53/10
**tracking [1]**   55/22
**transcript [5]**   45/16
65/18 66/9 82/25 93/16
**trial [59]**   5/22 6/5
6/11 6/19 7/4 9/19 13/6
13/12 15/14 18/21 22/12
26/21 27/9 30/5 32/10
34/1 34/7 38/8 41/24
42/11 43/25 45/8 47/22
48/3 48/9 56/22 56/23
57/4 57/5 59/14 60/20
61/2 61/16 62/1 62/25
63/16 64/13 74/9 74/10
74/11 74/13 77/6 78/3
78/5 80/5 80/7 80/21
81/10 81/11 82/24 82/25
83/2 83/5 83/6 83/8

83/12 83/13 84/5 88/17
**trial... [2]**   11/4
**trim [2]**   77/8 77/14
**true [2]**   44/2 93/15
**trust [1]**   80/1
**trusts [1]**   52/4
**try [18]**   4/19 4/22 6/21
7/12 7/18 8/2 8/9 8/25
11/1 11/7 11/8 26/25
27/8 34/8 40/21 58/14
71/2 79/17
**trying [12]**   7/10 9/13
14/18 25/12 38/22 42/4
51/13 69/11 72/15 84/13
88/16 93/1
**Tuesday [1]**   61/13
**turn [4]**   9/7 30/9 33/1
43/12
**turning [1]**   21/20
**turns [1]**   39/2
**two [23]**   15/16 16/2
24/25 27/7 29/12 30/1
36/21 36/21 37/13 37/19
37/19 45/9 65/22 66/9
79/8 80/19 83/1 85/2
88/18 91/6 91/6 91/14
91/15
**two hours [1]**   80/19
**two weeks [2]**   79/8 83/1
**type [2]**   27/23 29/19
**typed [1]**   12/2
**types [2]**   28/25 90/21
**typo [1]**   39/2
**typos [1]**   79/6

**U**

**U.S [1]**   93/20
**U.S.C [2]**   4/7 21/22
**ultimate [2]**   11/19 64/2
**ultimately [1]**   64/5
**unable [1]**   18/3
**unavailable [1]**   6/7
**unawares [1]**   5/14
**unbounded [3]**   72/25
73/10 73/14
**uncommon [1]**   33/5
**uncovered [1]**   72/18
**undecided [2]**   5/10 5/11
**under [8]**   4/7 22/21
24/2 24/18 24/23 55/25
60/2 88/15
**underlying [3]**   36/17
72/18 86/23
**understand [9]**   11/23
13/20 18/18 25/12 38/13
39/20 39/21 66/12 72/20
**understanding [3]**   17/19
18/5 53/1
**understands [1]**   54/9
**understood [10]**   19/5
29/10 41/5 41/5 48/22
54/8 54/12 56/18 67/17
72/15
**undisclosed [1]**   15/3
**undo [1]**   51/8
**unenforceability [2]**
23/2 23/4
**unexpected [1]**   85/1
**unfortunate [1]**   85/1
**unique [4]**   43/20 73/9
85/8 85/9
**UNITED [5]**   1/1 1/15
1/17 3/6 13/16
**unless [1]**   81/2

**unnecessary [1]**   72/2
**unr... [10]**
**until... [6]**
17/1 31/15 41/16 53/9
61/6 75/16 78/6 89/3
**untimely [1]**   72/2
**unwieldy [2]**   46/19 48/8
**unworkable [1]**   46/18
**up [67]**   4/21 5/1 10/5
12/2 12/14 13/4 14/18
14/21 21/17 34/1 34/5
34/7 36/3 36/10 37/2
37/14 37/25 38/2 38/8
38/24 44/8 46/7 46/23
47/1 47/7 47/20 48/3
48/17 50/5 52/10 53/13
55/7 55/14 55/22 56/10
56/16 56/20 56/25 57/2
58/4 59/18 60/16 61/21
63/21 63/24 63/24 66/24
67/19 67/25 68/15 69/11
71/5 72/22 76/13 77/18
79/8 81/12 84/3 84/14
87/3 87/5 87/18 89/3
**update [1]**   83/15
**updated [1]**   50/16
**upfront [1]**   13/8
**upon [13]**   15/11 16/13
18/8 18/25 41/4 58/14
58/19 85/17 86/5 86/15
87/11 88/25 90/5
**upstairs [1]**   64/5
**us [16]**   14/13 29/20
33/2 33/19 49/5 51/6
53/10 65/15 67/6 75/7
76/8 78/4 78/9 81/12
87/8 93/7
**use [7]**   24/22 41/23
41/24 48/1 48/11 52/21
66/5
**used [8]**   16/16 40/9
47/17 49/15 64/23 65/2
65/6 76/4
**uses [3]**   85/20 85/21
85/22
**using [2]**   87/11 87/12
**usually [2]**   63/20 63/24

**V**

**validity [2]**   20/12
20/25
**value [1]**   44/12
**various [1]**   36/5
**venture [1]**   44/21
**verdict [5]**   55/7 57/25
58/24 59/9 60/15
**versions [1]**   81/10
**very [34]**   9/24 10/6
10/16 10/20 10/21 10/21
13/11 13/14 21/7 22/13
24/3 27/4 35/2 35/20
39/13 41/6 43/5 44/18
45/19 48/19 49/16 51/9
51/19 53/23 57/11 65/21
67/8 68/2 70/6 83/22
85/8 90/16 90/16 90/23
**video [10]**   66/3 66/5
66/7 67/4 67/9 67/20
68/14 68/16 68/21 82/19
**videos [2]**   82/11 83/14
**view [2]**   57/20 73/17
**views [1]**   26/8
**voir [5]**   46/12 46/13
78/16 78/19 79/20

**voltage [8]**   36/9 36/9
36/11 36/15 36/17 70/11
70/15 71/13
**voltages [1]**   36/6

**W**

**wait [1]**   74/12
**waiting [2]**   33/14 53/9
**waived [1]**   72/11
**walk [1]**   52/17
**want [57]**   7/20 7/21 9/1
9/11 11/7 11/8 12/4
28/19 29/17 39/6 41/10
41/13 41/13 45/23 46/4
47/5 47/21 48/2 48/16
49/4 51/6 52/7 52/9
52/19 53/16 53/20 54/10
54/10 55/18 55/19 57/15
58/2 58/3 58/5 58/13
60/8 60/10 62/24 62/24
63/7 63/11 67/5 70/10
71/4 72/16 72/16 72/20
75/3 80/18 81/5 82/1
82/18 83/4 83/4 88/24
89/17 91/5
**wanted [19]**   13/1 16/3
25/16 36/19 37/2 38/14
38/18 38/23 53/6 56/15
58/21 58/23 59/1 71/4
71/22 71/24 74/4 78/4
91/2
**wants [3]**   11/2 48/8
82/20
**WARR [4]**   2/4 3/14 14/2
78/23
**was [103]**
**wasn't [10]**   11/7 17/5
17/5 18/2 18/23 24/7
31/6 33/13 33/18 54/16
**waste [2]**   6/22 6/25
**wasting [1]**   13/4
**watch [1]**   38/3
**watts [1]**   28/7
**way [38]**   8/23 11/21
13/3 27/19 32/15 34/17
34/25 35/1 36/2 36/10
39/1 42/15 44/9 46/5
47/3 47/12 49/19 49/20
49/20 49/21 49/23 50/8
55/1 60/17 61/18 62/15
63/2 63/5 65/19 65/23
72/14 80/20 80/24 83/3
86/5 87/6 87/16 90/1
**ways [1]**   57/1
**we [295]**
**we'd [3]**   14/14 19/6
63/12
**we'll [41]**   9/6 11/1
12/22 12/23 12/23 12/24
12/24 13/10 13/10 14/21
27/5 28/16 29/19 41/20
45/13 61/5 61/7 61/16
61/24 63/12 63/22 64/21
65/6 65/24 66/9 66/10
68/7 68/15 68/17 68/18
70/5 76/7 77/2 79/16
80/20 82/24 83/12 83/16
93/2 93/4 93/8
**we're [66]**   9/22 14/22
27/23 29/18 30/3 30/4
30/5 30/20 32/21 33/13
34/15 34/23 40/23 41/3
41/25 42/10 42/25 45/10
47/4 47/5 47/7 48/14

**W**

**we're... [44]**   50/4 50/5
52/19 53/12 54/23 55/22
57/3 58/7 59/6 59/19
60/18 61/3 61/6 61/13
61/20 61/23 62/16 62/21
62/22 63/1 64/24 67/2
68/14 68/16 69/23 73/25
76/11 76/15 76/15 77/1
77/2 77/2 77/5 79/1
81/1 81/7 82/4 84/8
84/9 86/6 89/19 91/9
91/9 92/15

**we've [16]**   4/14 5/4
10/5 13/23 24/25 29/25
30/1 35/11 48/25 57/1
67/3 68/25 72/7 86/19
86/20 92/10

**wealth [1]**   43/17

**Wednesday [15]**   5/20
69/16 71/23 71/24 74/17
74/20 74/22 74/23 74/23
75/15 75/16 75/20 75/22
76/19 76/21

**week [6]**   10/7 61/11
66/24 75/24 76/11 79/18

**weeks [7]**   7/21 7/23
59/4 69/15 70/20 79/8
83/1

**weight [2]**   56/11 67/15

**weighted [1]**   16/22

**Welcome [2]**   13/20 14/5

**well [40]**   5/7 5/18 6/8
6/13 8/14 11/15 12/8
12/13 14/12 24/4 27/6
31/18 32/9 33/9 34/3
37/8 38/23 41/11 41/21
47/23 50/2 54/21 56/6
58/14 60/5 61/13 61/20
61/21 63/8 71/9 78/18
79/21 83/16 86/9 86/19
88/7 89/15 89/22 91/22
92/22

**were [52]**   10/4 15/15
16/12 17/10 17/13 20/2
21/2 21/10 21/16 23/9
24/13 26/14 26/14 27/11
33/15 36/14 36/15 37/8
37/13 37/14 37/20 38/22
45/4 46/10 46/11 47/19
52/15 53/15 53/15 53/15
56/3 59/2 59/2 59/9
59/13 59/13 61/10 62/3
62/7 62/14 62/16 75/14
76/2 83/19 84/11 85/13
86/3 87/3 88/15 88/16
89/15 90/11

**weren't [2]**   43/21 52/13

**what [122]**

**what's [3]**   36/8 46/7
62/20

**whatever [9]**   7/23 9/6
27/22 50/13 72/12 73/12
81/13 83/7 91/18

**whatnot [1]**   10/14

**when [41]**   6/23 17/5
25/19 31/1 31/15 32/4
34/9 35/7 36/20 37/23
47/25 49/18 49/21 49/23
49/24 49/25 50/25 53/12
53/15 59/2 59/3 61/10
61/11 63/20 63/24 64/4
65/8 67/15 74/14 75/23
78/15 85/16 87/6 87/7

**where [24]**   4/8 9/25
10/6 18/9 25/3 26/18
33/13 33/22 33/24 37/22
41/20 44/15 53/18 53/20
55/15 55/17 68/20 68/21
73/4 77/2 79/24 84/5
85/24 90/18

**where's [1]**   50/16

**Whereupon [2]**   9/9 13/15

**whether [21]**   4/4 4/6
4/20 5/9 7/13 8/13 8/17
24/15 26/2 29/7 42/5
55/11 56/9 57/23 57/25
67/3 73/14 81/5 81/23
91/17 92/5

**which [28]**   5/8 5/22
10/25 15/20 16/18 19/25
21/12 21/23 23/9 28/20
30/1 36/14 37/10 37/15
38/12 39/3 39/5 39/23
44/9 49/19 50/14 52/14
53/14 58/17 61/22 78/1
78/19 78/23

**whichever [1]**   63/5

**while [8]**   24/19 29/24
35/25 37/24 63/9 77/20
86/1 93/3

**who [21]**   11/25 26/10
26/12 31/24 32/1 32/3
32/18 32/18 33/23 34/1
34/13 37/22 41/14 42/20
49/9 49/10 67/5 79/7
83/25 85/5 90/13

**who's [5]**   6/24 7/11
11/20 25/2 83/12

**whoever [2]**   7/2 82/20

**whole [3]**   33/16 39/5
67/10

**whom [1]**   86/8

**whose [3]**   52/8 65/20
65/20

**why [13]**   8/8 8/16 12/1
13/8 38/21 39/5 39/6
59/18 60/16 62/23 73/8
74/7 77/7

**will [48]**   5/2 5/14 6/16
7/22 10/9 11/25 12/4
13/12 26/5 26/17 26/21
27/4 28/1 28/1 28/21
28/21 29/1 29/11 29/11
29/22 38/24 43/17 44/20
47/21 48/15 48/16 52/11
57/7 57/7 58/13 61/4
63/20 63/23 63/25 65/6
66/3 66/8 74/6 74/11
75/19 75/24 76/19 76/19
76/21 78/5 82/18 83/17
86/11

**willing [2]**   48/1 68/3

**Wilmington [1]**   1/13

**wires [1]**   36/4

**wise [1]**   41/20

**within [1]**   40/8

**without [10]**   7/25 21/24
22/1 29/14 48/24 54/6
60/8 69/20 77/9 91/15

**witness [15]**   26/23
28/25 42/1 48/16 52/22
53/18 53/21 54/7 65/15
79/7 80/9 81/18 81/20
83/9 85/10

**witness's [1]**   65/3

**witnesses [13]**   7/15
44/1 44/14 45/5 45/7
46/11 46/20 64/24 79/7

**won't [4]**   27/18 48/17
82/1 84/5

**word [3]**   25/14 28/16
45/15

**words [2]**   7/8 83/14

**work [14]**   13/3 42/8
44/15 47/15 60/18 66/13
66/24 68/3 68/10 81/13
82/7 83/16 83/21 93/6

**worked [2]**   43/4 47/11

**works [2]**   79/11 79/12

**worried [3]**   47/10 47/15
50/23

**worse [2]**   55/12 87/12

**would [72]**   6/3 6/23 7/7
8/2 8/16 9/19 10/6 10/6
11/10 12/18 12/20 16/17
17/20 17/23 18/1 18/15
20/15 21/1 21/19 25/4
27/1 27/17 27/17 27/22
28/12 29/9 30/24 34/5
37/3 38/18 38/21 39/18
42/8 44/17 44/18 46/18
47/25 49/11 56/4 56/11
57/4 60/21 61/12 61/19
62/14 67/6 67/25 69/16
70/22 70/23 71/2 71/3
71/22 71/23 72/10 72/13
72/14 74/15 75/6 75/8
75/10 75/11 78/9 81/19
87/8 87/12 89/16 90/12
90/16 91/17 91/22 92/11

**wouldn't [5]**   8/9 42/17
51/21 51/24 91/25

**wrapped [1]**   21/16

**write [1]**   75/14

**writing [1]**   75/23 75/25

**written [3]**   70/2 73/11
90/13

**wrong [4]**   36/12 38/4
38/6 46/4

**wrote [2]**   33/20 90/9

**X**

**XX [18]**   1/3 3/13 14/1
15/5 15/9 17/25 18/7
19/19 19/23 31/1 31/7
32/2 32/3 32/6 38/1
49/4 74/18 76/21

**XX's [7]**   15/2 15/24
17/19 18/5 19/10 19/11
22/18

**Y**

**yeah [22]**   8/15 28/11
35/9 35/12 40/18 41/19
47/4 48/18 50/12 50/15
63/10 67/1 69/9 71/2
75/1 75/18 82/17 84/8
84/9 84/9 87/2 92/2

**year [2]**   16/15 59/15

**years [1]**   9/23

**Yep [4]**   41/5 43/9 46/21
76/17

**yes [39]**   6/10 9/15 9/16
10/3 22/17 30/14 41/9
45/9 48/22 49/1 50/21
51/11 51/15 53/3 56/24
60/23 60/24 61/9 62/6
66/6 68/1 68/6 68/12

**yesterday [1]**   11/19

**yet [6]**   39/19 48/6
53/14 55/3 60/7 83/13

**yield [1]**   28/5

**you [284]**

**you'll [5]**   5/7 8/17
35/4 65/11 75/23

**you're [30]**   4/22 4/23
5/25 5/25 6/8 7/17
10/18 12/7 13/4 13/4
28/14 29/4 33/6 38/7
45/11 46/22 48/11 48/21
50/11 50/15 50/24 57/14
61/15 68/21 69/3 75/23
75/25 76/10 81/18 92/13

**you've [9]**   4/3 7/16
7/19 11/6 11/24 12/14
13/20 77/22 80/17

**youall [1]**   13/12

**your [146]**

**Your Honor [18]**   14/6
15/17 16/18 17/14 41/3
54/5 55/8 58/16 59/5
61/12 66/19 72/13 72/25
77/24 82/13 83/20 86/11
91/3

**Your Honor's [2]**   29/8
69/10

**yourself [1]**   56/10

**YOWELL [4]**   2/5 3/16
14/4 24/11

**Yowell's [1]**   89/23

**Z**

**zero [1]**   36/10

**Zuckerbrod [4]**   31/24
36/12 36/16 41/4

**Zuckerbrod's [1]**   51/16

**87/25 88/13 90/9 90/14**
90/18 91/22

**69/22 72/1 73/7 75/2**
77/8 77/24 77/25 79/10
79/22 79/24 79/25 80/13
83/21 84/18 85/3 88/7