# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 19-1733-JLH |

### MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Plaintiff CAP-XX, Ltd. ("CAP-XX") and Defendant Maxwell Technologies, Inc. ("Maxwell") (collectively, the "Parties") hereby move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15 Standing Order"). In support of this Motion, the Parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked

pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. An approximately 5-day jury trial is scheduled in this case for December 11-15, 2023 in Courtroom 6D.

3. Courtroom setup for the jury trial is scheduled for December 8, 2023.

4. The following staff, representatives, trial consultants, and witnesses[1] intend to appear at courtroom setup and/or the jury trial, require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

**For CAP-XX:**

- Stefanie Allinson, Paralegal
- Shannon Hamlin, Paralegal
- Richard Hobbs, Prevail Trial Consultants
- Martin (Marty) Zinkel, Prevail Trial Consultants
- Alex Bylik, Client Representative and Witness
- Mike Taylor, Client Representative and Witness
- Dr. David Zuckerbrod, Witness
- Gregory Pinsonneault, Witness

---

[1] Listing an individual as a "witness" does not imply or require either party to call such individual to testify or make such individual available to testify at trial.

**For Maxwell:**

- Patrick Edelin, Paralegal
- Ann Vermeersch, Paralegal
- Christina Rivituso, Paralegal
- Susana Ricardo, Paralegal
- Gerald Hines, Technology Consultant
- Ian Andryszak, Technology Consultant
- Josh Gomez, Technology Consultant
- Paul Margulies, Client Representative
- Krista Carter, Client Representative
- Jeff Bouchard, Client Representative, Witness
- Priya Bendale, Client Representative, Witness
- Louis Hruska, Witness
- Carrie Distler, Witness

WHEREFORE, the Parties respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated:  November 29, 2023

POTTER ANDERSON & CORROON, LLP

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (5319)
1313 N. Market St., 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Alistair J. Warr
FISHER BROYLES
203 North LaSalle St., Suite 2100
Chicago, IL 650601
(317) 47-5260
Alistair.warr@fisherbroyles.com

Adam Yowell
FISHER BROYLES
530 Lytton Avenue, Second Fl.
Palo Alto, CA 94301
Adam.yowell@fisherbroyles.com
(775) 230-7364

Chris Perque
FISHER BROYES
2925 Richard Ave., Suite 1200
Houston, TX 77098
(832) 604-4417
Chris.Perque@fisherbroyles.com

*Attorneys for Plaintiff*
*CAP-XX, LTD*

FISH & RICHARDSON P.C.

/s/ *Susan E. Morrison*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com;
sundermeir@fr.com

Daniel R. Gopenko
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
(202) 626-7745
gopenko@fr.com

Aamir A. Kazi
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E.
21st Floor
Atlanta, GA 30309
(404) 724-2811
kazi@fr.com

Matthew Colvin
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
(214) 292-4013
colvin@fr.com

*Attorneys for Defendant*
*MAXWELL TECHNOLOGIES, INC.*