IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAXWELL TECHNOLOGIES, )<br>INC., )<br>)<br>Defendant. )<br>) | C.A. No. 19-1733 (JLH) |

## VERDICT

In answering these questions, you are to follow all the instructions I have given you. As used herein, CAP-XX means the Plaintiff, CAP-XX, Ltd., and Maxwell means the Defendant, Maxwell Technologies, Inc. As used herein, "'034 Patent" means U.S. Patent No. 6,920,034 and "'600 Patent" means U.S. Patent No. 7,382,600.

**QUESTION 1:**

Did CAP-XX prove by a preponderance of the evidence that any of the following Maxwell products infringed any of the following claims of the asserted patents?

**If you find CAP-XX proved by a preponderance of the evidence that a product infringed a claim, place a check mark in the corresponding box.**

| Accused Product | '034 Patent Claim | | | | | | | | | | '600 Patent Claim | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 16 | 17 | 22 | 43 | 48 | 49 | 50 | 51 | 62 | 8 | 9 |
| BCAP0310 P270 T10 | | | | | | | | | | | | |
| BCAP0350 E270 T11 | | | | | | | | | | | | |
| BCAP0350 E270 T13 | | | | | | | | | | | | |
| BCAP0350 P270 S18 | | | | | | | | | | | | |
| BCAP0360 P270 S18 | | | | | | | | | | | | |
| BCAP1200 P270 K04 | | | | | | | | | | | | |
| BCAP1200 P270 K05 | | | | | | | | | | | | |
| BCAP1200-C P270 K06 | | | | | | | | | | | | |
| BCAP3000 P270 K04 | | | | | | | | | | | | |
| BCAP3000 P270 K05 | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| BMOD0006 E160 B02 | | | | | | | | | | | | |
| BMOD0006 E160 C02 | | | | | | | | | | | | |
| BMOD0058 E016 B02 | | | | | | | | | | | | |
| BMOD0063 P125 B08 | | | | | | | | | | | | |
| BMOD0094 P075 B02 | | | | | | | | | | | | |
| BMOD0130 P056 B03 | | | | | | | | | | | | |
| BMOD0165 P048 C01 | | | | | | | | | | | | |
| BMOD0165 P048 C0B | | | | | | | | | | | | |
| BMOD0500 P016 B01 | | | | | | | | | | | | |
| BMOD0500 P016 B02 | | | | | | | | | | | | |
| ESM ULTRA 31/1800 | | | | | | | | | | | | |

ANSWER QUESTION 2 IF YOU PLACED AT LEAST ONE CHECKMARK NEXT TO A PRODUCT IN QUESTION 1 ABOVE.  IF YOU PLACED NO CHECKMARKS IN RESPONSE TO QUESTION 1, DO NOT ANSWER THIS QUESTION AND PROCEED TO QUESTION 5.

**QUESTION 2:**

If you answered yes for any product in Question 1, did CAP-XX prove by a preponderance of the evidence that Maxwell supplied or caused to be supplied all or a substantial portion of the components of those products from the United States to another country, and actively induced the assembly of those components into a product that infringes the asserted patents if they had been assembled in the United States?

**Answer "Yes" or "No" only for the patent(s) and products for which you found infringement for any of the claims listed in Question 1:**

| Accused Product | '034 Patent | | '600 Patent | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| BCAP0310 P270 T10 | | | | |
| BCAP0350 E270 T11 | | | | |
| BCAP0350 E270 T13 | | | | |
| BCAP0350 P270 S18 | | | | |
| BCAP0360 P270 S18 | | | | |
| BCAP1200 P270 K04 | | | | |
| BCAP1200 P270 K05 | | | | |
| BCAP1200-C P270 K06 | | | | |
| BCAP3000 P270 K04 | | | | |
| BCAP3000 P270 K05 | | | | |
| | | | | |
| BMOD0006 E160 B02 | | | | |
| BMOD0006 E160 C02 | | | | |
| BMOD0058 E016 B02 | | | | |
| BMOD0063 P125 B08 | | | | |
| BMOD0094 P075 B02 | | | | |
| BMOD0130 P056 B03 | | | | |
| BMOD0165 P048 C01 | | | | |
| BMOD0165 P048 C0B | | | | |
| BMOD0500 P016 B01 | | | | |
| BMOD0500 P016 B02 | | | | |
| ESM ULTRA 31/1800 | | | | |

ANSWER QUESTION 3 IF YOU PLACED AT LEAST ONE CHECKMARK NEXT TO A PRODUCT IN QUESTION 1 ABOVE.  IF YOU PLACED NO CHECKMARKS IN RESPONSE TO QUESTION 1, DO NOT ANSWER THIS QUESTION AND PROCEED TO QUESTION 5.

**QUESTION 3:**

Did CAP-XX prove by a preponderance of the evidence that Maxwell supplied or caused to be supplied a component of the following products from the United States to another country, and that the exported component was especially made or especially adapted for use in a product that infringes the asserted patents, and that the component had no substantial non-infringing uses?

**Answer "Yes" or "No" only for the patent(s) and products for which you found infringement for any of the claims listed in Question 1:**

| Accused Product | '034 Patent | | '600 Patent | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| BCAP0310 P270 T10 | | | | |
| BCAP0350 E270 T11 | | | | |
| BCAP0350 E270 T13 | | | | |
| BCAP0350 P270 S18 | | | | |
| BCAP0360 P270 S18 | | | | |
| BCAP1200 P270 K04 | | | | |
| BCAP1200 P270 K05 | | | | |
| BCAP1200-C P270 K06 | | | | |
| BCAP3000 P270 K04 | | | | |
| BCAP3000 P270 K05 | | | | |
| | | | | |
| BMOD0006 E160 B02 | | | | |
| BMOD0006 E160 C02 | | | | |
| BMOD0058 E016 B02 | | | | |
| BMOD0063 P125 B08 | | | | |
| BMOD0094 P075 B02 | | | | |
| BMOD0130 P056 B03 | | | | |
| BMOD0165 P048 C01 | | | | |
| BMOD0165 P048 C0B | | | | |
| BMOD0500 P016 B01 | | | | |
| BMOD0500 P016 B02 | | | | |
| ESM ULTRA 31/1800 | | | | |

ANSWER QUESTION 4 ONLY FOR THOSE PRODUCTS YOU PLACED AT LEAST ONE CHECKMARK NEXT TO IN QUESTION 1 ABOVE. IF YOU PLACED NO CHECKMARKS IN RESPONSE TO QUESTION 1, DO NOT ANSWER THIS QUESTION AND PROCEED TO QUESTION 5.

**QUESTION 4:**

Did CAP-XX prove by a preponderance of the evidence that any infringement you find was willful?

**Answer "Yes" or "No" only for the patent(s) for which you found infringement for any of the claims listed in Question 1:**

'034 Patent:     Yes_____     No_____

'600 Patent:     Yes_____     No_____

**QUESTION 5:**

Did Maxwell prove by clear and convincing evidence that any of the following claims are invalid as being obvious to a person of ordinary skill in the art at the time the claimed inventions were made?

**If you find the Claim invalid as obvious, answer "Yes," otherwise, answer "No."**

**'034 Patent**

    Claim 12: Yes_____ No__✓__

    Claim 16: Yes_____ No__✓__

    Claim 17: Yes_____ No__✓__

    Claim 22: Yes_____ No__✓__

    Claim 43: Yes__✓__ No_____

    Claim 48: Yes__✓__ No_____

    Claim 49: Yes__✓__ No_____

    Claim 50: Yes__✓__ No_____

    Claim 51: Yes_____ No__✓__

    Claim 62: Yes_____ No__✓__.

**'600 Patent**

    Claim 8: Yes_____ No__✓__

    Claim 9: Yes_____ No__✓__

**QUESTION 6:**

For each claim listed below, did Maxwell prove by clear and convincing evidence that the claim is invalid as indefinite? You should answer as to all the claims listed below.

**If you find the Claim invalid as indefinite, answer "Yes," otherwise, answer "No."**

**'034 Patent**

    Claim 12: Yes ✓ No _____
    Claim 16: Yes ✓ No _____
    Claim 17: Yes ✓ No _____
    Claim 22: Yes ✓ No _____
    Claim 43: Yes ✓ No _____
    Claim 48: Yes ✓ No _____
    Claim 49: Yes ✓ No _____
    Claim 50: Yes ✓ No _____
    Claim 51: Yes ✓ No _____
    Claim 62: Yes ✓ No _____ .

**'600 Patent**

    Claim 8: Yes ✓ No _____
    Claim 9: Yes ✓ No _____

**QUESTION 7:**

For each claim listed below, did Maxwell prove by clear and convincing evidence that the claim is invalid for lack of enablement? You should answer as to all the claims listed below.

**If you find the Claim invalid for lack of enablement, answer "Yes," otherwise, answer "No."**

**'034 Patent**

  Claim 12:  Yes ✓  No ____

  Claim 16:  Yes ✓  No ____

  Claim 17:  Yes ✓  No ____

  Claim 22:  Yes ✓  No ____

  Claim 43:  Yes ____  No ✓

  Claim 48:  Yes ____  No ✓

  Claim 49:  Yes ____  No ✓

  Claim 50:  Yes ____  No ✓

  Claim 51:  Yes ✓  No ____

  Claim 62:  Yes ✓  No ____ .

**'600 Patent**

  Claim 8:  Yes ✓  No ____

  Claim 9:  Yes ✓  No ____

**QUESTION 8:**

For each claim listed below, did Maxwell prove by clear and convincing evidence that the claim is invalid for lack of a sufficient written description? You should answer as to all the claims listed below.

**If you find the Claim invalid for lack of a sufficient written description, answer "Yes," otherwise, answer "No."**

**'034 Patent**

| Claim 12: | Yes_____ | No ✓ |
| Claim 16: | Yes_____ | No ✓ |
| Claim 17: | Yes_____ | No ✓ |
| Claim 22: | Yes_____ | No ✓ |
| Claim 43: | Yes_____ | No ✓ |
| Claim 48: | Yes_____ | No ✓ |
| Claim 49: | Yes_____ | No ✓ |
| Claim 50: | Yes_____ | No ✓ |
| Claim 51: | Yes_____ | No ✓ |
| Claim 62: | Yes_____ | No ✓ . |

**'600 Patent**

| Claim 8: | Yes_____ | No ✓ |
| Claim 9: | Yes_____ | No ✓ |

**QUESTION 9:**

For each patent listed below, did Maxwell prove by clear and convincing evidence that the patent is invalid for failure to name the correct inventors? You should answer as to each patent listed below.

**If you find the patent invalid for failure to name the correct inventors, answer "Yes," otherwise, answer "No."**

'034 Patent:      Yes ✓      No_____

'600 Patent       Yes ✓      No_____

ANSWER QUESTION 10 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED AND NOT INVALID.

**QUESTION 10:**

What amount of a reasonable royalty has CAP-XX proven by a preponderance of the evidence based on a hypothetical negotiation between CAP-XX and Maxwell?

Answer in Dollars: $_____0_____

\* \* \*

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: __12-15-23__

[signatures redacted]